**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Melvin Scott Clanton**                      **Case No. 26-11416-SDM**
        **Andrea Doler Clanton, Debtor(s)**              **CHAPTER 12**

**Annual Farm Budget**

| Category | Item | Amount ($) |
|---|---|---|
| Income | Crop Sales | 645,000 |
| | Government Payments | 60,000 |
| | **Total Income** | **705,000** |
| | | |
| Expenses | Chemicals | 35,000 |
| | Custom Hire | 5,000 |
| | Fertilizers & Lime | 150,000 |
| | Fuel | 35,000 |
| | Labor | 65,000 |
| | Rent | 110,000 |
| | Repairs | 30,000 |
| | Seeds | 85,000 |
| | Supplies | 5,000 |
| | Taxes | 10,000 |
| | Utilities | 10,000 |
| | **Total Expenses** | **540,000** |
| | | |
| Net Income | **Net Profit** | **165,000** |