**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Melvin Scott Clanton**                                        **Case No. 26-11416-SDM**
          **Andrea Doler Clanton, Debtors**                               **CHAPTER 12**


CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Hearing Notice and Motion for Authorizing to Use Cash Collateral was forwarded on April 30, 2026 to:

By First Class Mail:

Simplot AB Retail, Inc.
1099 W Front St.
Boise, ID 83702

By Electronic CM/ECF Notice:

U.S. Trustee

Harold J. Barkley, Jr. Chapter 12 Trustee


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

CM/ECF hrg11
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Melvin Scott Clanton and Andrea )         Case No.: 26–11416–SDM
       Doler Clanton )         Chapter: 12
       Debtor(s) )         Judge: Selene D. Maddox
        )
        )

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North,
Aberdeen, MS 39730

on 6/16/26 at 10:00 AM

Responses Due: 5/26/26

to consider and act upon the following:

*6* – Motion to Use Cash Collateral Filed by Thomas C. Rollins Jr. on behalf of
Andrea Doler Clanton, Melvin Scott Clanton. (Attachments: # 1 Exhibit A) (Rollins,
Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 4/29/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: BC
Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Melvin Scott Clanton**                                    **Case No. 26-11416-SDM**
**Andrea Doler Clanton, Debtors**                              **CHAPTER 12**

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COME NOW the Debtors, Melvin Scott Clanton and Andrea Doler Clanton ("Debtors"),

by and through counsel, and pursuant to 11 U.S.C. § 363(c) and Rule 4001 of the Federal Rules

of Bankruptcy Procedure, file this Motion for Authority to Use Cash Collateral, and in support

thereof state the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This

   matter is a core proceeding under 28 U.S.C. § 157(b). Venue is proper pursuant to 28

   U.S.C. § 1409.

2. The Debtors filed a voluntary petition for relief under Chapter 12 of Title 11 of the

   United States Code on April 21, 2026. The Debtors are engaged in the business of

   farming.

3. Simplot AB Retail, Inc. (dba) Simplot Grower Solution ("Simplot) located at 1009 W

   Front St, Boise, ID 83702 holds a security interest in crops, equipment, inventory,

   accounts, and proceeds, which includes cash collateral as defined under 11 U.S.C. §

   363(a).

4. The Debtors require use of cash collateral in order to continue operating their farm and to

   pay ordinary and necessary business and personal expenses. These expenses include

   insurance, fuel, product supplies, wages, repairs, utilities, and personal living expenses.

   Continued operations are necessary to preserve the value of the estate and maximize

   recovery for creditors

5. An annual farm budget is attached hereto as Exhibit A, reflecting projected farm expenses in the total amount of $540,000.

6. The Debtors propose to provide adequate protection to Simplot by preserving and maintaining the value of the collateral through continued operations, and by accounting for and segregating proceeds of crops and farm revenue. The Debtors will maintain detailed records of income and expenses and will provide monthly operating reports to the Chapter 12 Trustee and Simplot upon request.

7. The Debtors respectfully request authority to use cash collateral in accordance with the attached budget, pending a final hearing or agreement with Simplot. The Debtors also request that the Court schedule an expedited preliminary hearing pursuant to Rule 4001(b).

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that this Court enter an order authorizing the use of cash collateral as requested herein, and for such other and further relief as is just and proper.

Respectfully submitted,

Melvin Scott Clanton and Andrea Doler Clanton

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Melvin Scott Clanton**           **Case No. 26-11416-SDM**
         **Andrea Doler Clanton, Debtor(s)**       **CHAPTER 12**

**Annual Farm Budget**

| Category | Item | Amount ($) |
|---|---|---|
| Income | Crop Sales | 645,000 |
| | Government Payments | 60,000 |
| | **Total Income** | **705,000** |
| | | |
| Expenses | Chemicals | 35,000 |
| | Custom Hire | 5,000 |
| | Fertilizers & Lime | 150,000 |
| | Fuel | 35,000 |
| | Labor | 65,000 |
| | Rent | 110,000 |
| | Repairs | 30,000 |
| | Seeds | 85,000 |
| | Supplies | 5,000 |
| | Taxes | 10,000 |
| | Utilities | 10,000 |
| | **Total Expenses** | **540,000** |
| | | |
| Net Income | **Net Profit** | **165,000** |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Melvin Scott Clanton
Andrea Doler Clanton

CASE NO: 26-11416

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 12

On 4/30/2026, I did cause a copy of the following documents, described below,

Hearing Notice, Motion to Use Cash Collateral and Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/30/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Melvin Scott Clanton
Andrea Doler Clanton

CASE NO: 26-11416

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 12

On 4/30/2026, a copy of the following documents, described below,

Hearing Notice, Motion to Use Cash Collateral and Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/30/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

SIMPLOT AB RETAIL, INC.
1099 W FRONT ST.
BOISE ID 83702