## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Melvin Scott Clanton**                            Case No. 26-11416-SDM
          **Andrea Doler Clanton, Debtors**              CHAPTER 12

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF HINDS

    I, Thomas C. Rollins, Jr. being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Northern District of Mississippi. I am a partner of the The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors) for an order approving the employment of myself and the Firm as attorneys for the Debtors in the above-captioned Chapter 12 case (the "Case"). This Case was filed on April 21, 2026, in the United Staes Bankruptcy Court for the Northern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtors or its estate in the matters upon which I am to be engaged. I am a "disinterested person" as that term is defined in the U.S.C. § 101(14) The Firm, its partners, of counsel, and associates:
   a. are not creditor, equity security holders, or insiders of the Debtors;
   b. are not and were not, withing two years before the Petition Date, directors, officers, or employees of the Debtors; and
   c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 30th day of April, 2026.

                      X _____ J. R. _____

                  By: _____ Thomas Rollins _____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of April, 2026.

_____ Shaton Andrews _____

NOTARY PUBLIC

*[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 494098, SHATON ANDREWS, Commission Expires Jan. 7, 2028, RANKIN COUNTY]*