**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Melvin Scott Clanton**                                    **Case No. 26-11416-SDM**
         **Andrea Doler Clanton, Debtors**                           **CHAPTER 12**

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Hearing Notice and Application were forwarded on May 1, 2026, to:

By USPS First Class Mail:

    Melvin and Andrea Clanton
    404 S Washington Street
    Starkville MS 39759

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                    /s/ Thomas C. Rollins, Jr.
                    Thomas C. Rollins, Jr.

CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Melvin Scott Clanton and Andrea )     Case No.: 26–11416–SDM
        Doler Clanton                              )      Chapter: 12
        Debtor(s)                            )      Judge: Selene D. Maddox
                                          )
                                          )

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 6/2/26 at 10:30 AM

Responses Due: 5/26/26

to consider and act upon the following:

*10* – Application to Employ Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as Counsel Filed by Thomas C. Rollins Jr. on behalf of Andrea Doler Clanton, Melvin Scott Clanton. (Attachments: # 1 Exhibit A) (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 4/30/26

                                         Shallanda J. Clay
                                         Clerk, U.S. Bankruptcy Court

                                         BY: SI
                                             Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Melvin Scott Clanton**                                    **Case No. 26-11416-SDM**
      **Andrea Doler Clanton, Debtors**                          **CHAPTER 12**

## APPLICATION TO EMPLOY COUNSEL

COMES NOW, Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor. In support of this application, the Debtors state as follows:

1. On April 21, 2026, the Debtors filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Mississippi.

2. The Debtors wish to employ Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as its attorney.

3. The professional services to be rendered by Mr. Rollins include, but are not limited to, advising the Debtors on all matters which are now anticipated to arise in the functioning of this proceeding.

4. Mr. Rollins is competent to represent the Debtors in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtors' knowledge, Mr. Rollins has no adverse interest to the Debtors or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for Mr. Rollins are as follows:
    a. Thomas Rollins' hourly rate is $400 per hour;
    b. Jennifer Calvillo's hourly rate is $360 per hour
    c. Paralegals will bill at $155 per hour;
    d. Legal assistants will bill at $100 per hour;

7. Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8. The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval. 11 U.S.C. § 327(a).

9. The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matter.

10. The employment of Mr. Rollins is necessary and in the best interests of the Debtors and the estate to ensure proper representation throughout the Chapter 12 proceedings.

WHEREFORE, the Debtors respectfully request that this Court enter an order:

A. Authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtors;

B. Approving the terms of employment as set forth in this application; and

C. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Melvin Scott Clanton
Andrea Doler Clanton, APPLICANTS

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Melvin Scott Clanton**                 **Case No. 26-11416-SDM**
           **Andrea Doler Clanton, Debtors**                 **CHAPTER 12**

## AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF HINDS

I, Thomas C. Rollins, Jr. being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Northern District of Mississippi. I am a partner of the The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors) for an order approving the employment of myself and the Firm as attorneys for the Debtors in the above-captioned Chapter 12 case (the "Case"). This Case was filed on April 21, 2026, in the United Staes Bankruptcy Court for the Northern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtors or its estate in the matters upon which I am to be engaged. I am a "disinterested person" as that term is defined in the U.S.C. § 101(14) The Firm, its partners, of counsel, and associates:
   a. are not creditor, equity security holders, or insiders of the Debtors;
   b. are not and were not, withing two years before the Petition Date, directors, officers, or employees of the Debtors; and
   c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 30th day of April, 20 26.

                X _J. R._

         By: _Thomas Rollins_

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of April, 20 26.

_Shaton Andrews_

NOTARY PUBLIC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELVIN SCOTT CLANTON
ANDREA DOLER CLANTON

CASE NO: 26-11416

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 12

On 5/1/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELVIN SCOTT CLANTON
ANDREA DOLER CLANTON

CASE NO: 26-11416

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 12

On 5/1/2026, a copy of the following documents, described below,

Hearing Notice and Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

MELVIN AND ANDREA CLANTON
404 S WASHINGTON STREET
STARKVILLE MS  39759

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-11416-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
FRI MAY 1 11-42-53 CDT 2026

BANK OF KILMICHAEL
POB 187
KILMICHAEL MS 39747-0187

EXCLUDE

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

HAROLD J BARKLEY JR
PO BOX 5069
JACKSON MS 39296-5069

BRUNINI GRANTHAM GROWER  HEWES
PO DRAWER 119
JACKSON MS 39205-0119

CNH CAPITAL
PO BOX 78004
PHOENIX AZ 85062-8004

CASE IH
2701 OAKES ROAD
STURTEVANT WI 53177-2067

CBNA
ATTN BANKRUPTCY
POBOX 509
CANTON NY 13617-0509

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

CITIBANK
ATTN BANKRUPTCY DEPARTMENT
POBOX 790046
ST LOUIS MO 63179-0046

DEBTOR

ANDREA DOLER CLANTON
404 S WASHINGTON ST
STARKVILLE MS 39759-3234

MELVIN SCOTT CLANTON
404 S WASHINGTON ST
STARKVILLE MS 39759-3234

DIVERSIFIED FINANCIAL SERVICES
14010 FNB PKWY 400
OMAHA NE 68154-5232

FAIRPORT ASSET MANAGEMENT
3144 S WINTON RD
ROCHESTER NY 14623-2981

GOLDMAN SACHS
PO BOX 45400
SALT LAKE CITY UT 84145-0400

GUARANTY BANK  TRUST
215 W US 82
INDIANOLA MS 38751-2122

GUARANTY BANK  TRUST CO
PO BOX 657
BELZONI MS 39038-0657

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

(P)DEERE CREDIT SERVICES INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

(P)MAYO CLINIC
200 FIRST STREET SW
ROCHESTER MN 55905-0002

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

MIDWEST
3144 S WINTON RD
ROCHESTER NY 14623-2983

NORDSTROM SIGNATURE VISA
ATTN BANKRUPTCY
PO BOX 6555
ENGLEWOOD CO 80155-6555

NUTRIEN
4093 DEERBROOK RD
MACON MS 39341-8940

REGIONS BANK
ATTN BANKRUPTCY
2050 PARKWAY OFFICE CIRCLE 6TH FLOOR
BIRMINGHAM AL 35244-1805

REGIONS BANK
PO BOX 11007
BIRMINGHAM AL 35288-0001

EXCLUDE

ROBERT TAYLOR GORDON
194 VAN DORN ST
GRENADA MS 38901-4735

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SCOTT PETROLEUM CO
102 MAIN ST
ITTA BENA MS 38941-2712

SIMPLOT
PO BOX 27
BOISE ID 83707-0027

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

TD BANK NA
PO BOX 1931
BURLINGAME CA 94011-1931

THE DELTA GROUP
1904 HWY 82 W
GORE SPRINGS MS 38929

TRIANGLE CHEMICAL CO
117 PRESTON CT
MACON GA 31210-5769

TUCKER SELDEN  TUCKER
PO BOX 66
TUNICA MS 38676-0066

EXCLUDE

U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

WINN BROWN LAW FIRM
PO BOX 249
SOUTHAVEN MS 38671-0003