**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Melvin Scott Clanton**                                    **Case No. 26-11416-SDM**
            **Andrea Doler Clanton, Debtors**                        **CHAPTER 12**

<u>**MOTION TO EXTEND DEADLINE**</u>
<u>**TO FILE CHAPTER 12 SCHEDULES**</u>

COME NOW the debtors by and through their attorney, and file this Motion to Extend Time to File Chapter 12 Schedules and would respectfully show the following:

1. That the debtors filed their Chapter 12 Petition on April 21, 2026.
2. That the schedules are due May 5, 2026.
3. That the debtors need additional time to complete their schedules.
4. That the debtors request until May 19, 2026 to file their schedules.

Respectfully Submitted,

By: <u>/s/ Thomas C. Rollins, Jr</u>
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr, do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, May 4, 2026. All interested parties will receive CM/ECF from the Court.

<u>/s/ Thomas C. Rollins, Jr</u>
Thomas C. Rollins, Jr