**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                               **CHAPTER 12 NO.:**

**MELVIN SCOTT CLANTON**
**ANDREA DOLER CLANTON**                                   **26 – 11416 – SDM**

**TRUSTEE'S MOTION TO EXTEND TIME TO
SCHEDULE SECTION 341 MEETING OF CREDITORS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Extend Time to Schedule Section 341 Meeting of Creditors in the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1.       That, the Debtors filed their Chapter 12 Voluntary Petition April 21, 2026.  The Debtors have filed a Motion to Extend Deadline to File Schedules (DK #15). The Trustee cannot schedule the 341 meeting in this case unless and until the Debtors files their schedules.   While 11 U.S.C. Section 341(a) allows the 341 meeting of creditors to be scheduled "within a reasonable time after the order for relief," the Federal Rules of Bankruptcy Procedure (Rule 2003(1)(B) require the meeting to be called "no fewer than 21 days and no more than 35 days after the order for relief." Thirty-Five days from the order for relief is set to expire May 26, 2026.  Therefore, the Trustee is requesting an order extending the time to schedule the 341 meeting and allowing the meeting to be held beyond 35 days from the order for relief.

2.       That, the Trustee would request that he be allowed to schedule the 341 meeting at a reasonable time after the Debtors files their schedules.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: May _____5_____, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 12 TRUSTEE
POST OFFICE BOX 5069
JACKSON, MS 39296-5069
PHONE:  601/362-7153
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

## C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Melvin Scott Clanton
Andrea Doler Clanton
404 S Washington Street
Starkville, MS  39759

All creditors and other parties in interest as shown on the attached mailing matrix

Dated:  May _____5_____, 2026

/s/Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR.