Label Matrix for local noticing
0537-1
Case 26-11416-SDM
Northern District of Mississippi
Aberdeen
Mon May  4 13:18:17 CDT 2026

Bank Of Kilmichael
Pob 187
Kilmichael, MS 39747-0187

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Harold J. Barkley Jr.
P.O. Box 5069
Jackson, MS 39296-5069

Brunini, Grantham, Grower & Hewes
PO Drawer 119
Jackson, MS 39205-0119

CNH Capital
P.O. Box 78004
Phoenix, AZ 85062-8004

Case IH
2701 Oakes Road
Sturtevant, WI 53177-2067

Cbna
Attn: Bankruptcy
P.O.Box 509
Canton, NY 13617-0509

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Andrea Doler Clanton
404 S Washington St
Starkville, MS 39759-3234

Melvin Scott Clanton
404 S Washington St
Starkville, MS 39759-3234

Diversified Financial Services
14010 FNB Pkwy #400
Omaha, NE 68154-5232

Fairport Asset Management
3144 S Winton Rd
Rochester, NY 14623-2981

Goldman Sach's
P.O. Box 45400
Salt Lake City, UT 84145-0400

Guaranty Bank & Trust
215 W US 82
Indianola, MS 38751-2122

Guaranty Bank & Trust Co
P.O. Box 657
Belzoni, MS 39038-0657

Internal Revenue Servi
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Servi
c/o US Attorney
Ethridge Building
900 Jefferson Ave
Oxford, MS 38655-3608

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

MS Dept of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808

(p)MAYO CLINIC
200 FIRST STREET SW
ROCHESTER MN 55905-0002

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

Midwest
3144 S Winton Rd
Rochester, NY 14623-2983

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

Nutrien
4093 Deerbrook Rd
Macon, MS 39341-8940

Regions Bank
Attn: Bankruptcy
2050 Parkway Office Circle, 6th Floor
Birmingham, AL 35244-1805

Regions Bank
P.O. Box 11007
Birmingham, AL 35288-0001

Robert Taylor Gordon
194 Van Dorn St
Grenada, MS 38901-4735

Thomas C. Rollins Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Scott Petroleum Co
102 Main St
Itta Bena, MS 38941-2712

Simplot
P.O. Box 27
Boise, ID 83707-0027


Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896-5064

TD Bank, N.A.
PO Box 1931
Burlingame, CA 94011-1931

The Delta Group
1904 Hwy 82 W
Gore Springs, MS 38929


Triangle Chemical Co
117 Preston Ct
Macon, GA 31210-5769

Tucker, Selden & Tucker
PO Box 66
Tunica, MS 38676-0066

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022


US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

Winn Brown Law Firm
PO Box 249
Southaven, MS 38671-0003


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

John Deere Financial
P.O. Box 650215
Dallas, TX 75265

Mayo Clinic
200 S First St SW
Rochester, MN 55905


End of Label Matrix
Mailable recipients    40
Bypassed recipients     0
Total                  40