

**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Melvin Scott Clanton**                **Case No. 26-11416-SDM**
**Andrea Doler Clanton, Debtors**                **CHAPTER 12**

### ORDER EXTENDING TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 12 Schedules (Dkt #__15___); being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtors have until May 19, 2026 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com