_____

**SO ORDERED,**



Selene Maddox

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                  CHAPTER 12 NO.:

**MELVIN SCOTT CLANTON
ANDREA DOLER CLANTON**                                  **26 – 11416 – SDM**


### O R D E R

THIS CAUSE came before this Honorable Court on the  Trustee's Motion to Extend Time to Schedule Section 341 Meeting of Creditors [DK #16]; and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Extend Time to Schedule Section 341 Meeting of Creditors is hereby granted.

THAT, the time for scheduling the Section 341(a) Meeting of Creditors is hereby extended to a reasonable time after the Debtors files their schedules.


##END OF ORDER##


SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB  #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 5069
JACKSON, MS 39296-5069
PHONE:  601/362-7153
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM