_____

**SO ORDERED,**



Judge Selene D. Maddox

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Melvin Scott Clanton**                          **Case No. 26-11416-SDM**
**Andrea Doler Clanton, Debtors**                              **CHAPTER 12**

### ORDER EXTENDING TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 12 Schedules (Dkt #\_\_15\_\_\_); being fully advised in the premises finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtors have until May 19, 2026 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 26-11416-SDM

Melvin Scott Clanton                                                          Chapter 12

Andrea Doler Clanton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                           User: autodocke                              Page 1 of 2

Date Rcvd: May 06, 2026                   Form ID: pdf0003                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                  +  Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1                              User: autodocke                                    Page 2 of 2
Date Rcvd: May 06, 2026                           Form ID: pdf0003                              Total Noticed: 1
TOTAL: 4