# United States Bankruptcy Court

### FOR THE
### Northern District Of Mississippi

| | |
|---|---|
| Debtor 1:  MELVIN SCOTT CLANTON | Last 4 digits of Social Security number or ITIN:  D-XXX-XX-9946 |
| | EIN: |
| Debtor 2:  ANDREA DOLER CLANTON | Last 4 digits of Social Security number or ITIN:  J-XXX-XX-5815 |
| | EIN: |
| Case Number:  26-11416-SDM | Date Case Filed or Converted to Chapter 13:  April 21, 2026 |

Form 309G (12/15)

## NOTICE OF CHAPTER 12 BANKRUPTCY CASE

**For the debtors listed above, a case has been filed under chapter 12 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 12 plan may result in a discharge of debt. Creditors who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in this case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly indentify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in this case. Do not include more that the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1:  Debtor's full name** | MELVIN SCOTT CLANTON | ANDREA DOLER CLANTON |
| **2:  All other names used in the last 8 years** | | |
| **3:  Address** | 404 S WASHINGTON ST<br><br>STARKVILLE, MS 39759 | If debtor 2 lives at a different address:<br>404 S WASHINGTON ST<br><br>STARKVILLE, MS 39759 |
| **4:  Debtor's attorney** Name and Address | Thomas C Rollins Jr.<br>The Rollins Law Fime PLLC<br>P O Box 13767<br>Jackson, MS 39236 | Contact phone   (601) 500-5533<br><br>Email |
| **5:  Bankruptcy trustee** Name and Address | Harold J.  Barkley,Jr.<br>P.O. Box 5069<br><br>Jackson, MS 39296-5069 | Contact phone   (601) 362-6161<br><br>Email |
| **6:  Bankruptcy Clerk's office** Documents in this case may be filed at this address. <br>You may inspect all records filed in this case at this office or online a www.pacer.gov. | US Bankruptcy Court<br>703 Hwy 145 North<br><br>Aberdeen, MS 39730 | Hours open<br><br>Contact phone |

Form 309I    Page 1                                                      For more information, see page 2

21269134 000001 02 04 000

Debtor:  MELVIN SCOTT CLANTON                                                                          Case Number:  26-11416-SDM

| 7: Meeting of creditors | | Location: Zoom video meeting. Go to |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. | June 17, 2026 _____   at _02:00 PM_ <br> Date                              Time | Zoom.us/join. Enter Meeting ID 374 151 7424 - Passcode 4972880130, OR call 1-662-350-8812, |
| Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |

| 8: Deadlines | | | |
|---|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> You must file a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under U.S.C. § 523(a)(2) or (4). | Filing deadline: | August 17, 2026 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: | June 30, 2026 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: | October 19, 2026 |

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

If you do not file a proof of claim by the deadline, you might not be paid for your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: | 30 days after the conclusion of the meeting of creditors |
|---|---|---|

| 9: Filing of plan | |
|---|---|
| | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confimation will be sent separately. |

| 10: Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|
| **11: Filing a chapter 12 bankruptcy case** | Chapter 12 allows family farmers and family fisherman to reorganize according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan. You may object to confirmation of the plan and attend the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business unless the court orders otherwise. |
| **12: Discharge of debts** | Confirmation of a chapter 12 plan may result in a discharge of debts, which may include all or part of your debt. Unless the court orders otherwise, the discharge will not be effective until all payments under the plan are made. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt excepted under 11 U.S.C. § 523(a)(2) or (4), you must start a judicial proceeding by filing a complaint and paying the filing fee in the clerk's office by the deadline. |
| **13: Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

Form 309I    Page 2

2611416-Trustee-A-    Haro
US Bankruptcy Court
703 Hwy 145 North
Aberdeen, MS 39730

**Harold J. Barkley, Jr.**
**P.O. Box 5069**
**Jackson, MS 39296-5069**

NOTICE

All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in a motion to dismiss being filed.

051226.0044.81.00308542.002        2611416.Trustee.A.                                                        387

21269132 000001 01 04 000

# CERTIFICATE OF MAILING

CASE: 2611416          TRUSTEE: 81          COURT: 387                                                    Page 1 of 2
TASK: 05-13-2026.00308542.N12REV          DATED: 05/14/2026

| | | | |
|---|---|---|---|
| Court | | US Bankruptcy Court | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Trustee | | Harold J. Barkley,Jr. | P.O. Box 5069<br>Jackson, MS 39296-5069 |
| Debtor | | MELVIN SCOTT CLANTON | 404 S WASHINGTON ST<br>STARKVILLE, MS 39759 |
| Joint | | ANDREA DOLER CLANTON | 404 S WASHINGTON ST<br>STARKVILLE, MS 39759 |
| 799 | 000002 | Thomas C Rollins Jr.<br>P O Box 13767 | The Rollins Law Fime PLLC<br>Jackson, MS 39236 |
| 008 | 000008 | CBNA<br>Attn: Bankruptcy | P O Box 509<br>Canton, NY 13617 |
| 014 | 000013 | Fairport Asset Management | 3144 S Winton Rd<br>Rochester, NY 14623 |
| 024 | 000021 | Midwest | 3144 S WInton Rd<br>Rochester, NY 14623 |
| 013 | 000016 | Department of Treasury -<br>P O Box 7346 | Internal Revenue Service<br>Philadelphia, PA 19101-7346 |
| 009 | 000009 | CHASE | P O BOX 15299<br>WILMINGTON, DE 19850 |
| 010 | 000040 | CHASE | P O BOX 15299<br>WILMINGTON, DE 19850 |
| 001 | 000003 | Bank of America<br>Attn: Bankruptcy | P O Box15019<br>Wilmington, DE 19886-5019 |
| 002 | 000038 | Bank of America<br>Attn: Bankruptcy | P O Box15019<br>Wilmington, DE 19886-5019 |
| 005 | 000005 | Barclays Bank of Delaware<br>Attn: Bankruptcy | P O Box 8801<br>WIlmington, DE 19899 |
| 040 | 000034 | US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE, NW | US DEPT OF JUSTICE<br>WASHINGTON, DC 20530-0001 |
| 038 | 000032 | Triangle Chemical Co | 117 Preston Ct<br>Macon, GA 31210 |
| 035 | 000030 | Synchrony/PayPal Credit<br>Attn: Bankruptcy | P O Box 965064<br>Orlando, FL 32896 |
| 028 | 000025 | Regions Bank<br>Attn: Bankruptcy | 2050 Parkway Office Cr, 6th Floor<br>Birmingham, AL 35244 |
| 029 | 000026 | REGIONS BANK<br>P O BOX 11007 | ATTN: RECOVERY DEPT<br>BIRMINGHAM, AL 35288-1007 |
| 030 | 000037 | REGIONS BANK<br>P O BOX 11007 | ATTN: RECOVERY DEPT<br>BIRMINGHAM, AL 35288-1007 |
| 018 | 000017 | INTERNAL REVENUE SERVICE<br>900 JEFFERSON AVENUE | C/O U S ATTORNEY<br>OXFORD, MS 38655-0000 |
| 041 | 000035 | WINN BROWN LAW FIRM | P O BOX 249<br>SOUTHAVEN, MS 38671-0249 |
| 039 | 000033 | Tucker Selden & Tucker | P O Box 66<br>Tunica, MS 38676 |
| 016 | 000041 | Guaranty Bank & Trust | 215 W US 82<br>Indianola, MS 38751 |
| 019 | 000012 | JAMES T MILAN | 300 SOUTH SPRING STREET<br>TUPELO, MS 38804 |

# CERTIFICATE OF MAILING

CASE: 2611416        TRUSTEE: 81        COURT: 387                                    Page 2 of 2
TASK: 05-13-2026.00308542.N12REV        DATED: 05/14/2026

| 031 | 000027 | Robert Taylor Gordon | | 194 Van Dorn St<br>Grenada, MS 38901 |
|-----|--------|----------------------|--|----------------------------|
| 037 | 000031 | The Delta Group | | 1904 Hwy 82 W<br>Gore Springs, MS 38929 |
| 032 | 000028 | SCOTT PETROLEUM CORP. | | 102 MAIN STREET<br>ITTA BENA, MS 38941 |
| 033 | 000043 | SCOTT PETROLEUM CORP. | | 102 MAIN STREET<br>ITTA BENA, MS 38941 |
| 006 | 000006 | BRUNINI, GRANTHAM, GROWER | | P. O. BOX 119<br>JACKSON, MS 39205 |
| 017 | 000015 | GUARANTY BANK & TRUST COMPANY<br>P O BOX 650 | | JIM F SPENCER JR<br>JACKSON, MS 39205-0650 |
| 025 | 000022 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION | | P O BOX 22808<br>JACKSON, MS 39225-2808 |
| 027 | 000024 | Nutrien | | 4093 Deerbrook Rd<br>Macon, MS 39341 |
| 003 | 000004 | BANK OF KILMICHAEL | | P. O. BOX 187<br>KILMICHAEL, MS 39747 |
| 004 | 000039 | BANK OF KILMICHAEL | | P. O. BOX 187<br>KILMICHAEL, MS 39747 |
| 021 | 000042 | John Deere Financial, f.s.b<br>5990 West Creek Road, Suite 200 | | c/o Weltman, Weinberg & Reis Co LPA<br>Independence,, OH 44131 |
| 007 | 000007 | Case IH | | 2701 Oakes Road<br>Sturtevant, WI 53177 |
| 022 | 000019 | Mayo Clinic | | 200 S First St SW<br>Rochester, MN 55905 |
| 011 | 000010 | Citibank | | P O Box 790046<br>St Louis, MO 63179 |
| 020 | 000018 | JOHN DEERE CREDIT | | P. O. BOX 650215<br>DALLAS, TX 75265-0215 |
| 026 | 000023 | Nordstrom Signature Visa<br>Attn: Bankruptcy | | P O Box 6555<br>Englewood, CO 80155 |
| 034 | 000029 | Simplot AB Retail Inc<br>PO Box 27 | | DBA Simplot Grower Solutions<br>Boise, ID 83702 |
| 015 | 000014 | Goldman Sach's | | P O Box 45400<br>Salt Lake City, UT 84145 |
| 012 | 000011 | CNH CAPITAL | | P O BOX 78004<br>PHOENIX, AZ 85062-8004 |
| 023 | 000020 | Midland Credit Mgmt<br>Attn: Bankruptcy | | P O Box 939069<br>San Diego, CA 92193 |
| 036 | 000036 | TD Bank N.A. | | P O Box 1931<br>Burlingame, CA 94011 |

46 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 05/14/2026.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    05/14/2026   BY    /s/ EPIQ Systems Inc _____

*CM - Indicates notice served via Certified Mail