## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  MELVIN SCOTT CLANTON AND
ANDREA DOLER CLANTON                                          CHAPTER 12
                                                     CASE NO. 26-11416-SDM

### NOTICE OF APPEARANCE

Jay Gore, III, of Gore, Kilpatrick & Dambrino, PLLC, 2000 Gateway Street, Suite 160

(38901), Post Office Box 901, Grenada, Mississippi 38902-0901, jgore@gorekilpatrick.com,

hereby gives notice, pursuant to Bankruptcy Rule 9010(b), of his notice of appearance on behalf

of **Guaranty Bank & Trust Company** in the above-captioned matter and requests that a copy of

all pleadings and notices of all hearings or other proceedings be sent to me at the address above.

Respectfully submitted this the 19th day of May, 2026.


                                   /s/ Jay Gore, III
                                   Jay Gore, III, MSB# 4916
                                   Gore, Kilpatrick & Dambrino, PLLC
                                   2000 Gateway, Suite 160 (38901)
                                   Post Office Box 901
                                   Grenada, Mississippi 38902-0901
                                   662.226.1891 (telephone)
                                   jgore@gorekilpatrick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties listed

below as a registered CM/ECF participant who has consented to electronic notice, and the Notice

of Electronic Filing indicates Notice was electronically mailed to said  party:

> Thomas C. Rollins, Jr.
> Trollins@therollinslawfirm.com

This the 19th day of May, 2026.

*/s/ Jay Gore, III*

Jay Gore, III, MSB #4916
