**SO ORDERED,**



_Selene Maddox_

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:   Melvin Scott Clanton**                                **Case No. 26-11416-SDM**
**Andrea Doler Clanton, Debtors**                          **CHAPTER 12**

### PROPOSED ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL

This matter came before the Court upon the Motion of the Debtors for Authority to Use

Cash Collateral [Dkt. _6_]. There being no objection, the Court finds that (i) it has jurisdiction

over this matter; (ii) notice of the motion and hearing was sufficient; and (iii) the Debtors have

shown good cause for the relief requested.

IT IS HEREBY ORDERED THAT:

1. The Debtors are authorized to use cash collateral through and including in accordance

   with the budget attached as Exhibit A to the Motion, until such time as this matter is

   heard for consideration of a Final Order Authorizing Use of Cash Collateral.

2. The Debtors shall provide adequate protection to Simplot by preserving the collateral,

   maintaining records, and providing monthly operating reports to the Chapter 12 Trustee

   and Simplot upon request.

3. Nothing in this Order shall be construed as a finding as to the validity, priority, or extent

   of any secured creditor's interest in the Debtors' property or cash collateral.

4.   This Order is without prejudice to the rights of any party to seek further or different

relief.

##END OF ORDER##


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533