**SO ORDERED,**



*Selene Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Melvin Scott Clanton**                               **Case No. 26-11416-SDM**
         **Andrea Doler Clanton, Debtors**                      **CHAPTER 12**

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

Upon consideration of the application of Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors") for an order authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtors (DK # _10_ ) and upon the Affidavit of Disinterestedness regarding such employment, and the Court having considered said Application and is of the opinion that the Application is well taken and should be approved, it is hereby:

ORDERED, that the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtors is approved pursuant to 11 U.S.C. § 327(a) on the terms and conditions set forth in the application; and it is further.

ORDERED, that compensation and reimbursement of expenses shall be paid in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court only after notice and a hearing; and it is further.

ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous order allowing compensation and expenses and the amounts so allowed

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com