_____

**SO ORDERED,**



/s/ Selene D. Maddox

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Melvin Scott Clanton**                              **Case No. 26-11416-SDM**
         **Andrea Doler Clanton, Debtors**                     **CHAPTER 12**

### PROPOSED ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL

This matter came before the Court upon the Motion of the Debtors for Authority to Use Cash Collateral [Dkt. _6_]. There being no objection, the Court finds that (i) it has jurisdiction over this matter; (ii) notice of the motion and hearing was sufficient; and (iii) the Debtors have shown good cause for the relief requested.

IT IS HEREBY ORDERED THAT:

1.  The Debtors are authorized to use cash collateral through and including in accordance with the budget attached as Exhibit A to the Motion, until such time as this matter is heard for consideration of a Final Order Authorizing Use of Cash Collateral.

2.  The Debtors shall provide adequate protection to Simplot by preserving the collateral, maintaining records, and providing monthly operating reports to the Chapter 12 Trustee and Simplot upon request.

3.  Nothing in this Order shall be construed as a finding as to the validity, priority, or extent of any secured creditor's interest in the Debtors' property or cash collateral.

4. This Order is without prejudice to the rights of any party to seek further or different

relief.

##END OF ORDER##


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                          Case No. 26-11416-SDM

Melvin Scott Clanton                                                                   Chapter 12

Andrea Doler Clanton

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 | User: autodocke | Page 1 of 2
--- | --- | ---
Date Rcvd: May 28, 2026 | Form ID: pdf0003 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Ashley N. Lane
     on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com  kferguson@gorekilpatrick.com

Harold J. Barkley, Jr.
     hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com

Jay Gore, III
     on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com
sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Thomas C. Rollins, Jr.
     on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
     on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com

District/off: 0537-1                          User: autodocke                                    Page 2 of 2

Date Rcvd: May 28, 2026                       Form ID: pdf0003                              Total Noticed: 1

jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 6