

SO ORDERED,

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Melvin Scott Clanton**                     **Case No. 26-11416-SDM**
          **Andrea Doler Clanton, Debtors**                     **CHAPTER 12**

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

Upon consideration of the application of Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors") for an order authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtors (DK # _10_ ) and upon the Affidavit of Disinterestedness regarding such employment, and the Court having considered said Application and is of the opinion that the Application is well taken and should be approved, it is hereby:

ORDERED, that the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtors is approved pursuant to 11 U.S.C. § 327(a) on the terms and conditions set forth in the application; and it is further.

ORDERED, that compensation and reimbursement of expenses shall be paid in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court only after notice and a hearing; and it is further.

ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous order allowing compensation and expenses and the amounts so allowed

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                                    Case No. 26-11416-SDM

Melvin Scott Clanton                                                                             Chapter 12

Andrea Doler Clanton
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                                   User: autodocke                                   Page 1 of 2

Date Rcvd: May 29, 2026                               Form ID: pdf0003                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID                      Recipient Name and Address**
db/jdb                      +  Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

Ashley N. Lane
                  on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com  kferguson@gorekilpatrick.com

Harold J. Barkley, Jr.
                  hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com

Jay Gore, III
                  on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com
                  sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Thomas C. Rollins, Jr.
                  on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com
                  jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
                  on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com

District/off: 0537-1

User: autodocke

Page 2 of 2

Date Rcvd: May 29, 2026

Form ID: pdf0003

Total Noticed: 1

jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 6