## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

**MELVIN SCOTT CLANTON**
**ANDREA DOLER CLANTON**                                           **CASE NO. 26-11416-SDM**

**DEBTORS.**                                                          **CHAPTER 12**

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS

Please take notice that James A. McCullough, II of Brunini, Grantham, Grower & Hewes, PLLC, P.O. Drawer 119, Jackson, Mississippi 39205-0119, this date hereby enters his appearance as counsel for Creditor Fairport Asset Management REO 2, LLC.

The undersigned requests that his name be placed on the service matrix, and that all motions, notices, and pleadings in this matter be served upon him as counsel for Fairport Asset Management REO 2, LLC.

Dated: June 3, 2026.

Respectfully submitted,

**FAIRPORT ASSET MANAGEMENT REO 2, LLC**

By: _s/ James A. McCullough, II_
One of Its Attorneys

OF COUNSEL:

James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

#4204092v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date caused to be filed a true and correct copy of the foregoing

with the Clerk of the Court using the Court's electronic filing system, which caused notice of such filing

to be delivered electronically to all counsel of record.

Dated: June 3, 2026.

*s/ James A. McCullough, II*
James A. McCullough, II

#4204092v1