## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**  **Melvin Scott Clanton**              **CHAPTER 12**
           **Andrea Doler Clanton, Debtors**      **CASE NO. 26-11416-SDM**

## MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY
## OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION

COMES NOW Guaranty Bank & Trust Company (Guaranty), by and through counsel, in the above styled and numbered case, and files this Motion for Abandonment and Relief from Automatic Stay and in support thereof would show unto the Court as follows, to-wit:

1. Debtor filed a Petition for Relief under Chapter 12 of the United States Bankruptcy Code on or about April 21, 2026. [Doc. #1]

2. Guaranty is a financial institution organized, existing, and doing business in good standing in the State of Mississippi.

3. Guaranty has extended loans and financing agreements with the Debtors and has filed the following Proof of Claim in this matter.

> (a)    Claim #8; filed June 11, 2026; reflecting a Promissory Note/Deed of Trust and loan documents dated May 17, 2021, with a past due balance as of the date of filing of $10,595.52, plus attorney fees and costs of collection. This debt is secured by grain bin and attachments located in Webster County, MS. Guaranty Bank also has a Judgment as a result of a deficiency balance on a separate loan in the amount of $19,516.62   See Proof of Claim #8 filed in this cause.

4. The debts and collateral are cross-collateralized and also guaranteed by the individual debtors under the terms of the loans secured by the collateral in the heretofore described loan documents. Debtors are in default and the debt is past due and owing with interest continuing to accrue, plus attorney's fees and court costs in accordance with the terms of the loan documents. The real property collateral of the bank secures all debts owed including the judgment of $19,516.62.

5.    As of June 10, 2026, the total amount of past due is $30,112.14

6.      Debtors, by virtue of the loan documents, have afforded Guaranty Bank and Trust Company a first lien on real estate and a security interest in the collateral identified in the heretofore described Proof of Claim. Guaranty Bank and Trust Company is entitled to abandonment of its collateral from the Debtors and relief from the automatic stay of the Court so that it may protect its interests in all of its collateral.

7.      In the alternative, the Debtor should be required to bring all payments due to the bank current plus attorney's fees and costs as provided in the loan documents and provide adequate protection against future default in payment, payment of taxes, insurance, and timely note payments and provide adequate protection.

WHEREFORE, PREMISES CONSIDERED, Guaranty Bank & Trust moves this Court for the entry of an Order of Abandonment and Lifting the Stay on the Collateral of Movant, or in the alternative, provide Guaranty with adequate protection for the Debtor's ongoing use and diminution in value of the collateral.

This the 12th day of June, 2026.

Respectfully Submitted,
Guaranty Bank & Trust Company

s/Jay Gore, III
Jay Gore, III, MSB #4916

Jay Gore, III, MSB #4916
Gore, Kilpatrick & Dambrino, PLLC
Post Office Box 901
Grenada, Mississippi, 38901
Telephone: 662.226.1891

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties listed below by first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicated Notice was electronically mailed to said party:

Thomas C. Rollins, Jr., Esq.
trollins@therollinsfirm.com

Harold J. Barkley, Jr.
hjb@hbarkley13.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

This the 12th day of June, 2026.

/s/ Jay Gore, III
Jay Gore, III MSB# 4916