CM/ECF hrg13
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Melvin Scott Clanton and Andrea )          Case No.: 26–11416–SDM
      Doler Clanton )          Chapter: 12
      Debtor(s) )          Judge: Selene D. Maddox
       )
       )

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 7/21/26 at 10:00 AM

Responses Due: 7/6/26

to consider and act upon the following:

*30 –* Motion to Abandon ., Motion for Relief from Stay ., Motion for Adequate Protection Filed by Jay Gore III on behalf of Guaranty Bank and Trust Company. (Gore, Jay)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 6/15/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: MRH
    Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                      Case No. 26-11416-SDM

Melvin Scott Clanton                                                                        Chapter 12

Andrea Doler Clanton

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jun 15, 2026 | Form ID: hrg13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb          +  Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name**         **Email Address**

Ashley N. Lane
         on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com  kferguson@gorekilpatrick.com

Harold J. Barkley, Jr.
         hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com

James A. McCullough, II
         on behalf of Creditor Fairport Asset Management REO 2  LLC jmccullough@brunini.com, jfarmer@brunini.com

Jay Gore, III
         on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com
         sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Thomas C. Rollins, Jr.
         on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com
         jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

District/off: 0537-1                          User: autodocke                              Page 2 of 2

Date Rcvd: Jun 15, 2026                       Form ID: hrg13                            Total Noticed: 1

Thomas C. Rollins, Jr.

on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 7