CM/ECF oiextsty
(Rev. 09/14/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Melvin Scott Clanton and Andrea )    Case No.: 26–11416–SDM
      Doler Clanton )    Chapter: 12
      Debtor(s) )    Judge: Selene D. Maddox
       )
       )

Re:  *30* – Motion to Abandon ., Motion for Relief
from Stay ., Motion for Adequate Protection
Filed by Jay Gore III on behalf of Guaranty Bank
and Trust Company. (Gore, Jay)

(the "Motion")

## ORDER EXTENDING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case, the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided by Section 362(e) of the Bankruptcy Code will not hinder, burden, delay or be inconsistent with the proceeding.

IT IS THEREFORE ORDERED that the automatic stay under 11 U.S.C. Section 362 is hereby extended and is to remain in effect pending entry of an Order resolving the Motion.

Dated: 6/15/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                                Case No. 26-11416-SDM

Melvin Scott Clanton                                                                       Chapter 12

Andrea Doler Clanton

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2026 | Form ID: oiextsty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234 |
| cr | + | Guaranty Bank and Trust Company, c/o Jay Gore, III, P. O. Box 160, GRENADA, MS 38902-0901, UNITED STATES 38902-0160 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fairport Asset Management REO 2, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com  kferguson@gorekilpatrick.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com |
| James A. McCullough, II | on behalf of Creditor Fairport Asset Management REO 2  LLC jmccullough@brunini.com, jfarmer@brunini.com |
| Jay Gore, III | on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com |

District/off: 0537-1                          User: autodocke                              Page 2 of 2

Date Rcvd: Jun 15, 2026                       Form ID: oiextsty                           Total Noticed: 2

sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Thomas C. Rollins, Jr.

on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRol
lins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 7