**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: MELVIN SCOTT CLANTON            CASE NO. 26-11416-SDM
ANDREA DOLER CLANTON, Debtors            CHAPTER 12

**MOTION TO EXTEND TIME WITHIN WHICH TO FILE CHAPTER 12 PLAN**

COMES NOW, Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors"), by and through undersigned counsel, and move the Court for an extension of time within which to file their Chapter 12 Plan of Reorganization; and in support thereof, would respectfully show unto the Court as follows:

1. Debtors filed their Chapter 12 voluntary petition on April 21, 2026. Pursuant to 11 U.S.C. § 1221, the Debtors' Chapter 12 Plan is currently due on July 20, 2026.

2. The deadline for filing non-government proofs of claim expired on June 30, 2026. The claims bar date has only recently passed, and the Debtors and their counsel need additional time to review filed claims and evaluate the treatment of creditor claims in a feasible Chapter 12 Plan.

3. Debtors and their counsel have also been engaged in discussions with creditors in an effort to resolve issues consensually, including issues relating to creditor treatment and pending matters in the case. Additional time will allow those discussions to continue productively and may reduce contested issues, promoting judicial efficiency and creditor consensus.

4. Undersigned counsel will be out of town from July 3, 2026 through July 11, 2026. Counsel's temporary absence, combined with the recently passed claims deadline and ongoing creditor negotiations, makes it impracticable to complete and file a confirmable Chapter 12 Plan by the current deadline.

5. Under these circumstances, the Debtors respectfully submit that they are not prepared at this time to file a confirmable Chapter 12 Plan and that the need for an extension is attributable to circumstances for which the Debtors should not justly be held accountable within the meaning of 11 U.S.C. § 1221.

6.      Accordingly, the Debtors request that the Court extend the deadline for filing their Chapter 12 Plan for sixty (60) days, through and including September 18, 2026, and grant such other and further relief as the Court deems just and proper.

WHEREFORE, PREMISES CONSIDERED, Debtors respectfully request that this Court enter an order extending the deadline to file their Chapter 12 Plan by sixty (60) days, to and including September 18, 2026, and for such other and further relief as the Court deems just and proper.

Respectfully submitted.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time Within Which to File Chapter 12 Plan was forwarded on July 7, 2026, to all parties entitled to notice through the Court's CM/ECF system, including:

Case Trustee

U.S. Trustee

All parties receiving electronic CM/ECF notice


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.