---

**SO ORDERED,**



/s/ Selene D. Maddox

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    **Melvin Scott Clanton** | **Case No. 26-11416-SDM** |
| **Andrea Doler Clanton, Debtors** | **CHAPTER 12** |

## ORDER GRANTING MOTION TO EXTEND TIME WITHIN WHICH TO FILE CHAPTER 12 PLAN

THIS MATTER came before the Court on the Motion to Extend Time Within Which to File Chapter 12 Plan (Dk#36) filed by Melvin Scott Clanton and Andrea Doler Clanton, the Debtors in the above-styled bankruptcy case. The Court, having considered the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion to Extend Time Within Which to File Chapter 12 Plan is hereby GRANTED.

IT IS FURTHER ORDERED that the deadline for the Debtors to file their Chapter 12 Plan is extended through and including September 18, 2026.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com