**2080387511**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

File Number: 20203335897A
Date Filed: 8/28/2020 9:43:15 AM
Michael Watson
Secretary of State

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| **Corporation Service Company** | **(800)858-5294** |

B. EMAIL CONTACT AT FILER (optional)
**FilingDept@CSCinfo.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL  62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S  NAME:  Provide only one Debtor Name (1a or 1b)(use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | |
|---|---|---|---|
| MELVIN S. CLANTON FARM | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮ | ▮▮ | ▮ |

2. DEBTOR'S  NAME:  Provide only one Debtor Name (2a or 2b)(use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S  NAME  (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | |
|---|---|---|---|
| REGIONS BANK | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 12926 | BIRMINGHAM | AL | 35202 | USA |

4. COLLATERAL:   This financing statement covers the following collateral:

All Farm Equipment; up and including the following items; Case IH 275 Tractor. Magnum, with Creeper. SN-29RZ01886, 4,351 hours, 2001 John Deere 6700 Hi Cycle Sprayer, SN-004074, 4.085 hours, John Deere 4020 Tractor, 2 post, SN-T213RI 97617R, John Deere 148 Loader, SN-WW 148086876., 2005 John Deere 6700 Hi- Cycle Sprayer, SN-0012080, 3,523 hours, 2010 Case IH Magnum Tractor, SN-Z9R206790 Creeper, 1996 Case IH 5220 High Clearance Tractor. SN-JJF 1047595. 4,880 hours, 2008 Case IH 305 Magnum Tractor, SN-Z7R206887, Duals, 4,018 hours, 1995 Case IH 5250 Tractor, MFWD, CIA, SN-JJF1058297, 8,041 hours, 2013 Case IH 290 Tractor MFWD, Guidance Pro 700, SN-ZBRD06552, 2013 Case IH 315 Tractor MFWD, No Guidance, SN-ZCRD08776, 2005 Case IH 255 Tractor MFWD. Case IH Guidance, SN-N06500X010158, Case 580 Super L Backhoe. 4WD, SN-JJG0203525, Caterpillar D-5 Dozer, Straight Tilt Blade, U/C-70%, SN-9615235, Case IH CPX 610 Cotton Picker. Cotton Express. SN-JJC0250012, 1.675 Engine Hours. 1,348 Fan hours, 1999 Case IH 2388 Combine. SN-JJC0265050, 3.774 engine hours, 2,953 thrashing hours, 2007 Case IH 625 Cotton Picker, SN-Y7TO 1281 LModule Capacity, 1,951 engine hours, 1,531 Fan hours, 2007 Case IH 625 Cotton Picker. Module Capacity, SN-Y7T012804,

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box.
☐ Public-Finance Transaction  ☐ Manufactured Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable)  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
**[197604950]**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

**EXHIBIT**

**4**

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement. If line 1b was left blank because individual Debtor name did not fit, check here ☐ |
|---|

| 9a. ORGANIZATION'S NAME |
|---|
| MELVIN S. CLANTON FARM |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| FIRST PERSONAL NAME |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|

**File Number: 20203335897A**
**Date Filed: 8/28/2020 9:43:15 AM**
**Michael Watson**
**Secretary of State**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact full name) do not omit modify or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME. Provide only one name (11a or 11b)

| 11a. ORGANIZATION NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

1,405 engine hours, 1,092 engine hours, Case IH 635 Cotton Picker, SN-JFCTY0635JCT017827, 940 engine hours, 603 fan hours, Case IH CPX 610 Cotton Picker, SN-JJC02500, 3,368 engine hours, 2,431 fan hours; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).

| 13. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest) | 16. Description of real estate |

17. MISCELLANEOUS

**FILING OFFICE COPY** - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad)(Rev 04/20/11)

230237899

**File Number: 20234155976B**
**Date Filed: 7/17/2023 3:33:02 PM**
**Michael Watson**
**Secretary of State**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**          1-800-858-5294

B. EMAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

> **Corporation Service Company**
> **801 Adlai Stevenson Drive**
> **Springfield, IL  62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER:
**20203335897A**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
From attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item13

2. ☐ TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE

Check one of these two boxes
This Change affects ☐ Debtor  ☐ Secured Party of record

AND Check one of these three boxes to
☐ CHANGE name and/or address. Complete item 6a or 6b and item 7a or 7b and item 7c
☐ ADD name Complete item 7a or 7b and item 7c
☐ DELETE name Give record name to be referred in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party information Change provide only one name (6a or 6b)

OR | 6a. ORGANIZATION'S NAME
MELVIN S. CLANTON FARM

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION:  Complete to Assignment or Party information Change provide only one name (7a or 7b) (use exact full name or modify appreciate any part of the Debtors name

OR | 7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S SURNAME |
|---|
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes ☐ ADD collateral  ☑ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN
Indicate collateral collateral

2013 Case IH 290 Tractor MFWD, Guidance Pro 700, SN-ZBRD06552, AND 2013 Case IH 315 Tractor MFWD, No Guidance, SN-ZCRD08776

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b)(name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR check here ☐ and provide the name of authorizing Debtor

OR | 9a. ORGANIZATION NAME
REGIONS BANK

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**2605 15632**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC3)(Rev 04/20/11)

**250064334**

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

File Number: 20254529691B
Date Filed: 3/4/2025 10:43:26 AM
**Michael Watson**
**Secretary of State**

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company**          1-800-858-5294

B. EMAIL CONTACT AT FILER (optional)
**MSSOSUCCFilingsV3XML@cscglobal.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐                                                      ⌐
        **Corporation Service Company**
        **801 Adlai Stevenson Drive**
        **Springfield, IL  62703**
└                                                      ┘

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER:
**20203335897A**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
From attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item13

2. ☐ TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE

Check one of these two boxes
This Change affects ☐ Debtor ☐ Secured Party of record

AND Check one of these three boxes to
☐ CHANGE name and/or address. Complete item 6a or 6b and item 7a or 7b and item 7c
☐ ADD name Complete item 7a or 7b and item 7c
☐ DELETE name Give record name to be referred in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party information Change provide only one name (6a or 6b)

OR | 6a. ORGANIZATION'S NAME
**MELVIN S. CLANTON FARM**

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete to Assignment or Party information Change provide only one name (7a or 7b) (use exact full name or modify appreciate any part of the Debtors name

OR | 7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S SURNAME |
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN
Indicate collateral collateral

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b)(name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide the name of authorizing Debtor

OR | 9a. ORGANIZATION NAME
**REGIONS BANK**

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**3061 70119**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC3)(Rev 04/20/11)