## ALLONGE

Reference is made to the $470,000.00 Promissory Note dated May 19, 2020, executed by Melvin S. Clanton Farm payable to the order of Regions Bank (the "Note"). It is intended that this Allonge be attached to and made a permanent part of the Note.

Pay to the order of **FAIRPORT ASSET MANAGEMENT REO 2, LLC**, a Missouri limited liability company, without recourse, representations or warranties of any kind.

Executed this _21_ day of November, 2025.

> **REGIONS BANK,**
> an Alabama banking corporation
>
> By: _____
> Name: Wade Parker
> Its: Senior Vice President

4922-5058-3674.1
Fairport-Melvin Clanton Farms (Loan 906081)

**EXHIBIT
9**