## ALLONGE

Reference is made to the $500,000.00 Promissory Note dated July 14, 2020, executed by Melvin S. Clanton Farm payable to the order of Regions Bank (the "Note"). It is intended that this Allonge be attached to and made a permanent part of the Note.

Pay to the order of **FAIRPORT ASSET MANAGEMENT REO 2, LLC**, a Missouri limited liability company, without recourse, representations or warranties of any kind.

Executed this ⎽⎽21⎽⎽ day of November, 2025.

**REGIONS BANK,**
an Alabama banking corporation

By: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
        Name: Wade Parker
        Its: Senior Vice President

> **EXHIBIT**
> **10**

4912-6629-8490.1
Fairport-Melvin Clanton Farms (Loan 913459)