INST# 20250040/2 BK: 471 PG: 51-52
RECORDED 12/1/2025 @ 3:23:01 PM
NUM PAGES: 2
Kathy Poynor Chancery Clerk

Prepared by:
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203

When recorded mail to:
Fairport Asset Management REO 2, LLC
c/o Midwest Servicing 2, Inc.
3144 S. Winton Road
Rochester, New York 14623

STATE OF MISSISSIPPI   )
CALHOUN COUNTY      )

Indexing Instructions: The W ½ of the SE ¼ of South of Sabougla Canal in Section 33, Township 22 North, Range 8 East, Calhoun County, Mississippi.

## ASSIGNMENT OF DEED OF TRUST

This ASSIGNMENT OF DEED OF TRUST (this "Assignment") is made as of November 21, 2025, by **REGIONS BANK**, an Alabama banking corporation, having an address of 1900 5th Avenue North – 28th Floor, ALBH12803B, Birmingham, AL 35203, Attention: Wade Parker ("Assignor"), to **FAIRPORT ASSET MANAGEMENT REO 2, LLC,** a Missouri limited liability company, having an address of 3144 S. Winton Road, Rochester, New York 14623 ("Assignee").

In consideration of Ten and No/100 Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby assigns to Assignee all of its right, title and interest in that Deed of Trust dated July 14, 2020, by Melvin Scott Clanton and Andrea Doler Clanton to Robert Leard, as trustee, for the benefit of Assignor, as recorded in Book 424, Page 77, in the Official Records of Calhoun County, Mississippi, as may have been partially released from time to time.

TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of Assignee forever.

This Assignment is made without recourse to, or any representation or warranty by, Assignor in any event whatsoever.

*[Remainder of Page Intentionally Left Blank.]*

EXHIBIT
11

BOOK: 471 PAGE: 52

Case 26-11416-SDM    Doc 39-11    Filed 07/14/26    Entered 07/14/26 17:39:13    Desc
Exhibit 11 - Calhoun DOT Assignment    Page 2 of 2

IN WITNESS WHEREOF, Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the day and year first above written.

Witnesses:

*Denma Sanders*

*Denna Sanders*
Print Name

*Sharlyn Henderson*

*Sharlyn Henderson*
Print Name

**REGIONS BANK,**
an Alabama banking corporation

By: _____

Name:  Wade Parker
Title: Senior Vice President

STATE OF ALABAMA        )
                                            :
JEFFERSON COUNTY       )

Personally appeared before me, the undersigned authority in and for the county and state, on this 20th day of November, 2025, within my jurisdiction, the within named *Wade Parker*, who acknowledged that he is a Senior Vice President of Regions Bank, an Alabama banking corporation, and that for and on behalf of said corporation, and as its act and deed he executed the above and foregoing instrument, after having first been duly authorized by said corporation so to do.

*Gina M. Moody*
Notary Public
Printed Name: *Gina M Moody*
[NOTARIAL SEAL]  My commission expires  *8-8-2029*



GINA M. MOODY
My Commission Expires
August 8, 2029

2

Fairport-Melvin Clanton Farm

4905-4232-2554.1