250428262

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS

File Number: 20254716736B
Date Filed: 12/4/2025 9:59:34 AM
**Michael Watson**
**Secretary of State**

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Mrs. Kristen M Turpyn**          (585) 377-2810

B. EMAIL CONTACT AT FILER (optional)
**kturpyn@midwest-fac.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

> **Midwest Servicing Inc.**
> **3144 S. Winton Road**
> **Rochester, NY  14623**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER:
**20203335897A**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
From attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item13

2. ☐ TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE

Check one of these two boxes
This Change affects ☐ Debtor ☐ Secured Party of record

AND Check one of these three boxes to
☐ CHANGE name and/or address. Complete item 6a or 6b and item 7a or 7b and item 7c
☐ ADD name Complete item 7a or 7b and item 7c
☐ DELETE name Give record name to be referred in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party information Change provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete to Assignment or Party information Change provide only one name (7a or 7b) (use exact full name or modify appreciate any part of the Debtors name

| 7a. ORGANIZATION'S NAME |
|---|
| Fairport Asset Management, LLC |

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)        SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3144 S. Winton Road | Rochester | NY | 14623 | USA |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN
Indicate collateral collateral

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b)(name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide the name of authorizing Debtor

| 9a. ORGANIZATION NAME |
|---|
| Regions Bank |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA:
**55521-06**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC3)(Rev 04/20/11)

**EXHIBIT**
**13**

260206246

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**File Number: 20264843231B**
**Date Filed: 6/24/2026 1:11:44 PM**
**Michael Watson**
**Secretary of State**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Mrs. Kristen M Turpyn          (585) 377-2810

B. EMAIL CONTACT AT FILER (optional)
kturpyn@midwest-fac.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Midwest Servicing Inc.
3144 S. Winton Road
Rochester, NY 14623

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER: | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 20203335897A | (or recorded) in the REAL ESTATE RECORDS |
| | From attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item13 |

2. ☐ TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE
Check one of these two boxes
This Change affects ☐ Debtor ☐ Secured Party of record

AND Check one of these three boxes to
☐ CHANGE name and/or address. Complete item 6a or 6b and item 7a or 7b and item 7c
☐ ADD name Complete item 7a or 7b and item 7c
☐ DELETE name Give record name to be referred in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party information Change provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete to Assignment or Party information Change provide only one name (7a or 7b) (use exact full name or modify appreciate any part of the Debtors name

7a. ORGANIZATION'S NAME
Fairport Asset Management REO 2, LLC

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                          SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3144 S. Winton Road | Rochester | NY | 14623 | USA |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN
Indicate collateral collateral

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b)(name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide the name of authorizing Debtor

9a. ORGANIZATION NAME
OR Fairport Asset Management, LLC

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
55521-06

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC3)(Rev 04/20/11)