## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**REGIONS BANK**                                                                    **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 4:25-cv-52-DMB-DAS**

**MELVIN S. CLANTON FARM, MELVIN
SCOTT CLANTON, and
ANDREW DOLER CLANTON**                                                **DEFENDANTS**

## MOTION TO SUBSTITUTE PARTIES AND RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT

Fairport Asset Management REO 2, LLC ("**Fairport**"), pursuant to Federal Rule of Civil

Procedure 25(c), respectfully requests that the Court enter an order substituting Fairport as plaintiff

in the place and stead of Regions Bank ("**Regions**"). Fairport also renews Regions' request for

entry of a default judgment. In support, Fairport states the following:

1.      On April 30, 2025, Regions filed its Complaint (Doc. 1) seeking to collect amounts

owed under two separate secured loans executed by Defendants in Regions' favor. In the

Complaint, Regions refers to these as Loans 1 and 2, and collectively, the "**Loans**."

2.      On or about November 21, 2025, Regions assigned the Loans to Fairport. (**Ex. 1,**

**Allonges**). Accordingly, Fairport is the current holder of the Loans, the real party in interest to

prosecute the nonpayment of the Loans, and the party who will be bound by the Court's ultimate

adjudication of this dispute. *See Avakian v. Citibank N.A.*, 2015 WL 4643129, at *2-3 (N.D. Miss.

Aug. 4, 2015) (granting motion to substitute and renewed motion for entry of final judgment)

(citing 7C Wright, Miller & Kane, Federal Practice & Procedure: Civil 3d § 1958, at 691-701 (3d

ed.)) ("The action may be continued by or against the original party, and *the judgment will be*

*binding on the successor in interest even though the successor is not named.*") (emphasis added).[1]

---

[1] *Accord Maya v. Gen. Battery Corp.*, 908 F.2d 1262, 1266 (5th Cir. 1990) (successor-in-interest bound by

1

**EXHIBIT**

**14**

3.      Federal Rule of Civil Procedure 25(c) states:

If an interest is transferred, the action may be continued by or against the original
party unless the court, on motion, orders the transferee to be substituted in the action
or joined with the original party. The motion must be served as provided in Rule
25(a)(3).[2]

4.      Regions no longer has any interest in the Loans, and thus, no longer has any interest

in prosecuting this lawsuit. Accordingly, Fairport respectfully requests that the Court enter an order

substituting Fairport as the plaintiff in the place and stead of Regions. Fairport additionally renews

Regions' motion for entry of a default judgment. Fairport requests such other relief as the Court

deems appropriate.[3]

5.      Regions does not oppose the relief requested in this motion.

6.      Due to the straightforward nature of the relief requested, Fairport respectfully

requests that it be excused from the requirement to file an accompanying memorandum brief.

**WHEREFORE, PREMISES CONSIDERED**, Fairport respectfully requests that the

Court enter an order substituting Fairport as plaintiff in this action in the place and stead of

Regions. Fairport also renews Regions' motion for a default judgment. Fairport requests such other

relief as the Court deems appropriate.

Dated: December 16, 2025.

---

court's judgment whether substituted or not); *Latham v. Wells Fargo Bank, N.A.*, 896 F.2d 979, 983 (5th
Cir. 1990) (same); *Christiana Trust v. Riddle as next friend of Riddle*, 819 F. App'x 255, 256-57 (5th Cir.
2020) (same).

[2] Rule 25(a)(3) states, in relevant part: "A motion to substitute, together with a notice of hearing, must be
served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4...."

[3] After substitution, Fairport will occupy the same position as Regions. *See Ransom v. Brenan*, 437 F.2d
513, 516 (5th Cir. 1971) ("Subject matter jurisdiction, once it validly exists among the original parties,
remains intact after substitution. A substituted party steps into the same position of the original party.");
*Freeport-McMoRan*, 498 U.S. 426, 428 (1991) (holding that diversity jurisdiction is not defeated by the
substitution of a non-diverse party).

Respectfully Submitted,

**FAIRPORT ASSET MANAGEMENT
REO 2, LLC**

*/s/ William D. Drinkwater*
One of Its Attorneys

OF COUNSEL:
William Dement Drinkwater, Esq. (MSB # 103913)
wdrinkwater@brunini.com
James A. McCullough, II (MS Bar No. 10175)
jmccullogh@brunini.com
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi  39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

3

## CERTIFICATE OF SERVICE

I certify that I have this day caused a copy of the above and foregoing to be filed using the

Court's electronic filing system, which caused notice of the same to be served on all counsel of

record. I additionally certify that, in accordance with Federal Rules of Civil Procedure 25(c) and

Rule 5, I have this day caused a copy of the above and foregoing to be served on the following by

United States mail, postage prepaid:

Melvin S. Clanton Farms
c/o Melvin Scott Clanton

Melvin Scott Clanton

Melvin S. Clanton Farms
c/o Melvin Scott Clanton

Melvin Scott Clanton

Andrea Doler

Dated: December 16, 2025.

/s/ William D. Drinkwater

## <u>ALLONGE</u>

Reference is made to the $470,000.00 Promissory Note dated May 19, 2020, executed by Melvin S. Clanton Farm payable to the order of Regions Bank (the "Note"). It is intended that this Allonge be attached to and made a permanent part of the Note.

Pay to the order of **FAIRPORT ASSET MANAGEMENT REO 2, LLC**, a Missouri limited liability company, without recourse, representations or warranties of any kind.

Executed this __21__ day of November, 2025.

**REGIONS BANK,**
an Alabama banking corporation

By: _____
Name: Wade Parker
Its: Senior Vice President

4922-5058-3674.1
Fairport-Melvin Clanton Farms (Loan 906081)

**EXHIBIT**

**1**

## ALLONGE

Reference is made to the $500,000.00 Promissory Note dated July 14, 2020, executed by Melvin S. Clanton Farm payable to the order of Regions Bank (the "Note"). It is intended that this Allonge be attached to and made a permanent part of the Note.

Pay to the order of **FAIRPORT ASSET MANAGEMENT REO 2, LLC**, a Missouri limited liability company, without recourse, representations or warranties of any kind.

Executed this 2 1 day of November, 2025.

**REGIONS BANK,**
an Alabama banking corporation

By: _____
Name: Wade Parker
Its: Senior Vice President

4912-6629-8490.1
Fairport-Melvin Clanton Farms (Loan 913459)