### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**FAIRPORT ASSET MANAGEMENT**            **PLAINTIFF**
**REO 2, LLC**

**V.**            **NO. 4:25-CV-52-DMB-DAS**

**MELVIN S. CLANTON FARM,**
**MELVIN SCOTT CLANTON, and**
**ANDREA DOLER CLANTON**            **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the order issued this date, judgment is entered in favor of Fairport Asset Management REO 2, LLC, against the defendants in the amount of $709,712.84, with interest from September 26, 2025, through this date at the rate of $85.98547 per diem; $111,931.25 for attorney's fees and expenses; and post-judgment interest at the statutory rate.

**SO ORDERED**, this 30th day of January, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT**
**16**