FAIRPORT ASSET MANAGEMENT REO 2, LLC

LOAN WORKSHEET

MELVIN S CLANTON FARM

| | |
|---|---|
| Loan number | |
| Payoff date | 4/21/2026 |
| Maturity date | 1/30/2033 |
| Annual interest rate | 8.000% |
| Daily interest rate | 0.022200% |
| Daily interest amount | $157.71 |
| Principal balance | $709,712.84 |
| Accrued interest | $23,679.52 |
| Accrued late charges | $0.00 |
| Escrow deficiency | $0.00 |
| Prepayment penalty | $0.00 |
| Forwarding fee | $0.00 |
| Other fees | $0.00 |
| LEGAL-Judgement | $111,931.25 |
| PROP_PRES | $1,323.18 |

- - - - - - - - - - - - - - - - - - - - - - - - - -

TOTAL DUE                                    $846,646.79 *

**PLEASE MAKE CHECKS PAYABLE TO:**
**FAIRPORT ASSET MANAGEMENT REO 2,**
**LLC AND FORWARD TO:**
**AIRPORT ASSET MANAGEMENT REO 2, LL**
**PO Box 150**
**Warsaw, NY  14569**

**EXHIBIT**
**17**

**\*DOES NOT INCLUDE LEGAL FEES**
**OR COSTS NOT ADVANCED**
**TO DATE, OR ANY OTHER**
**ADJUSTMENTS**