

| | | |
|---|---|---|
| **WILLIAM D. DRINKWATER**<br><br>E-mail: wdrinkwater@brunini.com<br>Direct: 601.960.6849 | The Pinnacle Building, Suite 100<br>190 East Capitol Street<br>Jackson, Mississippi 39201<br>Telephone: 601.948.3101 | Post Office Drawer 119<br>Jackson, Mississippi 39205<br><br>Facsimile: 601.960.6902 |

March 23, 2026

**VIA FEDERAL EXPRESS**

Calhoun County Chancery Clerk
P.O. Box 8
Pittsboro, Mississippi 38951

      Re:    Notice of Substitute Trustee's Sale

Dear Sir or Madam:

      Enclosed is a Notice of Substitute Trustee's Sale for posting on the designated bulletin board at the courthouse, along with a check in the amount of $5.00. I have also enclosed an additional and return copy of the Notice with a self-addressed stamped return envelope. I would very much appreciate it if you would post the original and return the copy with the date posted and also sign and return this letter. Thank you very much for your assistance with this matter. Should you have any questions, please do not hesitate to contact me.

      Very truly yours,

      BRUNINI, GRANTHAM, GROWER & HEWES, PLLC

      William D. Drinkwater

The undersigned Chancery Clerk verifies that the Notice of Substitute Trustee's Sale concerning the property encumbered by the Deed of Trust recorded in the Calhoun County Land Records at Book 424, Page 77, Instrument No. 2020003749 was posted on the bulletin board of the Calhoun County Courthouse on the __23__ day of March, 2026.

By: _Felicia Edwards, D.C._

**EXHIBIT 19**

#4120623v1

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

WHEREAS, Melvin Scott Clanton and Andrea Doler Clanton executed a Deed of Trust ("Deed of Trust") dated July 14, 2020, to Robert Leard, as Trustee, for the benefit of Regions Bank, and said Deed of Trust was recorded on December 3, 2020 at Book 424, Page 77, Instrument No. 2020003749 in the office of the Chancery Clerk of Calhoun County, Mississippi ("Land Records");

WHEREAS, Regions Bank executed a Substitution of Trustee, dated November 21, 2024, substituting Glenn E. Glover, as Substitute Trustee, in the place and stead of Robert Leard, and said Substitution of Trustee was recorded on November 27, 2024 at Book 462, Page 66 in the Land Records;

WHEREAS, Regions Bank executed an Assignment of Deed of Trust dated November 21, 2025, assigning the Deed of Trust to Fairport Asset Management REO 2, LLC ("Beneficiary"), and said Assignment of Deed of Trust was recorded on December 1, 2025 at Book 471, Page 51, in the Land Records;

WHEREAS, the Beneficiary substituted William D. Drinkwater, as Substitute Trustee, in the place and stead of any other person previously named, appointed, or serving as Trustee, by Appointment of Substitute Trustee recorded on March 9, 2026, at Book 473, Page 523, Instrument No. 2026000467, in the Land Records;

WHEREAS, default having been made in the terms and conditions of said Deed of Trust, and the entire indebtedness secured thereby having been declared to be due and payable in accordance with the terms of said Deed of Trust, and Beneficiary having requested the undersigned Substituted Trustee to execute the trust and sell the real property described below in accordance with the terms of the Deed of Trust for the purpose of raising the sums due thereunder, together with attorneys' fees and expenses of sale; and

NOW, THEREFORE, I, William D. Drinkwater, Substitute Trustee, will on the 23rd day of April, 2026, offer for sale, at public outcry, and sell during legal hours, being between the hours of 11:00 a.m., and 4:00 p.m., at the front door of the Calhoun County Courthouse located at 103 West Main Street, Pittsboro, Mississippi 38951, for cash, to the highest and best bidder, the following described land and property, together with all improvements thereon, situated in Jefferson Davis County, Mississippi:

All of the W ½ of the SE ¼ of South of Sabougla Canal in Section 33, Township 22 North, Range 8 East, containing 65 acres, more or less, in Calhoun County, Mississippi.

Title is believed to be good, but I will convey only such title as is vested in me as Substitute Trustee.

The sale of all property shall be "as is", "where is," and without any warranty of any kind.

posted:
FILED   3/23/26   TIME _____
KATHY POYNOR, CLERK
BY _Felicia Edwards, D.C_
INSTRUMENT ID _____
BK _____        PG# _____

1

Witness my signature this the 20th day of March, 2026.

/s/William D. Drinkwater
Substitute Trustee

William D. Drinkwater
Brunini, Grantham, Grower & Hewes PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601-948-3101
wdrinkwater@brunini.com
Published: 4/1/2026; 4/8/2026; 4/15/2026; 4/22/2026.

2

STATE OF MISSISSIPPI
COUNTY OF CALHOUN

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named ___Felicia Edwards___, who acknowledged that he/she posted the Notice of Substitute Trustee's Sale as set forth in the above and foregoing instrument of writing on the day therein mentioned.

_____Wendy Poynor Hill_____
NOTARY PUBLIC

My Commission Expires _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 55222
WENDY POYNOR HILL
Commission Expires
Feb. 24, 2027
CALHOUN COUNTY

#4120623v1