

Type DT Book 2026 Page 137
Filed/Recorded 03/18/2026 02:47 P
3 Pages Recorded
Michael Kolb — Chancery Clerk
Webster County Mississippi

**THIS DOCUMENT PREPARED BY AND
UPON RECORDATION RETURN TO:**
Brunini, Grantham, Grower & Hewes, PLLC
Attn: William D. Drinkwater
MS Bar Number 103913
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone No.: (601) 960-6849

**Beneficiary:**
Fairport Asset Management REO 2, LLC
c/o Midwest Servicing 2, Inc.
3144 S. Winton Road
Rochester, New York 14623
Telephone: 585-377-2810

**Borrowers:**
Melvin Scott Clanton
Andrea Doler Clanton

**Indexing Instructions to the Chancery Clerk of Webster County, Mississippi:**

The Southeast Quarter (SE ¼), less and except forty-five (45) acres in the Southwest corner thereof, and the East Half of the Northeast Quarter (E ½ of NE ¼) of Section 4, Township 21 North, Range 8 East, Webster County, Mississippi; AND the West ½ of the SE ¼ of Section 4, Township 21 North, Range 8 East, Webster County, Mississippi; AND the Southwest corner of the NW ¼ of the SE ¼, Section 4, Township 21 North, Range 8 East, Webster County, Mississippi.

---

## APPOINTMENT OF TRUSTEE

WHEREAS, Melvin Scott Clanton and Andrea Doler Clanton executed a Deed of Trust ("Deed of Trust") dated July 14, 2020, to Robert Leard, as Trustee, for the benefit of Regions Bank, and said Deed of Trust was recorded on December 3, 2020 at Deed Book 2020, Page 703 in the office of the Chancery Clerk of Webster County, Mississippi ("Land Records");

WHEREAS, Regions Bank executed an Assignment of Deed of Trust dated November 21, 2025, assigning the Deed of Trust to Fairport Asset Management REO 2, LLC ("Beneficiary"),

1

**EXHIBIT
20**

and said Assignment of Deed of Trust was recorded on December 15, 2025 at Deed Book 2025, Page 593, in the Land Records;

WHEREAS, the Beneficiary, as the holder of the Deed of Trust and the indebtedness secured thereby, desires to appoint William D. Drinkwater, as Trustee, for the benefit of Beneficiary, with the authority to exercise the power of sale and all other rights of Beneficiary contained in the Deed of Trust.

NOW, THEREFORE, the Beneficiary, acting by and through a duly authorized person, appoints William D. Drinkwater as Trustee for said Deed of Trust in the place and stead of any other person previously named, appointed, or serving as Trustee, and with all of the same powers, rights, and authorities as the Beneficiary under the Deed of Trust, including, but not limited to, the power of sale contained in the Deed of Trust.

IN WITNESS WHEREOF, the undersigned authorized representative of the Beneficiary has executed this instrument on the date acknowledged below.

SIGNATURE PAGE FOLLOWS

2

BENEFICIARY:

FAIRPORT ASSET MANAGEMENT REO 2, LLC

By: _____*Julie Tumia*_____
                SIGNATURE

_____*Julie Tumia*_____
                PRINTED NAME:

Title: _____*Authorized Representative*_____

STATE OF NEW YORK
COUNTY OF MONROE

Personally appeared before me, the undersigned authority in and for the said county and state, on this _6th_ day of March, 2026, within my jurisdiction, the within named _Julie Tumia_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed in the above and foregoing instrument and acknowledged that ~~he~~/she executed the same in ~~his~~/her representative capacity, and that by ~~his~~/her signature on the instrument, and as the act and deed of the person or entities upon behalf of which ~~he~~/she acted, executed the above and foregoing instrument, after first having been duly authorized so to do.

_____*Kristen Turpyn*_____
NOTARY PUBLIC

My Commission Expires:

_____*10/15/27*_____
(Affix official seal, if applicable)

Kristen Turpyn
Notary Public, State of New York
Reg. No. 01TU6175477
Qualified in Monroe County
Commission Expires 10/15/2027

3