## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

WHEREAS, Melvin Scott Clanton and Andrea Doler Clanton executed a Deed of Trust ("Deed of Trust") dated July 14, 2020, to Robert Leard, as Trustee, for the benefit of Regions Bank, and said Deed of Trust was recorded on December 3, 2020 at Deed Book 2020, Page 703 in the office of the Chancery Clerk of Webster County, Mississippi ("Land Records");

WHEREAS, Regions Bank executed a Partial Release, dated June 25, 2021, and said Partial Release was recorded on June 29, 2021 at Deed Book 2021, Page 451 in the Land Records;

WHEREAS, Regions Bank executed a Substitution of Trustee, dated November 21, 2024, substituting Glenn E. Glover, as Substitute Trustee, in the place and stead of Robert Leard, and said Substitution of Trustee was recorded on December 2, 2024 at Deed Book 2024, Page 580 in the Land Records;

WHEREAS, Regions Bank executed an Assignment of Deed of Trust dated November 21, 2025, assigning the Deed of Trust to Fairport Asset Management REO 2, LLC ("Beneficiary"), and said Assignment of Deed of Trust was recorded on December 15, 2025 at Deed Book 2025, Page 593, in the Land Records;

WHEREAS, the Beneficiary substituted William D. Drinkwater, as Substitute Trustee, in the place and stead of any other person previously named, appointed, or serving as Trustee, by Appointment of Substitute Trustee recorded on March 18, 2026, at Book 2026, Page 137, in the Land Records;

WHEREAS, default having been made in the terms and conditions of said Deed of Trust, and the entire indebtedness secured thereby having been declared to be due and payable in accordance with the terms of said Deed of Trust, and Beneficiary having requested the undersigned Substituted Trustee to execute the trust and sell the real property described below in accordance with the terms of the Deed of Trust for the purpose of raising the sums due thereunder, together with attorneys' fees and expenses of sale; and

NOW, THEREFORE, I, William D. Drinkwater, Substitute Trustee, will on the 27th day of April, 2026, offer for sale, at public outcry, and sell during legal hours, being between the hours of 11:00 a.m., and 4:00 p.m., at the east steps of the Webster County Courthouse located at 6333 MS Highway 9, Walthall, Mississippi 39771, for cash, to the highest and best bidder, the following described land and property, together with all improvements thereon, situated in Webster County, Mississippi:

TRACT 1:
The Southeast Quarter (SE 1/4). less and except forty-five (45) acres in the Southwest corner thereof, and the East Half of the Northeast Quarter (E1/2 of NE 1/4). of Section 4, Township 21 North, Range 8 East, Webster County. Mississippi.

EXHIBIT
**21**

1

RECEIVED

MAR 3 1 2026

LESS AND EXCEPT:
A parcel of land described as commencing at the Southwest corner of the NW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East and running thence East a distance of approximately 467 feet to the Southeast corner of Braxton E. Clanton property for the Point of Beginning of the property herein conveyed; Beginning at said point and running thence East a distance of 210 feet: thence North a distance of 210 feet: thence West a distance of 210 feet; thence South a distance of 210 feet to the Point of Beginning. containing one acre, more or less. in the NW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East

AND LESS AND EXCEPT:
Five (5) acres in the Southwest corner of the NW 1/4 of the SE 1/4 Section 4, Township 21 North, Range 8 East which was conveyed to Braxton E. Clanton by deed recorded in Deed Book 86 at page 128.

AND LESS AND EXCEPT.
A parcel of land situate in the West 1/2 of the SE 1/4 of Section 4. Township 21 North. Range 8 East. Webster County, Mississippi. described as: Commencing at a one inch iron rod driven in the ground at the Southwest corner of the NW 1/4 of the SE 1/4 of said Section 4; thence East 677.0 feet to the point of beginning for this parcel. thence North 210.0 feet; thence West 210.0 feet; thence North 257.0 feet; thence South 58 degrees, 22 minutes East 571.20 feet; thence South 33 degrees, 02 minutes East 145.60 feet; thence South 04 degrees. 34 minutes 57 seconds West 464.793 feet to a point in the North right of way of the Cadaretta Public Road 40.0 feet North of centerline; thence North 59 degrees, 18 minutes. 58 seconds West 553.153 feet; thence North 49 degrees, 10 minutes. 44 seconds East 207.653 feet to the point of beginning, containing 5.66 acres, more or less.

AND LESS AND EXCEPT.
A parcel of land situate in the SW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East. Webster County, Mississippi, described as: Commencing at a one inch steel rod driven in the ground at the Northwest corner of the SW 1/4 of the SE 1/4 of said Section 4; thence East 291.10 feet to a one inch iron pin located in the North right of way line of the Cadaretta Public road 40.0 feet north of centerline and the point of beginning for this parcel; thence South 59 degrees, 18 minutes, 58 seconds East 266.0 feet along the North right of way of said road: thence North 49 degrees. 10 minutes 44 seconds East 207.653 feet: thence West 385 90 feet to the point of beginning, containing 0.601 acre. more or less.

AND LESS AND EXCEPT:
Commencing at a one inch iron rod driven in the ground marking the Northwest corner of the S 1/2 of the SE 1/4 of said Section 4; thence East 291.07 feet to a point in the North right of way line of the Springhill-Cadaretta Public Road 40.0 feet North of the centerline; thence South 59 degrees. 19 minutes East 1421.722 feet to the point of beginning for this parcel; thence North 30 degrees, 41 minutes East 468.0 feet; thence South 59 degrees. 19 minutes East 256.90 feet; thence

2

South 30 degrees. 41 minutes West 468.0 feet to a point in the North right of way of said Public Road; thence North 59 degrees. 19 minutes West 256.90 feet along the North right of way of said road to the point of beginning, containing 2.76 acres, more or less.

TRACT 2:
A parcel of land situate in the West 1/2 of the SE 1/4 of Section 4, Township 21 North. Range 8 East. Webster County, Mississippi. described as: Commencing at a one inch iron rod driven in the ground at the Southwest corner of the NW 1/4 of the SE 1/4 of said Section 4; thence East 677.0 feet to the point of beginning for this parcel; thence North 210.0 feet; thence West 210.0 feet, thence North 257.0 feet: thence South 58 degrees, 22 minutes East 571.20 feet; thence South 33 degrees, 02 minutes East 145.60 feet; thence South 04 degrees. 34 minutes 57 seconds West 464.793 feet to a point in the North right of way of the Cadaretta Public Road 40.0 feet North of centerline; thence North 59 degrees, 18 minutes. 58 seconds West 553.153 feet; thence North 49 degrees. 10 minutes, 44 seconds East 207.653 feet to the point of beginning, containing 5.66 acres. more or less.

TRACT 3:
Beginning at the Southwest corner of the NW 1/4 of the SE 1/4, Section 4, Township 21 North, Range 8 East, Webster County, MS and run North 280 feet to the Point of Beginning; thence run East 466 feet; thence North 186 feet; thence West 468 feet: thence South 186 feet to the Point of Beginning, containing 2 acres, more or less.

LESS AND EXCEPT: Parcel 7.02. 7.01, 5.01, and 1.

LESS AND EXCEPT: COMMENCING at a 5/8" rebar found at the SE corner of Section 4. T-21-N, R-8-E, Webster County, Mississippi run North a distance of 473.21'; thence West a distance of 924.52' to a 1/2" rebar set on the Northerly ROW of Webster County Road 250 (Cadaretta Road) which marks the POINT OF BEGINNING of this lot or parcel of land herein described and conveyed. From said POINT OF BEGINNING run along the Northerly ROW of said road N 59°04'25" W a distance of 333.22' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line N 29°27'20" E a distance of 416.76' to an 8" treated post at fence corner; thence run along or near fence boundary line N 48°49'29" E a distance of 29.77' to an 8" treated post at fence corner; thence run along or near fence boundary line S 48°25'32" E a distance of 14.07' to an 8" treated post at fence corner; thence run along or near fence boundary line S 78°53'40" E a distance of 338.96' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line S 16°40'13" W a distance of 170.15' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line N 69°44'59" W a distance of 13.51' to a 1/2" rebar set at fence corner: thence run along or near fence boundary line S 52°04'07" W a distance of 126.92' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line S 26°52'41" W a distance of 272.19' to the POINT OF BEGINNING. This lot or parcel of land is located in the SE ¼ of Section 4, T-21N, R-8-E, Webster County, Mississippi and contains a total of 3.89 acres.

3

Title is believed to be good, but I will convey only such title as is vested in me as Substitute Trustee.

The sale of all property shall be "as is", "where is," and without any warranty of any kind.

Witness my signature this the 31st day of March, 2026.

/s/William D. Drinkwater
Substitute Trustee

William D. Drinkwater
Brunini, Grantham, Grower & Hewes PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: 601-948-3101
wdrinkwater@brunini.com
Published: 4/3/2026; 4/10/2026; 4/17/2026; 4/24/2026

4



| | | |
|---|---|---|
| **WILLIAM D. DRINKWATER** | The Pinnacle Building, Suite 100 | Post Office Drawer 119 |
| | 190 East Capitol Street | Jackson, Mississippi 39205 |
| E-mail: wdrinkwater@brunini.com | Jackson, Mississippi 39201 | |
| Direct: 601.960.6849 | Telephone: 601.948.3101 | Facsimile: 601.960.6902 |

March 31, 2026

**VIA EMAIL**
Webster County Chancery Clerk
6333 MS Highway 9
Walthall, Mississippi 39771
cfaulkner@webstercountyms.org

Re:   Notice of Substitute Trustee's Sale

Dear Sir or Madam:

Enclosed is a Notice of Substitute Trustee's Sale for posting on the designated bulletin board at the courthouse. I have also enclosed an additional and return copy of the Notice with a self-addressed stamped return envelope. I would very much appreciate it if you would post the original and return the copy with the date posted and also sign and return this letter. I have placed a check in the mail in the amount of $5.00 to the attention of C. Faulkner. Thank you very much for your assistance with this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC

William D. Drinkwater

The undersigned Chancery Clerk verifies that the Notice of Substitute Trustee's Sale concerning the property encumbered by the Deed of Trust recorded in the Webster County Land Records at Deed Book 2020, Page 703, was posted on the bulletin board of the Webster County Courthouse on the 31st day of March, 2026.

By: _C. Faulkner, DC_____

1

STATE OF MISSISSIPPI
COUNTY OF WEBSTER

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named Christina Faulkner, who acknowledged that he/she posted the Notice of Substitute Trustee's Sale as set forth in the above and foregoing instrument of writing on the day therein mentioned.

Wanda B. Robinson
NOTARY PUBLIC

My Commission Expires Jan. 1, 2028

Wanda B. Robinson
Circuit Clerk
&
Ex-Officio Notary
Public

By Nicole Herrevel
My Commission Expires Jan. 1, 2028

#4120635v1



## WEBSTER COUNTY CHANCERY FEE ACCOUNT

**Your payment was successful**

**Approval - Approved and completed**

Transaction Summary

| | |
|---|---|
| Payment Method: | VISA 5580 |
| Card Holder: | MELANIE ANN EVERS ALLEN |
| Transaction ID: | 223581768 |
| Auth Code: | 03350C |
| Result: | 0 |
| Card Present: | No |
| ClerkNumber: | |

Payment Summary

| | |
|---|---|
| Invoice #: | |
| Shipping: | 0.00 |
| Subtotal: | 5.00 |
| Tax: | 0.00 |
| Service Fee: | 1.50 |
| **Total:** | **5.00** |
| **Total w/Service Fee:** | **6.50** |

4/13/2026 7:54 AM

SIGNATURE: _ypd via yphone cell_

I AGREE TO PAY THE ABOVE TOTAL AMOUNT WITH SERVICE FEE ACCORDING TO THE CARD ISSUER AGREEMENT.