**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**MELVIN SCOTT CLANTON**
**ANDREA DOLER CLANTON**                                          **CASE NO. 26-11416-SDM**

**DEBTORS.**                                                                   **CHAPTER 12**

**ORDER GRANTING FAIRPORT ASSET MANAGEMENT REO 2, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT
OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION [Dkt. #      ]**

This matter came before the Court on Fairport Asset Management REO 2, LLC ("**Fairport**")'s *Motion for Relief from the Automatic Stay and Abandonment or, in the Alternative, for Adequate Protection* (the "**Motion**") pursuant to 11 U.S.C. § 362(d) and § 363(e) and Fed. R. Bankr. P. 4001. Having considered the Motion, the Court finds that the Motion is well taken and should be granted.

**ACCORDINGLY, THE COURT HEREBY FINDS, ORDERS AND ADJUDGES AS FOLLOWS:**

**EXHIBIT**

**22**

#4230012v1

1.     The Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 361 and 362, 28 U.S.C. §§ 157(a) and 1334(b) and Fed. R. Bankr. P. 4001 and 9014. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2.     Proper and adequate notice of the Motion and an opportunity for a hearing was provided under the circumstances, that no response to the Motion was filed, and that sufficient cause exists to enter this Order.

3.     Fairport is the assignee of Regions Bank ("Regions") related to the Loans, Commercial Security Agreement and associated UCC perfection filings, recorded Deeds of Trust, and Guarantees identified and attached to the Motion ("Loan Documents"), and as holder and assignee of the Loan Documents, possesses a first priority security interest in the Farm Equipment Collateral and the Real Property Collateral as defined in the Motion.

4.      The Loans matured by their terms prepetition on May 19, 2025, and July 14, 2025, and as of the Petition Date, the Debtors were indebted to Fairport in the amount of $870,060.93.

5.     Sufficient cause exists under Bankruptcy Code § 362(d)(1), to terminate the automatic stay to permit Fairport to exercise all its rights and remedies under the Loan Documents, including foreclosure of the Farm Equipment Collateral and the Real Property Collateral. Therefore, the Motion is Granted as provided herein.

6.     As to Fairport, its successors, transferees, and assigns, the automatic stay of Section 362 of the Bankruptcy Code  is terminated as to the Debtors and the Debtors' bankruptcy estate with respect to the Farm Equipment Collateral, the Farm Equipment Collateral is abandoned from the bankruptcy estate under Section 554 of the Bankruptcy Code, and Fairport may enforce its remedies under the Loan Documents to obtain possession and dispose of the Farm Equipment Collateral in accordance with applicable non-bankruptcy law, including the following:

2

#4230012v1

a.    Case IH 275 Tractor. Magnum, With Creeper. SN-29RZ01886, 4,351 Hours;

b.    2001 John Deere 6700 Hi Cycle Sprayer, SN-004074, 4.085 Hours;

c.    John Deere 4020 Tractor, 2 Post, SN-T213Rl 97617R;

d.    John Deere 148 Loader, SN-WW 148086876;

e.    2005 John Deere 6700 Hi-Cycle Sprayer, SN-0012080, 3,523 Hours;

f.    2010 Case IH 215 Magnum Tractor, SN-Z9R206790 Creeper;

g.    1996 Case IH 5220 High Clearance Tractor. SN-JJf 1047595. 4,880 Hours;

h.    2008 Case IH 305 Magnwn Tractor, SN-Z7R206887, Duals, 4,018 Hours;

i.    1995 Case IH 5250 Tractor, MFWD, CIA, SN-JJF1058297, 8,041 Hours;

j.    2013 Case IH 290 Tractor MFWD, Guidance Pro 700, SN-ZBRD06552;

k.    2013 Case IH 315 Tractor MFWD, No Guidance, SN-ZCRD08776,

l.    2005 Case IH 255 Tractor MFWD. Case IH Guidance, SN-JAZI3770;

m.    2011 Case 11-1 245 Tractor MFWD, Case lH 750 Guidance. SN-ZBRZOI051;

n.    1998 John Deere 6500 High Cycle Sprayer, SN-N06500X010158;

o.    Case 580 Super L Backhoe. 4WD, SN-JJG0203525;

p.    Caterpillar D-5 Dozer, Straight Tilt Blade, U/C- 70%, SN-9615235;

q.    Case IH CPX 610 Cotton Picker. Cotton Express. SN-JJC0250012, 1.675 Engine Hours. 1,348 Fan Hours;

r.    1999 Case IH 2388 Combine. SN-JJC0265050, 3. 774 Engine Hours, 2,953 Thrashing Hours;

s.    2007 Case IH 625 Cotton Picker, SN-Y7TO 1281 L 1/2 Module Capacity, 1,951 Engine Hours, 1,531 Fan Hours;

t.    2007 Case IH 625 Cotton Picker. 1/2 Module Capacity, SN-Y7T012804, 1,405 Engine Hours, 1,092 Engine Hours;

u.    Case IH 635 Cotton Picker, SN-JFCTY0635JCT017827, 940 Engine Hours, 603 Fan Hours;

v.    Case IH CPX 610 Cotton Picker, SN-JJC02500, 3,368 Engine Hours, 2,431 Fan Hours; and

3

w. including all accessions, additions, replacements, and substitutions related to the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).

7. As to Fairport, its successors, transferees, and assigns, the automatic stay of Section 362 of the Bankruptcy Code is terminated as to the Debtors and the Debtors' bankruptcy estate with respect to the real property and improvements covered by the Calhoun County Deed of Trust, which property is abandoned from the bankruptcy estate under Section 554 of the Bankruptcy Code, and Fairport may enforce its remedies under the Calhoun County Deed of Trust to obtain possession and dispose of the real property and improvements in accordance with applicable non-bankruptcy law, in the following described lands:

All of the W ½ of the SE ¼ of South of Sabougla Canal in Section 33, Township 22 North, Range 8 East, containing 65 acres, more or less, in Calhoun County, Mississippi.

8. As to Fairport, its successors, transferees, and assigns, the automatic stay of Section 362 of the Bankruptcy Code is terminated as to the Debtors and the Debtors' bankruptcy estate with respect to the real property and improvements covered by the Webster County Deed of Trust, which property is abandoned from the bankruptcy estate under Section 554 of the Bankruptcy Code, and Fairport may enforce its remedies under the Webster County Deed of Trust to obtain possession and dispose of the real property and improvements in accordance with applicable non-bankruptcy law, in the following described lands:

TRACT 1:
The Southeast Quarter (SE 1/4). less and except forty-five (45) acres in the Southwest corner thereof, and the East Half of the Northeast Quarter (E1/2 of NE 1/4). of Section 4, Township 21 North, Range 8 East, Webster County. Mississippi.

LESS AND EXCEPT:
A parcel of land described as commencing at the Southwest corner of the NW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East and running thence East a distance of approximately 467 feet to the Southeast corner of Braxton E.

4

#4230012v1

Clanton property for the Point of Beginning of the property herein conveyed; Beginning at said point and running thence East a distance of 210 feet: thence North a distance of 210 feet: thence West a distance of 210 feet; thence South a distance of 210 feet to the Point of Beginning. containing one acre, more or less. in the NW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East

AND LESS AND EXCEPT:
Five (5) acres in the Southwest corner of the NW 1/4 of the SE 1/4 Section 4, Township 21 North, Range 8 East which was conveyed to Braxton E. Clanton by deed recorded in Deed Book 86 at page 128.

AND LESS AND EXCEPT.
A parcel of land situate in the West 1/2 of the SE 1/4 of Section 4. Township 21 North. Range 8 East. Webster County, Mississippi. described as: Commencing at a one inch iron rod driven in the ground at the Southwest corner of the NW 1/4 of the SE 1/4 of said Section 4; thence East 677.0 feet to the point of beginning for this parcel. thence North 210.0 feet; thence West 210.0 feet; thence North 257.0 feet; thence South 58 degrees, 22 minutes East 571.20 feet; thence South 33 degrees, 02 minutes East 145.60 feet; thence South 04 degrees. 34 minutes 57 seconds West 464.793 feet to a point in the North right of way of the Cadaretta Public Road 40.0 feet North of centerline; thence North 59 degrees, 18 minutes. 58 seconds West 553.153 feet; thence North 49 degrees, 10 minutes. 44 seconds East 207.653 feet to the point of beginning, containing 5.66 acres, more or less.

AND LESS AND EXCEPT.
A parcel of land situate in the SW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East. Webster County, Mississippi, described as: Commencing at a one inch steel rod driven in the ground at the Northwest corner of the SW 1/4 of the SE 1/4 of said Section 4; thence East 291.10 feet to a one inch iron pin located in the North right of way line of the Cadaretta Public road 40.0 feet north of centerline and the point of beginning for this parcel; thence South 59 degrees, 18 minutes, 58 seconds East 266.0 feet along the North right of way of said road: thence North 49 degrees. 10 minutes 44 seconds East 207.653 feet: thence West 385 90 feet to the point of beginning, containing 0.601 acre. more or less.

AND LESS AND EXCEPT:
Commencing at a one inch iron rod driven in the ground marking the Northwest corner of the S 1/2 of the SE 1/4 of said Section 4; thence East 291.07 feet to a point in the North right of way line of the Springhill-Cadaretta Public Road 40.0 feet North of the centerline; thence South 59 degrees. 19 minutes East 1421.722 feet to the point of beginning for this parcel; thence North 30 degrees, 41 minutes East 468.0 feet; thence South 59 degrees. 19 minutes East 256.90 feet; thence South 30 degrees. 41 minutes West 468.0 feet to a point in the North right of way of said

5

#4230012v1

Public Road; thence North 59 degrees. 19 minutes West 256.90 feet along the North right of way of said road to the point of beginning, containing 2.76 acres, more or less.

TRACT 2:

A parcel of land situate in the West 1/2 of the SE 1/4 of Section 4, Township 21 North. Range 8 East. Webster County, Mississippi. described as: Commencing at a one inch iron rod driven in the ground at the Southwest corner of the NW 1/4 of the SE 1/4 of said Section 4; thence East 677.0 feet to the point of beginning for this parcel; thence North 210.0 feet; thence West 210.0 feet, thence North 257.0 feet: thence South 58 degrees, 22 minutes East 571.20 feet; thence South 33 degrees, 02 minutes East 145.60 feet; thence South 04 degrees. 34 minutes 57 seconds West 464.793 feet to a point in the North right of way of the Cadaretta Public Road 40.0 feet North of centerline; thence North 59 degrees, 18 minutes. 58 seconds West 553.153 feet; thence North 49 degrees. 10 minutes, 44 seconds East 207.653 feet to the point of beginning, containing 5.66 acres. more or less.

TRACT 3:

Beginning at the Southwest corner of the NW 1/4 of the SE 1/4, Section 4, Township 21 North, Range 8 East, Webster County, MS and run North 280 feet to the Point of Beginning; thence run East 466 feet; thence North 186 feet; thence West 468 feet: thence South 186 feet to the Point of Beginning, containing 2 acres, more or less.

LESS AND EXCEPT: Parcel 7.02. 7.01, 5.01, and 1.

LESS AND EXCEPT: COMMENCING at a 5/8" rebar found at the SE corner of Section 4. T-21-N, R-8-E, Webster County, Mississippi run North a distance of 473.21'; thence West a distance of 924.52' to a 1/2" rebar set on the Northerly ROW of Webster County Road 250 (Cadaretta Road) which marks the POINT OF BEGINNING of this lot or parcel of land herein described and conveyed. From said POINT OF BEGINNING run along the Northerly ROW of said road N 59°04'25" W a distance of 333.22' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line N 29°27'20" E a distance of 416.76' to an 8" treated post at fence corner; thence run along or near fence boundary line N 48°49'29" E a distance of 29.77' to an 8" treated post at fence corner; thence run along or near fence boundary line S 48°25'32" E a distance of 14.07' to an 8" treated post at fence corner; thence run along or near fence boundary line S 78°53'40" E a distance of 338.96' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line S 16°40'13" W a distance of 170.15' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line N 69°44'59" W a distance of 13.51' to a 1/2" rebar set at fence corner: thence run along or near fence boundary line S 52°04'07" W a distance of 126.92' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line S 26°52'41" W a distance of 272.19' to the POINT OF BEGINNING. This

6

#4230012v1

lot or parcel of land is located in the SE ¼ of Section 4, T-21N, R-8-E, Webster County, Mississippi and contains a total of 3.89 acres.

9.      The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and this Order is effective immediately upon entry.

10.     The Court shall retain jurisdiction over all disputes or other matters arising out of or related to the interpretation or enforcement of this Order.

11.     Entry of this Order constates entry of a final judgment under the Federal Rules of Bankruptcy Procedure and applicable law.

### END OF ORDER ###


ORDER PREPARED AND SUBMITTED BY:


/s/ *James A. McCullough, II*
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

#4230012v1