## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

**MELVIN SCOTT CLANTON**
**ANDREA DOLER CLANTON**                                   **CASE NO. 26-11416-SDM**

**DEBTORS.**                                                **CHAPTER 12**

## CERTIFICATE OF SERVICE

I, James A. McCullough, II, do hereby certify that I have caused to be served this date, via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, true and correct copies of the *Motion for Relief from the Automatic Stay and Abandonment or, in the Alternative, for Adequate Protection* [Dkt. No. 39] and *Notice of Hearing* [Dkt. No. 40] setting hearing date and objection deadline thereon to the below parties:

**Notice Provided via First Class U.S. Mail:**

**Melvin Scott Clanton**
404 S. Washington St.
Starkville, MS 39759

**Andrea Doler Clanton**
404 S. Washington St.
Starkville, MS 39759

**Service provided via Notice of Electronic Filing (NEF) through ECF system and First Class U.S. Mail:**

*Counsel for Debtor in Possession*
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

#4230657v1

*U.S. Trustee*
Office of the U.S. Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

*Trustee*
Harold J. Barkley, Jr.
P.O. Box 5069
Jackson, MS 39296-5069

Dated: July 15, 2026.

Respectfully submitted,

FAIRPORT ASSET MANAGEMENT REO 2, LLC

By: */s/ James A. McCullough, II*
One of Its Attorneys

OF COUNSEL:

James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

#4230657v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date caused to be filed a true and correct copy of the

foregoing with the Clerk of the Court using the Court's electronic filing system, which caused

notice of such filing to be delivered electronically to all counsel of record.

Dated: July 15, 2026.

*s/ James A. McCullough, II*
James A. McCullough, II

#4230657v1