### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:   MELVIN SCOTT CLANTON**                                    **CASE NO. 26-11416-SDM**
**ANDREA DOLER CLANTON, DEBTORS**                              **CHAPTER 12**

### DEBTORS' RESPONSE TO FAIRPORT ASSET MANAGEMENT REO 2, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION

COME NOW Melvin Scott Clanton and Andrea Doler Clanton (the "Debtors"), by and through undersigned counsel, and file this Response to Fairport Asset Management REO 2, LLC's Motion for Relief from the Automatic Stay and Abandonment or, in the Alternative, for Adequate Protection [Dkt. No. 39] (the "Motion"), and state as follows:

1.      The Debtors oppose the relief requested in the Motion.

2.      The Debtors have a purchaser lined up to purchase the property that is the subject of Fairport's asserted liens, together with additional property that is not held as collateral by Fairport.

3.      The Debtors are working to finalize the proposed transaction and intend to file promptly a motion seeking authority to sell the property pursuant to 11 U.S.C. § 363.

4.      Granting relief from the automatic stay at this time could interfere with the proposed sale and diminish the value available to Fairport, the bankruptcy estate, and other creditors. The Debtors therefore request that the Motion be denied without prejudice or continued for a reasonable period to allow the Debtors to file and prosecute the forthcoming sale motion.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully request that the Court deny the Motion without prejudice or, alternatively, continue the Motion pending consideration of the Debtors' forthcoming motion to sell, and grant such other and further relief

as the Court deems just and proper.

Respectfully submitted,

MELVIN SCOTT CLANTON AND
ANDREA DOLER CLANTON

By: /s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #10255)
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
Email: trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which sent notice to all registered participants.

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.