---

**SO ORDERED,**



![signature]

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  MELVIN SCOTT CLANTON and                    CASE NO. 26-11416-SDM
       ANDREA DOLER CLANTON, Debtors                    CHAPTER 12

## AGREED ORDER DENYING ABANDONMENT AND RELIEF FROM AUTOMATIC STAY AND GRANTING ADEQUATE PROTECTION

THIS CAUSE came before the Court on the Motion for Abandonment and Relief from Automatic Stay, or in the Alternative for Adequate Protection, filed by Guaranty Bank & Trust Company (the "Motion") [Dkt. No. 30], and the Debtors' Response [Dkt. No. 35]. The Court, having considered the Motion, Response, and the agreement of the parties, finds that the relief set forth below is appropriate.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** as follows:

1. Guaranty Bank & Trust Company's requests for abandonment and relief from the automatic stay are DENIED.

2. Guaranty Bank & Trust Company is granted adequate protection in the amount of one percent (1%) of the asserted loan balance of $30,112.14 per month, which equals $301.12 per month.

3. The Debtors shall make the first adequate-protection payment within thirty (30) days after entry of this Order and shall continue making monthly payments of $301.12 thereafter until confirmation of a Chapter 12 plan.

4. The adequate-protection payments required by this Order shall be credited against Guaranty Bank & Trust Company's allowed secured claim as provided in any confirmed plan or further order of this Court.

5. The Court retains jurisdiction to enforce and modify this Order for cause shown.

##END OF ORDER##

**Agreed and approved:**

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
Attorney for Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
601-500-5533
trollins@therollinsfirm.com

/s/ Jay Gore, III
JAY GORE, III (MSB #4916)
Attorney for Guaranty Bank & Trust Company
Gore, Kilpatrick & Dambrino, PLLC
Post Office Box 901
Grenada, Mississippi 38901
662-226-1891