**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON and** **CASE NO. 26-11416-SDM**
**ANDREA DOLER CLANTON, Debtors** **CHAPTER 12**

**AGREED ORDER DENYING ABANDONMENT AND RELIEF FROM AUTOMATIC STAY AND GRANTING ADEQUATE PROTECTION**

THIS CAUSE came before the Court on the Motion for Abandonment and Relief from Automatic Stay, or in the Alternative for Adequate Protection, filed by Guaranty Bank & Trust Company (the “Motion”) [Dkt. No. 30], and the Debtors’ Response [Dkt. No. 35]. The Court, having considered the Motion, Response, and the agreement of the parties, finds that the relief set forth below is appropriate.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** as follows:

1. Guaranty Bank & Trust Company’s requests for abandonment and relief from the automatic stay are DENIED.

2. Guaranty Bank & Trust Company is granted adequate protection in the amount of one percent (1%) of the asserted loan balance of $30,112.14 per month, which equals $301.12 per month.

3. The Debtors shall make the first adequate-protection payment within thirty (30) days after entry of this Order and shall continue making monthly payments of $301.12 thereafter until confirmation of a Chapter 12 plan.

4. The adequate-protection payments required by this Order shall be credited against Guaranty Bank & Trust Company's allowed secured claim as provided in any confirmed plan or further order of this Court.

5. The Court retains jurisdiction to enforce and modify this Order for cause shown.

##END OF ORDER##

**Agreed and approved:**

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
Attorney for Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
601-500-5533
trollins@therollinsfirm.com

/s/ Jay Gore, III
JAY GORE, III (MSB #4916)
Attorney for Guaranty Bank & Trust Company
Gore, Kilpatrick & Dambrino, PLLC
Post Office Box 901
Grenada, Mississippi 38901
662-226-1891

United States Bankruptcy Court
Northern District of Mississippi

In re:
Melvin Scott Clanton
Andrea Doler Clanton
Debtors

Case No. 26-11416-SDM
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: pdf0003 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234 |
| cr | + | Guaranty Bank and Trust Company, c/o Jay Gore, III, P. O. Box 160, GRENADA, MS 38902-0901, UNITED STATES 38902-0160 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fairport Asset Management REO 2, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com price@gorekilpatrick.com,bgriffin@gorekilpatrick.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com |
| James A. McCullough, II | on behalf of Creditor Fairport Asset Management REO 2 LLC jmccullough@brunini.com, jfarmer@brunini.com |

Jay Gore, III
on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com,price@gorekilpatrick.com

Thomas C. Rollins, Jr.
on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 7