**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Melvin Scott Clanton** **Case No. 26-11416-SDM**
**Andrea Doler Clanton, Debtors** **CHAPTER 12**

**AGREED ORDER ON FAIRPORT ASSET MANAGEMENT REO 2, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION [Doc. 39]**

This Matter is before the Court on the *Motion for Relief from the Automatic Stay and Abandonment or, in the Alternative, for Adequate Protection* [Doc. 39] (the "**Motion**") filed by Fairport Asset Management REO 2, LLC ("**Fairport**"), and the Response thereto filed by the Debtors [Doc. 44]. The Court, having considered the Motion the Response and the agreement of the Parties, finds that the Motion shall be granted in part, and held in abeyance in part.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

1. That Fairport is granted adequate protection in the amount of $4,250.00 per month beginning in the month of September 2026, with the first payment due on or before September 4, 2026, and thereafter on the first day of each month until the Debtors' Chapter 12 Plan is confirmed or further order of the Court;

2. That Fairport's request for relief from the automatic stay as to the real property collateral shall be continued and held in abeyance for sixty (60) days to permit the Debtors an

opportunity to file a motion to sell the real property, without prejudice to Fairport's right to oppose such motion to sell. The automatic stay shall remain in full force and effect until further order of the Court.

### END OF ORDER ###

Agreed:

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
601-500-5533
trollins@therollinsfirm.com

Attorney for Debtors

/s/ James A. McCullough, II
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER &
HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Attorney for Fairport Asset Management
REO 2, LLC