**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Melvin Scott Clanton** **Case No. 26-11416-SDM**
**Andrea Doler Clanton, Debtors** **CHAPTER 12**

**AGREED ORDER ON FAIRPORT ASSET MANAGEMENT REO 2, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION [Doc. 39]**

This Matter is before the Court on the *Motion for Relief from the Automatic Stay and Abandonment or, in the Alternative, for Adequate Protection* [Doc. 39] (the "**Motion**") filed by Fairport Asset Management REO 2, LLC ("**Fairport**"), and the Response thereto filed by the Debtors [Doc. 44]. The Court, having considered the Motion the Response and the agreement of the Parties, finds that the Motion shall be granted in part, and held in abeyance in part.

IT IS, THEREFORE, ORDERED AND ADJUDGED:

1. That Fairport is granted adequate protection in the amount of $4,250.00 per month beginning in the month of September 2026, with the first payment due on or before September 4, 2026, and thereafter on the first day of each month until the Debtors' Chapter 12 Plan is confirmed or further order of the Court;

2. That Fairport's request for relief from the automatic stay as to the real property collateral shall be continued and held in abeyance for sixty (60) days to permit the Debtors an

opportunity to file a motion to sell the real property, without prejudice to Fairport's right to oppose such motion to sell. The automatic stay shall remain in full force and effect until further order of the Court.

### END OF ORDER ###

Agreed:

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR. (MSB #103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
601-500-5533
trollins@therollinsfirm.com

Attorney for Debtors

/s/ James A. McCullough, II
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Attorney for Fairport Asset Management REO 2, LLC

United States Bankruptcy Court
Northern District of Mississippi

In re:
Melvin Scott Clanton
Andrea Doler Clanton
Debtors

Case No. 26-11416-SDM
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com price@gorekilpatrick.com,bgriffin@gorekilpatrick.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com |
| James A. McCullough, II | on behalf of Creditor Fairport Asset Management REO 2 LLC jmccullough@brunini.com, jfarmer@brunini.com |
| Jay Gore, III | on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com,price@gorekilpatrick.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com |

jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 7