# INVOICE

Invoice # 9514
Date: 09/19/2026
Due On: 10/19/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Melvin Scott Clanton and Andrea Doler Clanton

## 06099-Clanton Melvin Scott Clanton and Andrea Doler

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | GM | 10/02/2025 | Incoming Call: Received call from debtor regarding today's appointment to bring paperwork and retainer fee. Debtor stated he is ordering a new SSN card and must update driver's license due to address change. Advised him to keep scheduled appointment and submit SSN card upon receipt so file can be completed | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/02/2025 | Chapter 12 document appointment with client and review of intake materials (.3); organized client bank statements for attorney review and schedule preparation (.5); prepared summons-related documents and case materials for attorney review (.3). | 1.10 | $155.00 | $170.50 |
| Service | BB | 10/02/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting color copies of his IDs to pull his credit report. | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/03/2025 | Incoming Call: Telephone conference with debtor about emailing his identification today | 0.10 | $0.00 | $0.00 |
| Service | CO | 10/08/2025 | Incoming Call: Phone conference with debtor asking the Columbus office hours. | 0.10 | $0.00 | $0.00 |
| Service | BB | 10/08/2025 | Incoming Call: Phone conference with debtor stating he received another letter from a creditors law firm. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Requested the debtor email a copy to our office. | | | |
| Service | CO | 10/08/2025 | In office document drop off with client. Reviewed the documents they left to be scanned. Scanned their driver's license and social security card, 2023 tax returns and general information packet and organized in client's file. Answered the debtor's questions about the fee agreement. Drafted email memo to BB with the debtor's ID. | 0.60 | $100.00 | $60.00 |
| Service | CO | 10/08/2025 | Reviewed email memo from BB asking if debtor dropped off their wife's SSC at their appointment. Drafted reply in forming they did not. | 0.10 | $0.00 | $0.00 |
| Service | BB | 10/08/2025 | Reviewed email from CO providing debtors ID and request for social security document request. Reviewed and organized. Drafted email to debtor requesting his spouse's social security card. | 0.10 | $0.00 | $0.00 |
| Service | BB | 10/09/2025 | Reviewed email from debtor providing a social security card request document. Reviewed and organized. Drafted email to debtor requesting their 2024 W2. | 0.10 | $0.00 | $0.00 |
| Service | CO | 10/09/2025 | Reviewed and sorted client’s boxed documents to identify records needed for Chapter 12 schedules and plan preparation (.7); organized court notices and creditor correspondence for attorney review (.5); reviewed and organized invoices and debt documents for claims and schedule analysis (.5). | 1.70 | $100.00 | $170.00 |
| Service | BB | 10/10/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing a statement from social security with her number included. Reviewed and organized. | 0.10 | $0.00 | $0.00 |
| Service | CO | 10/10/2025 | Scanned 165 pages of a complaint filed by Simplot against Clanton Farm and organized in client's file. | 0.40 | $0.00 | $0.00 |
| Service | CO | 10/10/2025 | Reviewed email from debtor with an updated business questionnaire and organized in client's file. Drafted email to debtor requesting they itemize their equipment on the assets page. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 10/14/2025 | Reviewed email from debtor with an inventory of their equipment and its value. Added to the business questionnaire and organized in client's file. | 0.10 | $100.00 | $10.00 |
| Service | CO | 10/15/2025 | In office appointment with debtor dropping off tax returns and new court documents. Scanned and organized documents in client's file; drafted internal memo to TR. | 0.60 | $0.00 | $0.00 |
| Service | TR | 10/20/2025 | Call w/ Jason Fortenberry re: status of judgment | 0.20 | $400.00 | $80.00 |
| Service | TR | 10/20/2025 | Call w/ client to discuss status of judgment, tax returns and discussions with CPA re: capital gains tax liability, filing chapter 12 vs chapter 11 | 0.20 | $400.00 | $80.00 |
| Service | BM | 10/28/2025 | Input Case-prepare petition. began preparation of Schedule A/B and Schedule D | 1.00 | $155.00 | $155.00 |
| Service | JAC | 10/28/2025 | Review for money in trust | 0.10 | $0.00 | $0.00 |
| Service | BM | 10/29/2025 | Call Debtor: Call to debtor to discuss business loans and what equipment belongs to what loan | 0.20 | $155.00 | $31.00 |
| Service | BM | 10/29/2025 | Input Case-continued preparation of Schedule D/F and SOFA | 0.20 | $155.00 | $31.00 |
| Service | BM | 11/04/2025 | Input Case-continued preparation of Schedule D/F and SOFA | 0.40 | $155.00 | $62.00 |
| Service | BM | 11/04/2025 | Call Debtor: Call to debtor to confirm list of repo'd equipment/vehicles and what belongs to what creditor. Also confirmed models of equipment/ models to pull values | 0.10 | $155.00 | $15.50 |
| Service | BM | 11/04/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting October profit/loss statement and any documents regarding repo'd John Deere equipment | 0.10 | $155.00 | $15.50 |
| Service | BM | 11/12/2025 | Contact Debtor (Text/Email): Follow up email to debtor requesting October profit/loss statement and any documents regarding repo'd John Deere equipment | 0.10 | $155.00 | $15.50 |
| Service | BM | 11/14/2025 | Contact Debtor (Text/Email): Text to debtor to follow up on October P/L statement and john deere repossessions | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 11/20/2025 | Contact Debtor (Text/Email): Text to debtor to follow up on October P/L statement and john deere repossessions | 0.10 | $155.00 | $15.50 |
| Service | BM | 11/24/2025 | Call Debtor: Call to debtor to check on status of October P/L statement, John Deere deficiency documents, and 2024 taxes. Debtor stated he's working on the P/L statement. He's still working with the tax preparer on 2024 taxes. I informed him that we will now need his November P/L statement. Debtor requested I follow up with him after the holiday | 0.10 | $155.00 | $15.50 |
| Service | BM | 12/04/2025 | Call Debtor: Call to debtor to check in on profit/loss statement, John Deere loan documents, and 2024 tax return. Debtor stated he should have documents emailed to me either tomorrow or monday | 0.10 | $155.00 | $15.50 |
| Service | BM | 12/10/2025 | Contact Debtor (Text/Email): Email to debtor requesting information/ documents on repossessed equipment with John Deere | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/10/2025 | Incoming Call: Telephone conference with debtor about dropping documents off in the Columbus office; he will call back tomorrow to let us know when he can make it; explained it will either be myself or CO | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/11/2025 | Input Case | 0.20 | $360.00 | $72.00 |
| Service | KR | 12/11/2025 | Incoming Call: Telephone conference with debtor about dropping of documents in the drop box in Columbus when he is able to make it to Columbus; explained the door being locked and also informed he could bring in and I could meet him if needed; he will call back if he needs to schedule a time | 0.10 | $0.00 | $0.00 |
| Service | BM | 12/15/2025 | Contact Debtor (Text/Email): Text to debtor asking for an update on his 2024 tax return and how much is owed for John Deere deficiency | 0.10 | $155.00 | $15.50 |
| Service | BM | 12/16/2025 | Input Case-continued preparation of Schedule F | 0.10 | $155.00 | $15.50 |
| Service | BM | 12/17/2025 | Input Case-continued preparation of Schedule A/B and Schedule D | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 12/18/2025 | review & revise drafted bk | 0.30 | $360.00 | $108.00 |
| Service | GM | 01/06/2026 | Call Debtor: Called debtor to follow up on tax returns. He advised that the accountant is backed up and it will take them a couple of weeks to get it done. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/10/2026 | In office conference with debtor providing copies of his 2024 tax returns. Scanned and organized in his file. Printed off additional profit and loss sheets for debtor to complete and return to us. Debtor provided court notices for civil suits against him; scanned and organized in client's file. | 0.50 | $0.00 | $0.00 |
| Service | JAC | 02/11/2026 | review BQ for updated p/l, missing Nov - Jan pl | 0.10 | $360.00 | $36.00 |
| Service | CO | 02/12/2026 | Call Debtor: Phone conference with debtor to follow up on the profit and loss sheets needed to prepare his case. Debtor stated he is currently working on them and will provide soon. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/12/2026 | Scanned two profit and loss pages and organized in client's file. | 0.10 | $0.00 | $0.00 |
| Service | CO | 02/13/2026 | In office conference with debtor providing an additional list of assets and bill for lease ; scanned and organized in client's file. Discussed the sale of farm equipment in 2024; added notes to the Harvesting Docs task. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 02/17/2026 | Update SOFA with 2024 info, prepare draft bk | 0.20 | $360.00 | $72.00 |
| Service | TR | 02/18/2026 | Call w/ client to discuss, strategy, budget and equipment values | 0.30 | $400.00 | $120.00 |
| Service | TR | 02/18/2026 | Review updated asset and debt lists | 0.20 | $400.00 | $80.00 |
| Service | CO | 03/02/2026 | In office conference with debtor to drop off a proposed budget and updated equipment list for the attorney. Emailed to TR. | 0.10 | $0.00 | $0.00 |
| Service | BM | 03/04/2026 | Input Case - update schedule A/B with values, added additional equipment to A/B | 0.40 | $155.00 | $62.00 |
| Service | CO | 03/17/2026 | In office conference with debtor providing a list of collateral he wishes | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to keep or surrender. Scanned and organized in clients's file. Drafted internal memo to TR. | | | |
| Service | JAC | 03/18/2026 | create spreadsheet with all collateral & value of each individual item | 0.30 | $360.00 | $108.00 |
| Service | TR | 03/19/2026 | 3 calls with client to discuss assets, liquidation, plan payments, uccs | 0.50 | $400.00 | $200.00 |
| Service | TR | 03/19/2026 | Research all filed UCCs and match to POCs | 0.90 | $400.00 | $360.00 |
| Service | JAC | 03/19/2026 | Input Case - Ch 12 | 1.50 | $360.00 | $540.00 |
| Service | JAC | 03/23/2026 | Calculate average monthly income from P/L statements | 0.30 | $360.00 | $108.00 |
| Service | CO | 03/24/2026 | Contact Debtor (Text/Email): Drafted text to debtor following up on our request for a February profit and loss sheet. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/25/2026 | Contact Debtor (Text/Email): Drafted text to debtor asking when his February and profit and loss sheet will be ready. | 0.10 | $100.00 | $10.00 |
| Service | CO | 03/31/2026 | Attempted to call debtor and could not leave a voicemail. Drafted email to both debtor's asking for an update on their February and March profit and loss sheets. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/01/2026 | Reviewed email from debtor stating she will speak to her husband about the needed profit and loss statements and provided her phone number. Added her phone number to their file. | 0.10 | $0.00 | $0.00 |
| Service | TR | 04/02/2026 | Strategy conference with client regarding Chapter 12 filing issues, judgment creditors, and treatment of secured claims (.5); reviewed debtor's asset information and values for schedules, liquidation analysis, and plan treatment (.4); analyzed scheduled debts and potential lien issues affecting plan structure (.3); prepared follow-up list of information needed from client to complete schedules and develop plan treatment (.3). | 1.50 | $400.00 | $600.00 |
| Service | JAC | 04/03/2026 | Make Updates to Clanton | 0.50 | $360.00 | $180.00 |
| Service | CO | 04/03/2026 | Contact Debtor (Text/Email): Drafted text to debtor asking for February and | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | March profit and loss sheets. | | | |
| Service | CO | 04/06/2026 | Drafted text to debtor informing him the Columbus office would be closed this week and to call ahead to schedule an appointment to drop off his February and March profit and loss statements. | 0.10 | $0.00 | $0.00 |
| Service | TR | 04/08/2026 | Call w/ client to discuss status of judgements and decision on joint or single filing | 0.20 | $400.00 | $80.00 |
| Service | JC | 04/08/2026 | Incoming Call: Telephone call from debtor regarding Regions checking account and line of credit; He wanted to know if closing out the account, while leaving enough to cover the line of credit due, will cause a bankruptcy problem; drafted e-mail to TR regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/08/2026 | Contact Debtor (Text/Email): Reviewed e-mail from TR regarding Regions account; drafted text message to debtor informing TR said if Regions will let him close out the bank account and just leave enough to cover the line of credit balance, then he can do it. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/08/2026 | Drafted email memo to TR re: new employer information | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/10/2026 | Incoming Call: Phone conference with debtor requesting an update on his case and a time for a meeting with the attorney. Informed the debtor the attorneys are actively working on his file and we do not have an estimated date at this time but we will contact him as soon as we have an update. | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/14/2026 | Call Debtor: Reviewed email memo from TR re: schedule appointment; called debtor left message and drafted text | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/14/2026 | Incoming Call: Phone conference with debtor to schedule in office appointment with the attorney | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/16/2026 | Incoming Call: Phone conference with debtor regarding his appointment with the attorney; drafted memo to TR | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/16/2026 | Call Debtor: Reviewed memo from | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TR; phone conference with debtor rescheduling appointment for tomorrow at 2 | | | |
| Service | KR | 04/17/2026 | Incoming Call: Phone conference with debtor stated that he can not make it early to the in office appointment; said they will be there at 2 | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/17/2026 | Reviewed all bank statements in file for additional bank accounts; drafted email to debtor's requesting 3 months of bank statements of 4 accounts, color copies of their SSC and instructions to complete the credit counseling course. | 0.20 | $100.00 | $20.00 |
| Service | KR | 04/20/2026 | Call Debtor: Phone conference with debtor informing him that we need him to retake the credit counseling course today/tonight; they will complete tonight | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/21/2026 | make updates to schedules per signing appt notes | 0.50 | $360.00 | $180.00 |
| Service | BM | 04/21/2026 | Contact Debtor (Text/Email): Text to debtor requesting address for Robert Taylor Gordon | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/21/2026 | Incoming Call: Call from husband to inform they have completed CCC and inquired if they did it correctly; I couldn't get into Urgent; chat correspondence with JAC; informed him they did and that we need the address that BM texted requesting; he said he will get it and reply to the text. | 0.20 | $0.00 | $0.00 |
| Service | BM | 04/21/2026 | Received text from debtor providing address for Robert Taylor Gordon debt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/21/2026 | add missing debt to F, prepare & send emergency papers to ∆s to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/21/2026 | text both ∆s to review & sign final emergency bk papers | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/21/2026 | Contact Debtor (Text/Email): Drafted email to debtor requesting a list of repossessed property and any property lost due to fire, floods or gambling. Drafted text to debtor requesting they review and reply to my email. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 04/21/2026 | Incoming Call: Phone conference with debtor stating he text an address BM requested and just sent photos of a list of property that was repossessed. Debtor confirmed, aside from the repossessions, there was no property lost in the last 12 months. Reviewed photos, converted to PDF and organized in client's file. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/21/2026 | Call Debtor: Reviewed memo from JAC; Called debtor and requested he follow up with his accountant for the address we requested and call us back immediately to provide the information requested. | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/21/2026 | Incoming Call: Phone conference with debtor asking why the Department of Justice is listed on their creditor's matrix; Informed debtor it was because they owe the IRS. Debtor understood. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/21/2026 | Reviewed emails from debtor with 9 bank statements for 3 accounts and two photos of social security cards. Reviewed bank statements for additional bank accounts and organized all documents in client's file. | 0.50 | $100.00 | $50.00 |
| Service | JAC | 04/21/2026 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JAC | 04/21/2026 | Update Contact | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/21/2026 | Add Expenses | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/21/2026 | Send Debtor(s) text with the case number | 0.10 | $0.00 | $0.00 |
| Service | CO | 04/21/2026 | Reviewed file for notice of sale or mention of the forclosure. Found Attorney contact information, pulled notice of filing and faxed notice of filing and case number to creditor attorney's office. | 0.40 | $100.00 | $40.00 |
| Service | CO | 04/22/2026 | Phone conference with attorney William Drinkwater, provided his with debtor's case number and he confirmed they would not move forward with the sale. He requested I email him notice of filing; Drafted | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to him with the notice of filing. | | | |
| Service | JAC | 04/22/2026 | Completion Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 04/22/2026 | Review: 26-11416-SDM Order and Notice of Deficiency Document# 4 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/23/2026 | Reviewed email memo from TR re: Draft Motion to Approve Use of Cash Collateral; drafted Motion and Proposed Order; drafted email memo to TR re: review Motion | 0.40 | $155.00 | $62.00 |
| Service | KR | 04/23/2026 | Incoming Call: Phone conference with debtor about a family situation and wanted advise about opening up an account at Regions since it is included in the bankruptcy; drafted email memo to TR re: Regions account | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/23/2026 | Call Debtor: Reviewed email memo from TR re: grandmother's bank account; phone conference with debtor inquiring if it had to be put in the joint debtor's name or if it can be put in just the cousin's name; he is going to speak with his wife and let me know | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/27/2026 | Call Debtor: Called debtor left message regarding the bank account the joint debtor wanted to open with her cousin and grandmother | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/28/2026 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | KR | 04/28/2026 | Draft Notice, Motion & Order: Draft Application to Employ to RLF; drafted internal message to TR re:review Application to Employ | 0.70 | $155.00 | $108.50 |
| Service | KR | 04/29/2026 | Phone conference with CO re: chapter 12 Trustee documents upload procedures; need to email; CO updating wiki page | 0.20 | $0.00 | $0.00 |
| Service | TR | 04/29/2026 | Video call w/ client to review schedules | 1.00 | $400.00 | $400.00 |
| Service | JAC | 04/29/2026 | make updates to Completion Docs per signing appt notes | 0.20 | $360.00 | $72.00 |
| Service | TR | 04/29/2026 | Revise Cash Collateral Budget and Exhibit | 0.40 | $400.00 | $160.00 |
| Service | KR | 04/29/2026 | Prepared the Motion to Approve the Use of the Cash Collateral and the | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Proposed Order for upload to the court | | | |
| Service | KR | 04/29/2026 | Reviewed court docket for Hearing Notice; prepared the Hearing Notice, Motion to Approve Use of Cash Collateral and the Exhibit A for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | JAC | 04/30/2026 | Review: 26-11416-SDM Hearing Set (Document) Document# 7 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/30/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Hearing Notice, Motion to Approve Case Collateral and the Exhibit A with the Declaration of Mailing attached for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/30/2026 | Reviewed internal message from TR re: Application to Employ; prepared the Application, the Exhibit A and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | JAC | 05/01/2026 | Review: 26-11416-SDM Hearing Set (Document) Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/01/2026 | Reviewed court docket for the Hearing Notice; prepared the Hearing Notice and the Application to Employ for upload to the Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/01/2026 | Drafted email to the Trustee's office requesting a list of documents needed for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/01/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Hearing Notice and the Application to Employ for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/04/2026 | Reviewed email from the Trustee's office with a copy of the letter they are mailing to the debtor once the Meeting of Creditors has been scheduled regarding the documents needed; merged with existing client documents | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/04/2026 | Draft motion to extend time to file schedules. | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/04/2026 | Prepared the Motion and the Order to Extend Time for upload to the court | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 05/04/2026 | Attempted to call debtor and left a voicemail requesting he provide a list of equipment he has sold in the last two years. Debtor called right back; answered his questions and stated we needed the date of the sale, a description of the property and the value it was sold for. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/05/2026 | Contact Debtor (Text/Email): Drafted text to debtor requesting he submit the list of equipment sales as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/05/2026 | Reviewed text from debtor stating he emailed the requested list of sold equipment. Reviewed email, converted image to PDF and organized in client's file. | 0.10 | $0.00 | $0.00 |
| Service | CO | 05/05/2026 | Contact Debtor (Text/Email): Reviewed memo from JAC. Drafted text to debtor requesting the names of the people he sold equipment to. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/06/2026 | Review: 26-11416-SDM Order on Motion to Extend/Shorten Time Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/06/2026 | add equipment sales to SOFA | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/07/2026 | Review: 26-11416-SDM Order on Motion to Extend/Shorten Time Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/07/2026 | prepare final completion docs & send to Δ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | CO | 05/07/2026 | Incoming Call: Phone conference with debtor stating he remembered another piece of equipment sold in the last 2 years. He also had a question about property being held by creditor for non payment. Drafted email to attorneys with details provided by debtor. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/11/2026 | review email from CO re: missing property transfer. added to sofa. | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/11/2026 | Call Debtor: Called husband regarding signing final bankruptcy documents; he said he will review and sign. He said he forgot about a few things that he sold and received an insurance check on. He is going to text it in a few minutes. He is going to | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | sign the final docs as is. | | | |
| Service | JC | 05/11/2026 | Drafted chat memo to JAC informing husband signed his final documents and he is going to text about some things he sold. | 0.10 | $0.00 | $0.00 |
| Service | JC | 05/11/2026 | Contact Debtor (Text/Email): Reviewed text message from husband providing details of vehicle he sold and vehicle he wrecked; drafted chat memo to JAC providing same. | 0.10 | $155.00 | $15.50 |
| Service | CO | 05/12/2026 | Reviewed 5 years of tax returns and organized 3 months of bank statements for 4 accounts. Drafted email to debtor with a list of documents needed to send to their trustee. | 0.70 | $100.00 | $70.00 |
| Service | KR | 05/15/2026 | Contact Debtor (Text/Email): Reviewed email from the Trustee's office regarding the letter they will be mailing to the debtors for the Meeting of Creditors; drafted email to debtor with the letter | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/15/2026 | Review: 26-11416-SDM Meeting of Creditors Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/18/2026 | Incoming Call: Phone conference with debtor regarding the Meeting of Creditors; provided him the date and time; also explained the documents needed for the Meeting; he is currently working on them | 0.10 | $0.00 | $0.00 |
| Service | VM | 05/18/2026 | Phone conference with debtor regarding meeting of creditors, scheduled meeting on calendar. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/19/2026 | Review: 26-11416-SDM Notice of Appearance Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/19/2026 | Review: 26-11416-SDM Notice of Appearance Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/21/2026 | Contact Debtor (Text/Email): Drafted email to debtor requesting the missing documents for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/22/2026 | Review email from debtor: Reviewed email from debtor with bank statements; merged with existing client documents | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/28/2026 | Review: 26-11416-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/29/2026 | Review: 26-11416-SDM Order on Motion to Use Cash Collateral Document# 25 | 0.10 | $400.00 | $40.00 |
| Service | BB | 06/01/2026 | Review email from debtor: Reviewed two emails from debtor providing requested documents. Forwarded emails to KR. | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/02/2026 | Reviewed email from BB with taxes; merged with client documents | 0.10 | $0.00 | $0.00 |
| Service | BB | 06/02/2026 | Review email from debtor: Reviewed email from debtor providing bank statement. Forwarded email to KR. | 0.10 | $0.00 | $0.00 |
| Service | BB | 06/03/2026 | Incoming Call: Phone conference with debtor inquiring if we have all documentation needed. Informed debtor KR is currently organized provided documents and she will call him back with any updates. | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/03/2026 | Review and organize documents provided by debtor: Reviewed and organized all bank statements; taxes and information for the Meeting of Creditors; created list of missing information and statements needed | 0.60 | $155.00 | $93.00 |
| Service | KR | 06/03/2026 | Call Debtor: Phone conference with debtor regarding the information needed for the Meeting of Creditors; reviewed the letter from the Trustee in detail; drafted email to debtor with the missing information for reminder; he will work on it today | 0.30 | $155.00 | $46.50 |
| Service | JC | 06/03/2026 | Incoming Call: Telephone call from wife answering questions that KR asked husband; she is not sure if she is answering what is being asked; discussed Capital One Feb. statement and grandmother's SS check; please call her back regarding other questions as husband could not answer them or relay the information. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/03/2026 | Review: 26-11416-SDM Notice of Appearance Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/03/2026 | Review email from debtor: Reviewed | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from debtor with the funds they received from their insurance company; merged with Trustee documents; updated the Trustee's letter | | | |
| Service | KR | 06/03/2026 | Call Debtor: Reviewed message from joint debtor regarding the Regions accounts; called joint debtor left message | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/03/2026 | Call Debtor: Phone conference with joint debtor regarding the two Regions accounts for her grandmother; she explained the situation and discussed the employees | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/03/2026 | Call Debtor: Phone conference with debtor regarding the employee and purchasers of crops or farm products; reviewed missing information; drafted email to debtor with the information needed for reminder | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/04/2026 | Incoming Call: Phone conference with debtor regarding the name and addresses for the government funds he received and also the purchasers of the crops/farm products; updated the Trustee's letter with all information | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/05/2026 | Call Debtor: Phone conference with debtor regarding the information for his one employee; he will call them now to get the last 4 of social their address | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/05/2026 | Incoming Call: Phone conference with debtor regarding the employee information needed for the Meeting of Creditors and inquired if they needed to be in Jackson or if Columbus will be fine; drafted email memo to TR | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/05/2026 | Organized and prepared all documents and information for the Meeting of Creditors; drafted email to the the Trustee case administrator and Trustee's attorney with all documents and information | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/05/2026 | Call Debtor: Reviewed email memo from TR re: Meeting of Creditors; called ∆ left message informing him that it would be better if Meeting of Creditors was in Jackson | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/05/2026 | Incoming Call: Phone conference with debtor regarding the Meeting of Creditors; location to Jackson | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/11/2026 | Incoming Call: Phone conference with an attorney with Diversified Financial regarding the equipment the debtor has; would like to speak with the attorney; drafted email memo to TR with his information | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/11/2026 | Incoming Call: Telephone call from debtor; transferred to KR. | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/11/2026 | Call Debtor: Phone conference with debtor about the Tiller Equipment and the Disk Harrow; explained the situation stating the Disk Harrow was already picked up but unsure if the Tiller Equipment was still on property for someone he owed funds to | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/11/2026 | Incoming Call: Phone conference with debtor regarding the person who has some of his equipment on their property for money owed; he is going to get a list of the equipment and inquired if anything can be done; drafted email memo to TR | 0.10 | $155.00 | $15.50 |
| Service | BB | 06/11/2026 | Review email from debtor: Reviewed email from debtor providing requested list of collateral. Forwarded to KR. | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/11/2026 | Call Debtor: Reviewed list of equipment from debtor that is at another person's property; phone conference with debtor with about the list stating that it was his own property and not a creditors; drafted email memo to TR | 0.20 | $155.00 | $31.00 |
| Service | TR | 06/11/2026 | Call w/ client to discuss turnover of equiptment | 0.20 | $400.00 | $80.00 |
| Service | KR | 06/11/2026 | Call Debtor: Reviewed email memo from TR re: get information; phone conference with debtor regarding the information for the Mr. Gordon; he explained the lawsuit and provided his phone number; drafted email memo to TR re: lawsuit | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/12/2026 | Review email from debtor: Reviewed email memo from TR re: draft turnover of property letter | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/15/2026 | Review: 26-11416-SDM Hearing Set (Document) Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/15/2026 | Review: 26-11416-SDM Interlocutory Order on Motion to Extend Automatic Stay Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/15/2026 | Drafted Turnover Property Letter with list of farm equipment; drafted email memo to TR re: review letter | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/16/2026 | Call Debtor: Reviewed email memo from TR re: Turnover property letter; called debtor left message; drafted email and text to confirm the list of farming equipment that Mr. Gordon possesses | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/16/2026 | Reviewed email memo from TR re: contact Mr. Gordon | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/17/2026 | Incoming Call: Telephone call from husband returning KR's call; drafted e-mail to KR informing same. | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/17/2026 | Incoming Call: Telephone call from husband requesting to speak with KR; she is unavailable; informed him that I have already sent her an e-mail to call him; he said he got a text message informing his MOC is today and inquired if it is in Columbus; reviewed text message and confirmed; reviewed calendar and it shows it is in Jackson; telephone conference with KR - she said it is in Jackson because TR said it would be better and she will contact them. | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/17/2026 | Call Debtor: Phone conference with debtor regarding the Meeting of Creditors office appointment for today and also the list of farm equipment | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/17/2026 | Several telephone conferences with KR regarding Ch 12 341; drafted chat memo to KR providing links to SD and ND 341 meeting logins. | 0.20 | $0.00 | $0.00 |
| Service | TR | 06/17/2026 | Met with client before § 341 meeting to review expected issues and confirm testimony topics (.2); attended § 341 meeting of creditors (.4); met with client after § 341 meeting regarding trustee questions, follow-up documents, and next steps (.2). | 0.80 | $400.00 | $320.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/17/2026 | Revised dates on the Demand Turnover letter to Mr. Gordon; created task for VM to print and mail | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/18/2026 | Review: 26-11416-SDM Meeting of Creditors Held Document# | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/18/2026 | Drafted response per the Motion for Relief filed by Guaranty Bank; reviewed court docket for the Motion filed and the claim filed; drafted internal message to TR re: review response | 0.30 | $155.00 | $46.50 |
| Service | KR | 06/22/2026 | Call Debtor: Phone conference with debtor regarding the insurance for the equipment requested by the Trustee; he is in the process of finalizing everything and will provide once he has | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/22/2026 | Reviewed internal message from TR re: response per the Motion for Relief; revised date; prepared the response for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/22/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the response with the Declaration of Mailing attached for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/24/2026 | Contact Debtor (Text/Email): Called debtor unable to leave a message; drafted email and text regarding the insurance needed | 0.10 | $155.00 | $15.50 |
| Service | VM | 06/24/2026 | Incoming Call: Debtor called to speak with KR, took message and sent email memo | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/24/2026 | Reviewed email memo from VM with a message from debtor stating he is still talking to the insurance company; he has to provide them the serial numbers | 0.10 | $0.00 | $0.00 |
| Service | TR | 06/24/2026 | Reviewed and signed Demanding Turnover letter to Mr. Gordon | 0.10 | $400.00 | $40.00 |
| Service | KR | 06/25/2026 | Contact Debtor (Text/Email): Drafted email to the debtor with the letter demanding the turnover of the equipment | 0.10 | $0.00 | $0.00 |
| Service | TR | 06/25/2026 | Call w/ Jay Gore re: Motion to Abandon | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/25/2026 | Call w/ client to discuss secured claims | 0.30 | $400.00 | $120.00 |
| Service | KR | 06/29/2026 | Call Debtor: Called debtor about the proof of insurance needed for the equipment left message; created task in matter tracker | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/29/2026 | Incoming Call: Telephone call from debtor informing he is sending an equipment list to the insurance company, and they are going to let him know amount. He requested I let KR know; drafted e-mail to KR informing same. | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/06/2026 | Reviewed voicemail from Mr. Gordon; called Mr. Gordon left message requesting a call back regarding the equipment | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/06/2026 | Call Debtor: Phone conference with debtor regarding the legal descriptions needed for the property listed in the schedules and also about the insurance for the farm equipment | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/07/2026 | Reviewed email memo from TR re: Motion to Extend; revised format; prepared for upload to the court | 0.30 | $0.00 | $0.00 |
| Service | KR | 07/09/2026 | Contact Debtor (Text/Email): Drafted email and text regarding the legal descriptions for the property listed in the plan | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/09/2026 | Review: 26-11416-SDM Notice to Resubmit Order Document# | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/09/2026 | Incoming Call: Telephone call from Robert Gordon calling for KR; informed him she was on another call but he hung up or got disconnected before I could find out why he was calling; drafted chat memo to KR. | 0.10 | $0.00 | $0.00 |
| Service | JC | 07/09/2026 | Incoming Call: Another telephone call from Robert Gordon; he said he was calling KR regarding a letter he received; discussed that debtors say they own the equipment but they don't; discussed his phone service; he requested if KR cannot call him back soon, to text him before she calls so he can get to a place where he has service; drafted chat memo to KR regarding same. | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 07/09/2026 | Call Debtor: Phone conference with Mr. Gordon regarding the equipment we have demanded he return; he explained the situation and will not be turning over the equipment; he provided his attorney's name | 0.50 | $155.00 | $77.50 |
| Service | KR | 07/09/2026 | Drafted email memo to TR re: farm equipment | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/10/2026 | Revised order for 3" margin at top and prepared for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/10/2026 | Phone conference with debtor regarding the equipment insurance and the legal property descriptions needed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 07/13/2026 | Review: 26-11416-SDM Update Chapter 11/12 Plan or Disclosure Statement Deadlines (Bk) Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/13/2026 | Review: 26-11416-SDM Order on Motion to Extend/Shorten Time Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | BM | 07/13/2026 | Incoming Call: Call from debtor inquiring if what he emailed will be sufficient or not, KR was unavailable to take his call. Reviewed KR's email to confirm she received debtor's email. Told debtor KR will review what he submitted and will let him know if we need anything additional or not | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/13/2026 | Review email from debtor: Reviewed email from debtor with the tax bills for each property; reviewed tax bills; drafted email to debtor informing him I will get with the attorney to review; drafted email memo to TR re: review | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/13/2026 | Review legal descriptions provided by Δ - requested deeds | 0.20 | $400.00 | $80.00 |
| Service | JC | 07/14/2026 | Incoming Call: Telephone call from husband checking on the information he sent KR yesterday; drafted e-mail to KR requesting she call him. | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/14/2026 | Call Debtor: Phone conference with debtor regarding the insurance for his equipment and property; discussed the titles needed for the legal descriptions and also about the situation with the equipment Mr. Gordon has; drafted email memo to | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TR | | | |
| Service | JAC | 07/15/2026 | Review: 26-11416-SDM Hearing Set (Document) Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/15/2026 | Review: 26-11416-SDM Motion for Relief From Stay Document# 39 | 0.40 | $400.00 | $160.00 |
| Service | KR | 07/16/2026 | Review email from debtor: Received and reviewed several emails from debtor with 12 deeds to his property; organized and merged with client documents | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/17/2026 | Incoming Call: Telephone call from husband inquiring if KR received the deeds he sent and informing the insurance agent is out of town; reviewed case notes and informed him she received 12 deeds and has noted that the insurance agent is out of town. | 0.10 | $0.00 | $0.00 |
| Service | TR | 07/17/2026 | Call w/ Jay Gore re: hearing, settlement options, continuance | 0.20 | $400.00 | $80.00 |
| Service | JAC | 07/17/2026 | Review: 26-11416-SDM Hearing Not Held; Continued/Rescheduled Document# | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/20/2026 | Call Debtor: Phone conference with debtor regarding the 12 deeds that he has sent; he is going to review and organize each deed with the address that each one is referencing | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/22/2026 | Contact Debtor (Text/Email): Drafted text to debtor requesting an update on the insurance for the equipment and also the property description for each deed | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/24/2026 | Call Debtor: Phone conference with debtor regarding the equipment insurance and also about the property address for each deed that he provided | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/27/2026 | Review email from debtor: Reviewed email from debtor with the Deed for 13345 MS HWY 404 Bellefontaine,MS 39737; merged with existing deeds | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/27/2026 | Review email from debtor: Reviewed email from the debtor with a different deed for the same property for 13335 | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | MS HWY 404 Bellefontaine.MS 39737; drafted email to debtor inquiring which parcel of land this is for | | | |
| Service | KR | 07/27/2026 | Review email from debtor: Reviewed email from debtor with the deed for 918 Shaw Rd. Eupora,MS 39744 Grain Bin site | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/27/2026 | Review email from debtor: Reviewed email from debtor with the deeds for 4338 Cadaretta Road Gore Springs MS 38929 #8; another 4338 Cadaretta Road. Gore Springs MS 38929 #9; 2- 13335 MS HWY 404 Bellefontaine.MS 39737 #3 | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/28/2026 | Call Debtor: Called debtor unable to leave a message; drafted email and text regarding the insurance needed | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/28/2026 | Incoming Call: Phone conference with debtor regarding the insurance for the farm equipment and the deeds listing the legal property descriptions | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/29/2026 | Reviewed all deeds for property he provided; organized and merged; | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/30/2026 | Drafted internal message to TR re: review deeds | 0.10 | $0.00 | $0.00 |
| Service | KR | 07/31/2026 | Call Debtor: Called debtor unable to leave a message; drafted text regarding the insurance needed for the equipment and buildings | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/31/2026 | Review email from debtor: Reviewed email from debtor with the proof of insurance payment; emailed requesting the policy showing the property covered. | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/31/2026 | Review email from debtor: Reviewed email from debtor stating once he has the policy paperwork he will email me | 0.10 | $0.00 | $0.00 |
| Service | TR | 08/03/2026 | Review motion for relief from stay and prepare Debtors' response regarding proposed sale of collateral and additional property pursuant to 11 U.S.C. § 363. | 0.40 | $400.00 | $160.00 |
| Service | KR | 08/03/2026 | Incoming Call: Phone conference with debtor regarding the insurance on the equipment; he is still waiting for the | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | policy; he also requested a call back from the attorney regarding the sale of property; drafted email memo to TR | | | |
| Service | TR | 08/03/2026 | Call w/ Client to discuss sale contract | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/03/2026 | Call w/ James McCullough re: adequate protection, upcoming hearing, property covered by Judgements and Liens, sale process | 0.30 | $400.00 | $120.00 |
| Service | TR | 08/03/2026 | Multiple emails w/ James McCullough re: hearing settlement and continuance | 0.20 | $400.00 | $80.00 |
| Service | KR | 08/04/2026 | Drafted follow up email to TR re: relinquish of farm equipment | 0.10 | $155.00 | $15.50 |
| Service | GM | 08/05/2026 | Incoming Call: Phone conference regarding debtor's case. Advised that the continuance had been entered and the hearing was rescheduled for September 2. Drafted email notifying T.C. of the updated hearing date. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/06/2026 | Review: 26-11416-SDM Hearing Not Held; Continued/Rescheduled Document# | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/06/2026 | Call w/ client re: upcoming MFR hearing | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/06/2026 | Review Motion for Abandonment and Relief from Stay or, alternatively, for Adequate Protection and Debtors' Response; calculate proposed monthly adequate-protection payment; draft proposed order denying abandonment and stay relief and granting adequate protection pending confirmation. | 0.40 | $400.00 | $160.00 |
| Service | TR | 08/07/2026 | Email w/ James McCullough re: title work | 0.10 | $400.00 | $40.00 |
| Service | KR | 08/07/2026 | Contact Debtor (Text/Email): Reviewed email memo from TR re: returning of farm equipment; drafted email to debtor inquiring if he had proof of the conversation with Mr. Gordon or proof that the equipment is in his name | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/10/2026 | create spreadsheet with all scheduled debts, claims filed, amounts & dates filed | 0.80 | $360.00 | $288.00 |
| Service | KR | 08/11/2026 | Review email from debtor: Reviewed | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from joint debtor inquiring if we had received the insurance for the equipment; drafted email to joint debtor informing her that we received the proof of payment but not the insurance policy | | | |
| Service | KR | 08/11/2026 | Review email from debtor: Reviewed email from debtor with the insurance for his equipment; drafted email memo to TR re: review | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/11/2026 | Review email from debtor: Reviewed email from the debtor with the attorney's name and contact information that TR requested; drafted email memo to TR | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/13/2026 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if he the information regarding the equipment Mr. Gordon refuses to return for the attorney | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/14/2026 | Review email from Attorney: Reviewed email memo from TR re: equipment insurance; prepared the insurance for emailing; drafted email to the Trustee's attorney and the case administrator providing the proof of payment and the insurance coverage for the equipment | 0.20 | $0.00 | $0.00 |
| Service | KR | 08/14/2026 | Review email from Attorney: Reviewed email memo from TR re: settlement of hearing for dk#30; Motion for Relief; phone conference with ND bankruptcy court; had to leave a 5 min message with the details of the case providing the page number, the docket, party details and contact information to inform them the hearing has been settled | 0.20 | $0.00 | $0.00 |
| Service | KR | 08/14/2026 | Prepared the Agreed Order for upload to the court re: dk#30 Motion for Relief | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/14/2026 | Call Debtor: Phone conference with debtor regarding the Agreed Order terms for the monthly payment re: DK#30 and when the payments are due to Guaranty Bank | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/14/2026 | Reviewed email from the Trustee's attorney re: Equipment Insurance | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/17/2026 | Email w/ closing attorney re: needed real estate work and contracts drafted | 0.30 | $400.00 | $120.00 |
| Service | JAC | 08/17/2026 | Review: 26-11416-SDM Order on Motion to Abandon Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/17/2026 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on the information needed regarding the property that Mr. Gordon refuses to give back | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/20/2026 | Contact Debtor (Text/Email): Drafted email and text to debtor requesting a follow up on the information regarding Mr. Gordon | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/24/2026 | Call Debtor: Called debtor unable to leave a message; drafted email and text requesting the information regarding the equipment that Mr. Gordon refuses to give back | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/25/2026 | Call Debtor: Phone conference with debtor requesting an update on the documentation and information needed regarding Mr. Gordon and the equipment he refuses to return; he is still waiting for documentation from his accountant; drafted email memo to TR informing him there is no update yet | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/27/2026 | Reviewed correspondence regarding Chapter 12 plan and lien-treatment issues (.2); researched secured-claim treatment and lien-priority issues relevant to proposed plan (.2); analyzed plan options based on secured claim treatment, liquidation analysis, and priority-tax issues (.2); drafted response regarding plan treatment and lien-priority issues (.1). | 0.70 | $400.00 | $280.00 |
| Service | TR | 08/28/2026 | Call w/ James McCullough re: adequate protection hearing | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/31/2026 | Call w/ James McCullough re: adequate protection | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/31/2026 | Call w/ client re: adequate protection settlement | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/31/2026 | Email w/ James McCullough re: adequate protection | 0.10 | $400.00 | $40.00 |
| Service | KR | 08/31/2026 | Drafted email and text to debtor | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | requesting the information needed on the equipment Mr. Gordon has | | | |
| Service | JAC | 09/01/2026 | Review: 26-11416-SDM Hearing Not Held. Document# | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/01/2026 | Call w/ title lawyer re: drafting contracts | 0.30 | $400.00 | $120.00 |
| Service | KR | 09/02/2026 | Call Debtor: Called debtor unable to leave a message; drafted email and text requesting the information on that the debtor was getting from his account regarding the equipment Mr. Gordon refuses to return | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/02/2026 | Review and revise itemizations to date | 0.40 | $400.00 | $160.00 |
| Service | TR | 09/02/2026 | Review schedules, proof-of-claims information, , real-property descriptions, lien-property descriptions, and asset information to develop Chapter 12 plan strategy and treatment options for land, equipment, secured claims, priority taxes, and general unsecured claims. | 0.70 | $400.00 | $280.00 |
| Service | TR | 09/02/2026 | Prepare client-facing Chapter 12 asset decision worksheet to break out individual land tracts, equipment, vehicles, and other assets; add keep/sell/surrender selections, direct-pay questions, payment-current questions, and trustee commission | 0.90 | $400.00 | $360.00 |
| Service | TR | 09/02/2026 | Draft client email explaining purpose of Chapter 12 asset decision worksheet, how to complete keep/sell/surrender selections, and how to provide additional information needed for plan preparation. | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/03/2026 | Review and sign proposed order from James McCullough | 0.20 | $400.00 | $80.00 |
| Service | KR | 09/04/2026 | Reviewed email memo from TR re: Agreed Order per the Motion for Relief; prepared the Agreed Order for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/09/2026 | Call Debtor: Phone conference with debtor regarding the equipment Mr. Gordon refused to give back; he is still working getting the checks that he wrote to Mr. Gordon and the depreciation list; once he has he will | 0.10 | $155.00 | $15.50 |

EXHIBIT A



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | provide | | | |
| Service | TR | 09/09/2026 | Call w/ Δ to discuss surrendering or keeping property in the plan | 0.30 | $400.00 | $120.00 |
| Service | JAC | 09/10/2026 | Review: 26-11416-SDM Order on Motion For Relief From Stay Document# 48 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/11/2026 | Draft Chapter 12 plan addressing creditor classification, secured and priority claims, asset sales, retained property, unsecured treatment, and reservations of rights. | 1.50 | $400.00 | $600.00 |
| Service | TR | 09/11/2026 | Review proofs of claim, security agreements, UCC filings, and lien documents; analyze competing equipment liens and identify collateral requiring creditor-specific sale treatment. | 0.60 | $400.00 | $240.00 |
| Service | TR | 09/11/2026 | Review and revise liquidation analysis, including exemptions, disposition costs, lien deductions, priority taxes, and potential estate recoveries; correct duplicate claim and collateral deductions. | 0.70 | $400.00 | $280.00 |
| Service | TR | 09/11/2026 | Prepare and revise plan-payment calculations using five-year equipment repayment and Trustee commission reserve; evaluate alternative sale proceeds, Fairport payoff amounts, and retained-collateral treatment. | 0.40 | $400.00 | $160.00 |
| Service | TR | 09/11/2026 | Revise sale-proceeds provisions to address lien priority, disputed-proceeds escrow, Trustee distributions, claim credits, and limits preventing duplicate or excess payments. | 0.30 | $400.00 | $120.00 |
| Service | TR | 09/11/2026 | Analyze IRS and Mississippi tax claims and anticipated 2025 tax reductions; draft provisions addressing amended claims, payment adjustments, and qualifying farm-sale taxes. | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/11/2026 | Prepare detailed liquidation and operating-budget exhibits; reconcile cash-collateral budget with Schedules I/J and evaluate direct debt service and plan feasibility. | 0.30 | $400.00 | $120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/11/2026 | Prepare client equipment and real-estate review materials identifying existing sale selections and additional disposition options; calculate potential annual payment reductions and prepare printable keep/sell worksheet. | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/14/2026 | Call w/ client to discuss surrendering more equipment and proposed plan payment | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/14/2026 | Call w/ Client to discuss potential litigation vs Robert Gordon | 0.20 | $400.00 | $80.00 |
| Service | KR | 09/14/2026 | Contact Debtor (Text/Email): Drafted email to debtor requesting the information needed on the equipment Mr. Gordon since he was waiting for a few things from his accountant | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/16/2026 | Call w/ client to talk about budget | 0.20 | $400.00 | $80.00 |
| Service | JAC | 09/17/2026 | Amend Sch J and Sch B | 0.20 | $360.00 | $72.00 |
| Service | JC | 09/18/2026 | Contact Debtor (Text/Email): Prepared Amended Schedules for debtors' signatures; drafted e-mails to both debtors via Clio e-sign to obtain their signatures on same; drafted text messages to both debtors to inform e-mail was sent. | 0.20 | $0.00 | $0.00 |
| Service | JC | 09/18/2026 | Reviewed Amended Schedules executed by both debtors; prepared for upload to the Court; Part 9 of Summary not filed out; drafted e-mail to JAC regarding same. | 0.20 | $0.00 | $0.00 |
| Service | JC | 09/18/2026 | Reviewed e-mail from JAC regarding Amended Schedules; prepared same for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | KR | 09/18/2026 | Called debtor unable to leave a message; drafted email and text to debtor requesting the information needed on the equipment Mr. Gordon since he was waiting for a few things from his accountant | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/18/2026 | Review: 26-11416-SDM Notice of Change of Address Document# 50 | 0.10 | $0.00 | $0.00 |
| Service | TR | 09/18/2026 | Draft adversary complaint against Fairport seeking avoidance of judgment liens, preservation for the estates, and alternative recovery; incorporate supporting exhibits and | 1.10 | $400.00 | $440.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | requested relief. | | | |
| Service | TR | 09/18/2026 | Review Fairport judgment enrollments and title information; analyze preference elements and Chapter 12 debtors’ authority to prosecute avoidance claims. | 0.70 | $400.00 | $280.00 |
| Service | TR | 09/18/2026 | Review adversary complaint and cover sheet for proper party identification, caption, and nature-of-suit designations. | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/19/2026 | Research preservation and recovery remedies under §§ 551 and 550, including Fifth Circuit single-satisfaction authority; evaluate separate-count pleading and verify applicable adversary filing fee. | 0.40 | $400.00 | $160.00 |
| Service | TR | 09/19/2026 | Draft application to employ Benny Taylor and Taylor Auction & Realty, Inc.; address auction services, compensation terms, and coordination with proposed asset sales. | 0.40 | $400.00 | $160.00 |
| Service | TR | 09/19/2026 | Draft Rule 2014 affidavit addressing auctioneer’s qualifications, disinterestedness, professional connections, and continuing disclosures. | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/19/2026 | Draft proposed employment order addressing scope of authority, separate sale and compensation approvals, and accounting for proceeds. | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/19/2026 | Review and revise itemizations | 0.50 | $400.00 | $200.00 |
| | | | | **Services Subtotal** | | **$15,449.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 04/21/2026 | Credit Counseling: Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 04/21/2026 | Credit Report: Credit Report | 2.00 | $45.00 | $90.00 |
| Expense | 04/21/2026 | Chapter 12 Filing Fee | 1.00 | $278.00 | $278.00 |
| Expense | 05/01/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $42.56 | $42.56 |
| Expense | 06/22/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 06/24/2026 | Postage: Mailed Demanding Turnover letter to Mr. Gordon | 1.00 | $0.74 | $0.74 |
| | | | | **Expenses Subtotal** | **$435.54** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 9.0 | $360.00 | $3,240.00 |
| Jennifer Curry Calvillo | Attorney | 0.6 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 22.8 | $400.00 | $9,120.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.9 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 1.2 | $155.00 | $186.00 |
| Jacki Curry | Non-Attorney | 1.7 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 3.3 | $155.00 | $511.50 |
| Breanne McDaniel | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Grayson Morrison | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Grayson Morrison | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 6.0 | $100.00 | $600.00 |
| Clara Ortega | Non-Attorney | 2.4 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 11.3 | $155.00 | $1,751.50 |
| Kerri Rodabough | Non-Attorney | 5.6 | $0.00 | $0.00 |
| | | | **Subtotal** | **$15,884.54** |
| | | | **Total** | **$15,884.54** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9514 | 10/19/2026 | $15,884.54 | $0.00 | $15,884.54 |

EXHIBIT A

Invoice # 9514 - 09/19/2026

| | |
|---|---|
| **Outstanding Balance** | **$15,884.54** |
| **Total Amount Outstanding** | **$15,884.54** |