**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors** | **CASE NO. 26-11416-SDM CHAPTER 12** |

---

# FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (the “Firm”), counsel for the Debtors, requests interim allowance of $15,449.00 in fees and $435.54 in expenses under 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, and Miss. Bankr. L.R. 2016-1. After crediting the $12,000.00 retainer, the unpaid balance is $3,884.54. In support, Applicant states:

1. Melvin Scott Clanton and Andrea Doler Clanton filed this Chapter 12 case on April 21, 2026. The Court authorized Applicant’s employment by its May 29, 2026 Order [Dkt. 26], on the application filed April 30, 2026 [Dkt. 10].

2. This first fee application covers services and expenses from October 2, 2025 through September 19, 2026. No prior order allowing compensation or reimbursement has been entered. Invoice 9514, dated September 19, 2026, is attached as Exhibit A. Applicant’s supporting affidavit is filed with this Application.

3. The hourly rates are $400.00 for Thomas C. Rollins, Jr.; $360.00 for Jennifer Curry Calvillo; $155.00 for paralegals; and $100.00 for legal assistants, consistent with the employment application. Exhibit A identifies each timekeeper, the work performed, time charged, rate, and expense. The request includes 54.0 hours charged at those rates. Entries shown at a zero rate are not included in the requested fees.

4. The work included reviewing the Debtors’ financial records and preparing the petition and schedules; addressing cash collateral, adequate protection, and stay-relief matters; reviewing claims, security agreements, and competing liens; evaluating real-estate and

equipment dispositions; preparing and revising the Chapter 12 plan, liquidation analysis, payment calculations, and budget exhibits; investigating disputed equipment possession and potential recoveries; preparing the Fairport preference complaint; and preparing the auctioneer's employment papers.

5. These services were directed toward preserving the Debtors' farming operation, identifying property available to fund the case, resolving creditor treatment, and proposing a feasible reorganization. The compensation is reasonable in light of the time required, the lien and tax issues presented, counsel's bankruptcy experience, customary rates for comparable services, and the benefit and necessity of the work to the Debtors under 11 U.S.C. § 330(a)(4)(B). The expense request consists of the filing fee, credit counseling, credit reports, and service and postage costs itemized in Exhibit A.

6. The amounts requested and the credit are:

| | |
|---|---:|
| Fees for services | $15,449.00 |
| Reimbursement of expenses | $435.54 |
| **Total requested** | **$15,884.54** |
| Less retainer credit | ($12,000.00) |
| **Unpaid balance** | **$3,884.54** |

7. The Debtors previously paid the Firm $12,360.00, consisting of a $360.00 consultation fee and a $12,000.00 retainer, as reflected in the compensation disclosure filed with Dkt. 21. The consultation predates the period covered by Exhibit A and is not charged again in this Application. The $12,000.00 retainer is applied in full against the fees and expenses requested here. Exhibit A states the gross charges; this Application reflects the retainer credit and the resulting unpaid balance of $3,884.54. No additional payment of the credited amount is requested.

8. The Debtors are the source of the compensation paid and to be paid. They have agreed to pay Court-approved fees and expenses exceeding the retainer. Applicant has not shared or agreed to share compensation with anyone other than members or regular associates of the Firm. Applicant requests that the Debtors be authorized to pay the unpaid allowed balance directly to the Firm, consistent with Class 1 of the proposed Chapter 12 plan and subject to applicable orders governing the use of funds or as otherwise ordered by the Court at confirmation.

9. The requested allowance is interim and remains subject to final review and any adjustment required by the Court. Services and expenses after September 19, 2026 are not included and will be the subject of a later application as appropriate.

**WHEREFORE**, Applicant requests interim allowance of $15,449.00 in compensation and $435.54 in expenses, for a total of $15,884.54; application of the $12,000.00 retainer credit; authorization for the Debtors to pay the remaining $3,884.54 directly to the Firm; and such further relief as is appropriate.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors