**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors**

**CASE NO. 26-11416-SDM**
**CHAPTER 12**

**AFFIDAVIT OF THOMAS C. ROLLINS, JR.**
**IN SUPPORT OF FIRST APPLICATION FOR COMPENSATION**

**STATE OF MISSISSIPPI**
**COUNTY OF** Hinds

I, Thomas C. Rollins, Jr., being duly sworn, state:

1. I am counsel for the Debtors and have personal knowledge of this case and the Firm's billing and payment records.

2. I reviewed the First Application for Compensation and Invoice 9514, attached as Exhibit A. Exhibit A accurately states the work performed and expenses incurred from October 2, 2025 through September 19, 2026, as recorded in the Firm's ordinary-course records.

3. The $15,449.00 in requested fees is reasonable for services necessary or beneficial to the Debtors. The $435.54 in requested expenses was actually and necessarily incurred.

4. The $12,000.00 retainer is credited in full against the $15,884.54 total, leaving $3,884.54 unpaid. The separate $360.00 consultation and $350.00 filing-fee payments identified in the Application are not charged again.

[signature]
Thomas C. Rollins, Jr.

SUBSCRIBED AND SWORN TO before me on September 21st, 2026.

Vanessa Martinez
Notary Public
My commission expires: ____________________

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 493694
VANESSA MARTINEZ
Commission Expires
Nov. 17, 2028
BOLIVAR COUNTY