**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **Melvin Scott Clanton** | ) | **Case No:** | **26-11416** |
| **Andrea Doler Clanton** | ) | | |
| | ) | | |
| | ) | | |
| **Debtor(s).** | ) | **Chapter:** | **12** |

**<u>ORDER EXTENDING TIME FOR CHAPTER 12 CONFIRMATION HEARING</u>**

This court hereby finds pursuant to 11 U.S.C. § 1224 that cause exists for concluding the confirmation hearing in the above styled and numbered cause later than forty-five (45) days after the filing of the plan. This court hereby orders and directs that the confirmation hearing shall be scheduled and concluded within 45 additional days after the forty-five (45) day deadline specified in 11 U.S.C. § 1224.

##END OF ORDER##