## CONTRACT OF THE SALE AND PURCHASE OF REAL ESTATE

The Seller hereby agrees to sell and the Buyer agrees to purchase the hereinafter described property on the terms and conditions stipulated in the following schedule:

(1) DESCRIPTION:

**TRACT 1: (65.0 acres) (Calhoun County, MS)**
All the W1/2 of the SE 1/4 of South of Sabougla Canal in Section 33, Township 22 North, Range 8 East, containing 65 acres, more or less, in Calhoun County, MS.

**TRACT 2: (Webster County, MS)**
**See legal attached as Exhibit "A". (179.0 + 2.0 = 181.0 acres)**

(2) PRICE: The purchase price of the property is……………………….$ 538,510.19
Payable as follows:

Down Payment……………………………………………………….$ 000.00

Balance payable as follows:………………………………………….$ 538,510.19

(3) TAXES: Taxes for the current year are to be pro-rated as of the date of sale.

(4) INSURANCE: Fire and Extended coverage insurance to be paid by: N/A

(5) TITLE: For the purchase price stated, the Seller does hereby agree and bind himself to deliver unto the Purchaser, a good and marketable fee simple title to the above described real property, upon the payment by the Purchaser, as he is obligated in this instrument to pay, said conveyance to be by General Warranty Deed and shall only be subject to easements and rights of way for public roads, and utilities and further subject to any oil, gas and mineral rights previously reserved or conveyed by prior owners.

In the event the Seller cannot deliver marketable title to the Purchaser, subject to the above easements, rights of ways and any prior mineral reservations or conveyances, the Seller shall refund to the Purchaser the down payment, as of this date; however if title is good and Purchaser fails to pay the remaining balance on or before 90 days from date, then and in that event, all sums paid to the Seller shall become the sole and exclusive property of the Seller as liquidated damages, and all rights of the Purchaser shall fully terminate and this Contract be at an end.

In the event the Purchaser has title to the above described property examined and a defect is discovered which would cause the title to be unmarketable, the Purchaser shall notify the Seller immediately in writing, and the Seller shall have a reasonable time to cure said impediment.

(6) POSSESSION: Said property is to be delivered no later than 60 days from date, upon the receipt of the full purchase price, in the same condition as it now is, customary use and wear excepted.

(7) APPLICATION FEES AND CLOSING COSTS: All application and Closing Costs are to be paid by: Seller

(8) SPECIAL PROVISIONS:

(A) The Sellers will convey unto the Purchasers all crop allotments as provided and regulated by the United States Department of Agriculture in and so far as it pertains to the above described property.

(B) The Seller has filed for Bankruptcy and it is agreed and understood between the Sellers and Purchasers that this contract is subject to and is contingent upon this transfer being approved by the Bankruptcy Court.

(C) The Sellers and Purchasers have executed other Sale and Purchase of Real Estate Contracts of even date whereby Purchasers are buying other lands of Sellers, all subject to Bankruptcy Court approval, and in the event one or more of the aforesaid contracts are not approved by the Bankruptcy Court, Purchasers have the option to terminate one or more of the aforesaid contracts without cost or penalties.

WITNESS OUR SIGNATURES IN MULTIPLE COPIES HEREOF ON THIS THE 30th day of September, 2026.

M Scott Clanton
SELLER – MELVIN SCOTT CLANTON

Andrea Doler Clanton
SELLER – ANDREA DOLER CLANTON

MCGEE TIMBER INC.

By: Michael W McGee
PURCHASER – Michael W. McGee, President

Wayne Beckwith
PURCHASER – WAYNE BECKWITH

**<u>EXHIBIT "A"</u>**
**<u>Webster County, Mississippi</u>**

**<u>TRACT 1:</u>**
The Southeast Quarter (SE 1/4), less and except forty-five (45) acres in the Southwest corner thereof, and the East Half of the Northeast Quarter (E1/2 of NE 1/4), of Section 4, Township 21 North, Range 8 East, Webster County, Mississippi.

LESS AND EXCEPT:
A parcel of land described as commencing at the Southwest corner of the NW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East and running thence East a distance of approximately 467 feet to the Southeast corner of Braxton E. Clanton property for the Point of Beginning of the property herein conveyed; Beginning at said point and running thence East a distance of 210 feet; thence North a distance of 210 feet; thence West a distance of 210 feet; thence South a distance of 210 feet to the Point of Beginning, containing one acre, more or less, in the NW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East.

AND LESS AND EXCEPT:
Five (5) acres in the Southwest corner of the NW 1/4 of the SE 1/4 Section 4, Township 21 North, Range 8 East which was conveyed to Braxton E. Clanton by deed recorded in Deed Book 86 at page 128.

AND LESS AND EXCEPT:
A parcel of land situate in the West 1/2 of the SE 1/4 of Section 4, Township 21 North, Range 8 East, Webster County, Mississippi, described as: Commencing at a one inch iron rod driven in the ground at the Southwest corner of the NW 1/4 of the SE 1/4 of said Section 4; thence East 677.0 feet to the point of beginning for this parcel; thence North 210.0 feet; thence West 210.0 feet; thence North 257.0 feet; thence South 58 degrees, 22 minutes East 571.20 feet; thence South 33 degrees, 02 minutes East 145.60 feet; thence South 04 degrees, 34 minutes 57 seconds West 464.793 feet to a point in the North right of way of the Cadaretta Public Road 40.0 feet North of centerline; thence North 59 degrees, 18 minutes, 58 seconds West 553.153 feet; thence North 49 degrees, 10 minutes, 44 seconds East 207.653 feet to the point of beginning, containing 5.66 acres, more or less.

AND LESS AND EXCEPT:
A parcel of land situate in the SW 1/4 of the SE 1/4 of Section 4, Township 21 North, Range 8 East, Webster County, Mississippi, described as: Commencing at a one inch steel rod driven in the ground at the Northwest corner of the SW 1/4 of the SE 1/4 of said Section 4; thence East 291.10 feet to a one inch iron pin located in the North right of way line of the Cadaretta Public road 40.0 feet north of centerline and the point of beginning for this parcel; thence South 59 degrees, 18 minutes, 58 seconds East 266.0 feet along the North right of way of said road; thence North 49 degrees, 10 minutes 44 seconds East 207.653 feet; thence West 385.90 feet to the point of beginning, containing 0.601 acre, more or less.

AND LESS AND EXCEPT:

COMMENCING at a 5/8" rebar found at the SE corner of Section 4, T-21-N, R-8-E, Webster County, Mississippi run North a distance of 473.21'; thence West a distance of 924.52' to a 1/2" rebar set on the Northerly ROW of Webster County Road 250 (Cadaretta Road) which marks the POINT OF BEGINNING of this lot or parcel of land herein described and conveyed. From said POINT OF BEGINNING run along the Northerly ROW of said road N 59°04'25" W a distance of 333.22' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line N 29°27'20" E a distance of 416.76' to an 8" treated post at fence corner; thence run along or near fence boundary line N 48°49'29" E a distance of 29.77' to an 8" treated post at fence corner; thence run along or near fence boundary line S 48°25'32" E a distance of 14.07' to an 8" treated post at fence corner; thence run along or near fence boundary line S 78°53'40" E a distance of 338.96' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line S 16°40'13" W a distance of 170.15' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line N 69°44'59" W a distance of 13.51' to a 1/2" rebar set at fence corner; thence run along or near fence boundary line S 52°04'07" W a distance of 126.92' to a l/2" rebar set at fence corner; thence run along or near fence boundary line S 26°52'41" W a distance of 272.19' to the POINT OF BEGINNING. This lot or parcel of land is located in the SE 1/4 of Section 4, T-21-N, R-8-E, Webster County, Mississippi and contains a total of 3.89 acres.

**TRACT 2:**
A parcel of land situate in the West 1/2 of the SE 1/4 of Section 4, Township 21 North, Range 8 East, Webster County, Mississippi, described as: Commencing at a one inch iron rod driven in the ground at the Southwest corner of the NW 1/4 of the SE 1/4 of said Section 4; thence East 677.0 feet to the point of beginning for this parcel; thence North 210.0 feet; thence West 210.0 feet; thence North 257.0 feet; thence South 58 degrees, 22 minutes East 571.20 feet; thence South 33 degrees, 02 minutes East 145.60 feet; thence South 04 degrees, 34 minutes 57 seconds West 464.793 feet to a point in the North right of way of the Cadaretta Public Road 40.0 feet North of centerline; thence North 59 degrees, 18 minutes, 58 seconds West 553.153 feet; thence North 49 degrees, 10 minutes, 44 seconds East 207.653 feet to the point of beginning, containing 5.66 acres, more or less.

**TRACT 3:**
Beginning at the Southwest corner of the NW 1/4 of the SE 1/4, Section 4, Township 21 North, Range 8 East, Webster County, MS and run North 280 feet to the Point of Beginning; thence run East 466 feet; thence North 186 feet; thence West 466 feet; thence South 186 feet to the Point of Beginning, containing 2 acres, more or less.

LESS AND EXCEPT: Tax Parcels 7.02. 7.01, 5.01 and 1. Title Request does not include these parcels.