**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **Melvin Scott Clanton** | **)** | **Case No:** | **26-11416** |
| **Andrea Doler Clanton** | **)** | | |
| | **)** | | |
| | **)** | | |
| **Debtor(s).** | **)** | **Chapter:** | **12** |

## <u>ORDER EXTENDING TIME FOR CHAPTER 12 CONFIRMATION HEARING</u>

This court hereby finds pursuant to 11 U.S.C. § 1224 that cause exists for concluding the confirmation hearing in the above styled and numbered cause later than forty-five (45) days after the filing of the plan. This court hereby orders and directs that the confirmation hearing shall be scheduled and concluded within 45 additional days after the forty-five (45) day deadline specified in 11 U.S.C. § 1224.

##END OF ORDER##

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-11416-SDM
Melvin Scott Clanton Chapter 12
Andrea Doler Clanton
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 06, 2026 Form ID: pdf0003 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234 |
| cr | + | Guaranty Bank and Trust Company, c/o Jay Gore, III, P. O. Box 160, GRENADA, MS 38902-0901, UNITED STATES 38902-0160 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 01:39:55 | Synchrony Bank by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fairport Asset Management REO 2, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com |

| | |
|---|---|
| | price@gorekilpatrick.com,bgriffin@gorekilpatrick.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com |
| James A. McCullough, II | on behalf of Creditor Fairport Asset Management REO 2 LLC jmccullough@brunini.com, jfarmer@brunini.com |
| Jay Gore, III | on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com,price@gorekilpatrick.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Plaintiff Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Plaintiff Melvin Scott Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 9