# EXHIBIT A — SUPPLEMENTAL SERVICE LIST

## I. UNITED STATES CERTIFIED MAIL

**John Deere Financial, F.S.B.**
Attention: President
8383 Greenway Boulevard, Suite 300
Middleton, WI 53562

**Regions Bank**
Attention: President
1900 Fifth Avenue North
Birmingham, AL 35203

## II. UNITED STATES FIRST-CLASS MAIL

**Fairport Asset Management REO 2, LLC**
Attention: Managing Agent
3144 S. Winton Road
Rochester, NY 14623

**Nutrien Ag Solutions, Inc.**
Attention: President
3005 Rocky Mountain Avenue
Loveland, CO 80538

**James A. McCullough, II**
William D. Drinkwater
Norman E. "Benje" Bailey, Jr.
Brunini, Grantham, Grower & Hewes, PLLC
P.O. Drawer 119
Jackson, MS 39205-0119

**Guaranty Bank and Trust Company**
c/o Jay Gore, III
Gore, Kilpatrick & Dambrino, PLLC
2000 Gateway, Suite 160
Grenada, MS 38901

**Scott D. Fink**
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Road, Suite 200
Independence, OH 44131

**R. Adam Kirk**
Daly Kirk, PLLC
1320A Sunset Drive
Grenada, MS 38901

## EXHIBIT A — SUPPLEMENTAL SERVICE LIST (CONTINUED)

## II. UNITED STATES FIRST-CLASS MAIL (CONTINUED)

**Harold J. Barkley, Jr.**
Chapter 12 Trustee
P.O. Box 4476
Jackson, MS 39296-4476

**Office of the United States Trustee**
United States Courthouse
501 East Court Street, Suite 6-430
Jackson, MS 39201

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**United States Attorney**
Attention: Civil Process Clerk
Ethridge Building
900 Jefferson Avenue
Oxford, MS 38655

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**Mississippi Department of Revenue**
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

**Attorney General of Mississippi**
P.O. Box 220
Jackson, MS 39205

**Calhoun County, Mississippi**
Attention: Chancery Clerk, as
Clerk of the Board of Supervisors
P.O. Box 8
Pittsboro, MS 38951

**Calhoun County Tax Assessor/Collector**
P.O. Box 6
Pittsboro, MS 38951

**Webster County, Mississippi**
Attention: Chancery Clerk, as
Clerk of the Board of Supervisors
6333 MS Highway 9, Suite 123
Walthall, MS 39771

**Webster County Tax Assessor/Collector**
6333 MS Highway 9, Suite 123
Walthall, MS 39771

**Melvin Scott Clanton and**
Andrea Doler Clanton
404 S. Washington Street
Starkville, MS 39759

# EXHIBIT A — SUPPLEMENTAL SERVICE LIST (CONTINUED)

## II. UNITED STATES FIRST-CLASS MAIL (CONTINUED)

**Robert Leard, Deed-of-Trust Trustee**
c/o Twin Lakes Camp and Conference Center
155 Milner Road
Florence, MS 39073

**Robert Leard, Deed-of-Trust Trustee**
1020 Highland Colony Parkway
Ridgeland, MS 39157

**Robert Taylor "Tate" Gordon**
194 Van Dorn Street
Grenada, MS 38901

**David F. Berry IV**
Deaton & Berry, PLLC
229 Katherine Drive
Flowood, MS 39232

**Jason E. Fortenberry**
Caroline Bradley-Kenney
Bradley Arant Boult Cummings LLP
P.O. Box 1789
Jackson, MS 39215-1789

**Glenn E. Glover**
Marianna Nichols
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

**Tucker, Selden & Tucker, PLLC**
1245 Main Street
P.O. Box 68
Tunica, MS 38676

**The Winn Brown Law Firm, PLLC**
P.O. Box 249
Southaven, MS 38671-0249

**McGee Timber Inc.**
Attention: Michael W. McGee, President
1305 Baptist Line Rd
Aliceville, AL 35442

**Wayne Beckwith**
1980 Hwy 82 W
Kilmichael, MS 39747