**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 12 NO.:**

**MELVIN SCOTT CLANTON
ANDREA DOLER CLANTON** **26 – 11416 – SDM**

**TRUSTEE'S OBJECTION TO CONFIRMATION
OF CHAPTER 12 PLAN**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtors' Chapter 12 Plan [DK #52]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtors' plan proposes to liquidate several pieces of equipment at auction. The Debtors should be required to file an application to employ a professional to conduct the auction, and the application should be filed within a reasonable amount of time from any Order confirming the Chapter 12 Plan.

2. That, at the 341 meeting of creditors, the Debtors testified that they did not currently have insurance coverage for all of their farming equipment. The Debtors should be required to implement and maintain adequate insurance for all farming equipment and provide proof of said insurance to the Trustee.

3. For good and sufficient reasons to be assigned at a hearing regarding this matter, the Trustee expressly reserves the right to amend this Objection at any time prior to or during any hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: October 15, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 12 TRUSTEE
POST OFFICE BOX 5069
JACKSON, MS 39296-5069
PHONE: 601/362-7153 FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM

# C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Melvin Scott Clanton
Andre Doler Clanton
404 S. Washington St.
Starkville, MS 39759

Dated: October 15, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.