**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Melvin Scott Clanton and**
**Andrea Doler Clanton, Debtors**
**404 S Washington St**
**Starkville, MS, 39759**

**Case No. 26-11416-SDM**
**CHAPTER 12**

## REQUEST FOR RESET OF HEARING

COMES NOW the Debtor's by and through counsel, and respectfully requests that the Confirmation hearing that is scheduled in this matter on 11/23/2026 at 10:00 am be reset to a later date due to time constraints. In support of this request, the Debtors state that additional time is needed to adequately prepare for and address the matters set for hearing.

WHEREFORE, the Debtors respectfully requests that this Court reset the hearing to a later date and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533