**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors** | **CASE NO. 26-11416-SDM CHAPTER 12** |

## ORDER GRANTING FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court has considered the First Application for Allowance of Compensation and Reimbursement of Expenses [Dkt. 60], Exhibit A, and the supporting affidavit. After the required notice and opportunity for hearing, the Court finds the requested compensation and expenses reasonable and allowable under 11 U.S.C. §§ 330 and 331. It is ORDERED:

1. Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC is allowed interim compensation of $15,449.00 and reimbursement of expenses of $435.54, totaling $15,884.54, for the period October 2, 2025 through September 19, 2026.

2. The $12,000.00 retainer previously paid by the Debtors is credited in full against this allowance, leaving an unpaid balance of $3,884.54. The credited amount shall not be collected again.

3. The Debtors are authorized to pay the $3,884.54 balance directly to the Firm as an obligation additional to the annual Trustee installments, subject to applicable orders governing the use of funds.

4. This allowance is interim and remains subject to final review and any adjustment or repayment required by the Court. No compensation or expense incurred after September 19, 2026 is allowed by this Order.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors