**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON**
**ANDREA DOLER CLANTON** **CASE NO. 26-11416-SDM**

# ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the firm of Mitchell, McNutt, 1216 Van Buren, Post Office Box 947, Oxford, Mississippi 38655-0947, represents the interests of Nutrien Ag Solutions, Inc. ("Nutrien").

The undersigned requests that the name shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for Nutrien:

D. Andrew Phillips, Esquire
Mitchell, McNutt
Post Office Box 947
Oxford, MS 38655-0947
aphillips@mitchellmcnutt.com

Request is further made pursuant to the Federal Rules of Bankruptcy Procedure that all motions, notices and pleadings be mailed to said counsel, including, without limitation, all notices required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure.

Please take further notice that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Request for Notices shall not be deemed or construed to be a waiver of Nutrien's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or

proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (B) any other rights, claims, actions, setoffs, or recoupments to which Nutrien may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Nutrien expressly reserve.

THIS, the 30th day of October, 2026.

Respectfully submitted,

/s/ D. Andrew Phillips
D. ANDREW PHILLIPS (MSB #8509)
MITCHELL, McNUTT
P.O. Box 947
Oxford, MS 38655-0947
(662) 234-4845
aphillips@mitchellmcnutt.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the parties via Notice of Electronic Filing through the Court's CM/ECF who have consented to electronic notice.

This, the 30th day of October, 2026.

/s/ D. Andrew Phillips