**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors**

**CASE NO. 26-11416-SDM**
**CHAPTER 12**

# ORDER GRANTING FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Court has considered the First Application for Allowance of Compensation and Reimbursement of Expenses [Dkt. 60 ], Exhibit A, and the supporting affidavit. After the required notice and opportunity for hearing, the Court finds the requested compensation and expenses reasonable and allowable under 11 U.S.C. §§ 330 and 331. It is ORDERED:

1. Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC is allowed interim compensation of $15,449.00 and reimbursement of expenses of $435.54, totaling $15,884.54, for the period October 2, 2025 through September 19, 2026.

2. The $12,000.00 retainer previously paid by the Debtors is credited in full against this allowance, leaving an unpaid balance of $3,884.54. The credited amount shall not be collected again.

3. The Debtors are authorized to pay the $3,884.54 balance directly to the Firm as an obligation additional to the annual Trustee installments, subject to applicable orders governing the use of funds.

4. This allowance is interim and remains subject to final review and any adjustment or repayment required by the Court. No compensation or expense incurred after September 19, 2026 is allowed by this Order.

**##END OF ORDER##**

Submitted by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors

United States Bankruptcy Court
Northern District of Mississippi

In re:
Melvin Scott Clanton
Andrea Doler Clanton
Debtors

Case No. 26-11416-SDM
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 31, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Melvin Scott Clanton, Andrea Doler Clanton, 404 S Washington St, Starkville, MS 39759-3234 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com price@gorekilpatrick.com,bgriffin@gorekilpatrick.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com |
| James A. McCullough, II | on behalf of Creditor Fairport Asset Management REO 2 LLC jmccullough@brunini.com, jfarmer@brunini.com |
| Jay Gore, III | on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com,price@gorekilpatrick.com |
| Thomas C. Rollins, Jr. | on behalf of Plaintiff Melvin Scott Clanton trollins@therollinsfirm.com |

jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Joint Debtor Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Debtor Melvin Scott Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Plaintiff Andrea Doler Clanton trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 9