**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors.** **CASE NO. 26-11416-SDM**

**CHAPTER 12**

---

**APPLICATION TO EMPLOY BENNY TAYLOR AND TAYLOR AUCTION & REALTY, INC. AS AUCTIONEER**

---

COME NOW Melvin Scott Clanton and Andrea Doler Clanton, as debtors in possession (the “Debtors”), and request approval under 11 U.S.C. §§ 1203 and 327(a), Federal Rules of Bankruptcy Procedure 2014 and 6005, and Miss. Bankr. L.R. 2014-1 to employ Benny Taylor and Taylor Auction & Realty, Inc. (collectively, “Taylor”) as auctioneer. In support, the Debtors state:

1. The Debtors filed this Chapter 12 case on April 21, 2026, and continue to operate their farming business as debtors in possession. Their reorganization includes the sale of designated farm equipment, vehicles, trailers, and other personal property to reduce indebtedness and fund their plan. Taylor’s services are needed to market and sell that property.

2. The Debtors selected Taylor for his experience valuing, marketing, and auctioning farm equipment and other personal property. Benny Taylor has more than forty years of auction experience and holds Mississippi auctioneer license number 176. Taylor Auction & Realty, Inc. is located at 15488 Highway 51 North, Grenada, Mississippi 38901, with a mailing address of P.O. Box 357, Grenada, Mississippi 38902.

3. Taylor will inspect and inventory the designated property, photograph and catalog the items, advertise the auction, qualify bidders, conduct an online auction through

www.taylorauction.com, collect and account for sale proceeds, supervise removal, assist with title transfers, and prepare a report of sale. The proposed auction location is the Clanton Farm Headquarters identified in the agreement.

4. Taylor's compensation and reimbursement of expenses shall be subject to Court approval under 11 U.S.C. §§ 330 and 331. Approval of the fee contract and allowance of compensation or expenses shall be requested by separate application and approved by separate order under Miss. Bankr. L.R. 2014-1 and Federal Rule of Bankruptcy Procedure 2016.

5. The auction proposal and agreement dated September 23, 2026, executed by the Debtors and Taylor, is attached as Exhibit B and discloses the proposed terms of employment. Its marketing plan includes website and social media advertising, auction catalogs, advertising in Delta Farm Press, and email distribution, with an estimated advertising budget of $4,500.00. The Debtors will seek a separate sale order establishing the property to be sold, auction terms, and disposition of proceeds.

6. Taylor's signed affidavit is attached as Exhibit A. It discloses prior requests for Taylor's services by Debtors' counsel in other bankruptcy cases in which counsel served as Chapter 7 trustee. Based on that affidavit and to the best of the Debtors' knowledge, Taylor is disinterested and holds or represents no interest adverse to the estates. Taylor shall supplement his disclosures under Rule 2014 as necessary.

7. The agreement provides for $1,000,000.00 in onsite liability insurance. Taylor shall maintain appropriate bonding and insurance and provide evidence of coverage before taking custody of property. Taylor shall account for all receipts and expenses and report

the items sold and their sale prices. Sale proceeds shall be held in escrow and disbursed only as authorized by the Court.

8. The Debtors request employment effective upon entry of the order approving this Application. Taylor's services are necessary and in the best interests of the estates and their creditors.

WHEREFORE, the Debtors request entry of an order approving this Application and authorizing the employment of Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer on the terms stated above, and granting such other relief as is appropriate.

Respectfully submitted,
MELVIN SCOTT CLANTON AND
ANDREA DOLER CLANTON,
Debtors in Possession

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors in Possession