EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors**

**CASE NO. 26-11416-SDM**
**CHAPTER 12**

---

## EXHIBIT A - AFFIDAVIT OF BENNY TAYLOR IN SUPPORT OF APPLICATION TO EMPLOY AUCTIONEER

---

STATE OF MISSISSIPPI
COUNTY OF GRENADA

BEFORE ME, the undersigned authority, personally appeared Benny Taylor, who, after being duly sworn, stated:

1. I am Benny Taylor, an adult competent to make this affidavit. I am affiliated with Taylor Auction & Realty, Inc., P.O. Box 357, Grenada, Mississippi 38902, and am authorized to make these disclosures for myself and the firm.
2. Melvin Scott Clanton and Andrea Doler Clanton, as debtors in possession, propose to employ Taylor to inspect, value, market, and auction designated farm equipment, vehicles, trailers, and other personal property and provide the related services described in their Application. Taylor will sell only property authorized for sale by the Court.
3. Taylor is experienced and qualified to perform these services. Before taking custody of property, Taylor will provide evidence of appropriate bonding and insurance and maintain the coverage required during the engagement.
4. After reasonable inquiry, neither I nor the firm hold or represent an interest adverse to either estate, and we are disinterested within the meaning of 11 U.S.C. § 101(14). Neither I nor the firm is an officer or employee of the United States judiciary or the United States Department of Justice.

5. Thomas C. Rollins, Jr., counsel for the Debtors, has requested Taylor's professional services in other bankruptcy matters in which he serves as Chapter 7 Trustee.

6. I have reviewed the compensation arrangements stated in paragraph 4 of the Application and confirm those terms. Taylor will seek compensation and reimbursement only as authorized by the Court, will account for all proceeds and buyer's premiums, and will make no unauthorized deduction or distribution.

7. I will promptly supplement this affidavit if additional connections or a change in the compensation arrangement becomes known.

Benny Taylor
BENNY TAYLOR
TAYLOR AUCTION & REALTY, INC.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 21st day of September, 2026.

Stephanie L. Whitehurst
NOTARY PUBLIC

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528

My commission expires: Aug. 27, 2029