Taylor Auction & Realty, Inc.
P. O. Box 357
Grenada, Mississippi 38902
(662) 226-2080
**Benny Taylor – Auctioneer - MS Broker/Realtor**
**Ruthie Taylor – Auctioneer - MS Broker/Realtor**
Mississippi Auctioneer's Association National Auctioneer's Association

September 23, 2026

Melvin Scott Clanton and Andrea Doler Clanton, Debtors
4182 Cadaretta Road
Gore Springs, MS 38929

Re: Chapter 12 Bankruptcy Case No. 26-11416-SDM

Dear Mr. and Mrs. Clanton,

Enclosed is the online auction proposal discussed. The online auction is featured on our website, www.taylorauction.com, and on our alliance auction partner's platform, *www.marknet.com*. The online auction method is the most efficient way to convert personal property into immediate cash while avoiding the ongoing maintenance costs.

The items will be offered through our online auction platform, which is widely advertised on our website and other websites listed in the proposal.

We appreciate the opportunity to submit this proposal and look forward to assisting you. Rest assured that our team will do our best to market the property via online auction. After reviewing, please don't hesitate to contact us if you have any questions.

Sincerely,

Benny Taylor

Benny Taylor, CAI CAGA AARE
Auctioneer/Broker
Taylor Auction & Realty, Inc.

# Executive Summary

This proposal outlines an online-only auction marketing plan for the assets of Chapter 12 Bankruptcy Case No. 26-11416-SDM, Melvin Scott Clanton and Andrea Doler Clanton.

Utilizing the time-tested auction method will yield TRUE MARKET VALUE – what buyers are willing to pay, free of contingencies – AS IS condition wrapped up with a 30-day closing, turning all assets into CASH within a fixed period.

Our proposal outlines the auction commission, advertising investment, online marketing strategy, standard terms and conditions, necessary miscellaneous expenses, seller's responsibilities, and general auction terms.



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

# Online Auction Proposal

Presented to:

**Melvin Scott Clanton and Andrea Doler Clanton**
**4182 Cadaretta Road**
**Gore Springs, MS 38929**

**Regarding:**

**Chapter 12 Bankruptcy Case No. 26-11416-SDM**
**Melvin Scott Clanton and Andrea Doler Clanton**

**TAYLOR AUCTION & REALTY, INC.**
**www.taylorauction.com**
Grenada, MS 38901

1.662.226.2080
1.662.417.0397



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

# Contents

SELLER INFORMATION:........................................................................................................................ 5

1. Auctioneer's Commission: ................................................................................................ 5

2. Advertisement Expense and Marketing Strategy……………………………………..………….6

3. Miscellaneous Expense: ................................................................................................ 7

4. Specific Auction Terms and Conditions ……………………………………..………… …..…7

5. Seller's Responsibilities:.................................................................................................. 7

6. Force Majeure:................................................................................................................ 8

7. General Terms of Auction Contract: ................................................................................ 8



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

# ONLINE ONLY
# AUCTION CONTRACT/PROPOSAL

Taylor Auction & Realty, Inc. submits the following to:

**SELLER INFORMATION:**

Melvin Scott Clanton and Andrea Doler Clanton
4182 Cadaretta Road
Gore Springs, MS 38929

The purpose of this proposal is to recommend a comprehensive marketing plan for the assets belonging to the following bankruptcy case.

**Chapter 12 Bankruptcy Case No. 26-11416-SDM**
**Melvin Scott Clanton and Andrea Doler Clanton**

**The proposal consists of the following aspects:**

1. **Auctioneer's Commission**
2. **Advertisement Investment & Marketing Strategy**
3. **Miscellaneous Expense - Preservation of Collateral**
4. **Specific Terms and Conditions for Auction**
5. **Seller Responsibilities**
6. **Force Majeure**
7. **General Terms of Auction Contract**

***1. Auctioneer's Commission:***

**PERSONAL PROPERTY:**

- 10% buyer's premium assessed on the hammer bid of the personal property
- 10 % seller commission on the hammer bid of all personal property
- The total of both commissions is due to the Auction Company

**Commission Fee includes:**

- Bonded and insured auction company
- Onsite Liability Insurance $1,000,000.00
- Professional management of auction marketing of personal property
  - Design personal property advertisements
  - Photograph items for advertisements and websites
  - Research and promote through the internet
  - Offer an online bidding platform



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

EXHIBIT B

- Personal property preparation
  - Define the sale order of the personal property catalog
  - Prepare an online auction catalog of personal property with photographs
- Qualification of all prospective bidders for online auctions
- Professional staffing of auction personnel
  - Benny Taylor, Lead Auctioneer, 40+ years of experience
  - Ruthie Taylor, Auctioneer/Manager, 40+ years of experience
  - Adequate personnel to expedite online auction, including office staff and facilitators
  - Responsible for overseeing the removal after online auction completion
- Professional Management of Transactions
  - Credit Card & Debit Card Availability
  - Responsible for funds received
  - Provide the Seller with a valid proceeds check within ten business days of final proceeds collected on personal property

2. ***Advertisement Expense:*** Advertisement Investment is the responsibility of the Seller. Seller and Auctioneer agree that the expenses for advertisements and promotional costs for said auction/sale shall be paid from the auction proceeds. Advertisement expenses are available for approval by the Seller.

| | |
|---|---|
| Social Media Campaign | $ 1,000.00 |
| Website Coverage | $ 1,000.00 |
| Catalog Fee | $ 1,000.00 |
| Delta Farm Press | $ 1,000.00 |
| Executive E-mail Blast | $ 500.00 |
| **Total Investment** | **$ 4,500.00** |

**Marketing Strategy**

- World Wide Web Coverage @ *taylorauction.com, auctionzip.com*, *gotoauction.com, auctionlook.com,* and other applicable websites
- Posted to MarkNet Alliance Homepage *marknet.com* with immediate exposure not only to our customers but also to the customers of our 65+ affiliated companies located across the country
- Social Media campaign based on geographical location, behaviors, and interests
- Weekly E-mail Blast to Taylor Auction established mail list of 20,000+ subscribers

- **Social Media Ad Campaign:** Taylor Auction & Realty, Inc. will post an event on its business Facebook and Instagram and order a paid ad campaign targeting potential buyers

- **Executive E-mail Blast** – Taylor Auction & Realty, Inc. sends a weekly email blast to its 20,000 + customers

- **Online Internet Bidding:**
  - TAR to manage online bidding of personal property
  - Photographs with general listing published on www.taylorauction.com

3. ***Miscellaneous Expense: Preservation of Collateral***

**Miscellaneous Expenses**: The seller agrees that the miscellaneous expenses incurred for the auction shall be paid from the proceeds realized from the auction before the disbursement of the auction proceeds. The auction company will assess a 15% management fee surcharge. The auction company will provide the Seller with receipts for all expenses incurred, including arranging, relocating, batteries, fuel, equipment cleaning, trash removal, and general care and preservation of the collateral.

*4.* **Specific Auction Terms and Conditions:**

**Auction Date and Time: ______________________________**
**Auction Location: Clanton Farm Headquarters, Caderetta, MS.**
**Auction Conducted Online** @ www.taylorauction.com

- Everything to sell – AS IS – WHERE IS
- Buyers to make full payment for the personal property upon completion of the auction
- Personal Property items removed by buyers from the location after payment
- Mississippi Sales Tax Collected

**Personal Property** – Seller understands that the Auctioneer is entitled to and intends to make representations to bidders at the auction based on the information provided. The seller is solely responsible for the contents of this information and shall indemnify the Auctioneer for any claims arising from the information provided by the Seller.

The Auctioneer determines the time, place, manner, and all conditions of the auction, including the division of the property into saleable lots. For this agreement/contract, "Lot" shall mean one or more items of property offered for sale as a single catalog unit. All property is sold to the highest bidder. Large lots are offered, but items are grouped at the auctioneer's discretion.

The Seller is aware that damage and breakage may result in the Seller's items. The auctioneer and his staff use reasonable care in handling and selling the Seller's items, but are not held responsible for any damage or breakage that may occur. The Seller is responsible for providing theft, fire, and breakage insurance until the items are sold.

***5. Seller's Responsibilities, Representations, and Warranties:***

- Complete and sign the required auction contract
- Provide title documentation, prior bill of sales for transfer
- Provide copies of any pertinent material regarding inventory
- Provide any other information that would be essential – property interest, a database of potential clients to enhance the marketing effort
- No other listings or auction agreements are presently in effect regarding the property
- Seller shall execute documents necessary to consummate the auction, i.e., titles, bill of sales



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

- Seller's descriptions of the property and its origins are accurate, and there are no restrictions on the Auctioneer's right to reproduce photographs or graphic representations of the property
- The property is offered in compliance with federal, state, and local anti-discrimination laws
- The Seller certifies that all information provided is complete, true, and accurate to the best of his knowledge and belief

6. ***Force Majeure:***

If either party is delayed or prevented from the performance of any act required under the Agreement by reason of any act of God, an act of nature, including any epidemic or outbreak of pandemic disease, fire, act of government or state, war, civil commotion, insurrection, embargo, prevention from or hindrance in obtaining raw material, energy or other supplies, labor disputes of whatever nature, federal, state, or local governmental orders or policies, or policy recommendations or guidance issued by any governmental or quasi-governmental public health or similar entity, that may impact or prevent the performance of this Agreement or make performance of this contract agreement impossible or commercially impractical for whatever reason beyond the control of the party (a "Force Majeure Event), the performance of such act shall be excused for the period of such event provided that if such interference lasts for any period in excess of 45 days each party may, by written notice to the others, terminate this Agreement in the reasonable discretion of any party or parties. If this agreement is terminated for a Force Majeure Event. In that case, Melvin Scott Clanton and Andrea Doler Clanton, on behalf of Bankruptcy Case NO. 26-11416-SDM, agree that Taylor Auction & Realty, Inc. will be reimbursed for the miscellaneous and advertising expenses incurred on the project. Receipts will be provided regarding the expenditures.

7. ***General Terms of Auction Contract:***

For and in consideration of this agreement to list for sale by auction the denoted property and of your efforts to find a buyer for the same, we, the Seller, at this moment grant to Taylor Auction & Realty, Inc., herein known as auction company/auctioneer the exclusive right to sell by auction for the terms herein stated and seller will execute a marketable title to the purchaser.

For your services, I, the seller, hereby agree to pay the auction company the stated commission rate upon the sale or execution of a contract for the sale of the property. At the same time, this agreement remains in force, whether I, the seller, or Taylor Auction & Realty, Inc., make such a sale once the property is under contract to be sold by Taylor Auction & Realty, Inc. Any sale during the contract period will result in a commission due Taylor Auction & Realty regardless of the nature of procurement of the sale.

The auctioneer agrees to use his professional skills, knowledge, and experience to the best advantage of both parties in preparing for and conducting the auction. The auctioneer agrees not to purchase the property or cause it to be purchased directly or indirectly for his account or benefit.

The seller agrees to turn over and deliver to the auctioneer the items to be sold at a public auction belonging to the Chapter 12 Bankruptcy Case No. 26-11416-SDM, Melvin Scott Clanton and Andrea Doler Clanton.



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

No item shall be sold or withdrawn from the sale except by mutual agreement between the Seller and the auctioneer. If an item is sold or withdrawn, the auctioneer shall receive a full commission from the seller.

Taylor Auction & Realty, Inc. offers bidding services to sellers. The seller understands that Taylor Auction & Realty, Inc. uses a third-party provider for its online auction platform. Seller warrants that neither Taylor Auction & Realty, Inc. nor the company providing the software shall be held responsible for a missed bid or the failure of the software to function properly for any reason. The seller acknowledges and understands that this service may or may not function correctly on the auction day. Under no circumstances shall Seller have any claim against Taylor Auction & Realty, Inc. or anyone else if the internet service fails to work correctly.

The Seller warrants that they have the right to sell the Property; that until its sale, the Property will be kept free of all liens, claims, and encumbrances other than those stated in a separate document provided to the auctioneer before an auction sale, and that good title and right to possession will pass to the purchaser free of all liens, claims, and encumbrances.

After the auction, the Auctioneer will deposit all sale proceeds into its escrow account. All commissions, costs, and expenses specified in this contract will be deducted from the sale price of each item. The net proceeds will be delivered to the seller within ten days of receipt of the auctioneer's sale proceeds.

We, the undersigned seller, release and covenant to hold harmless the auctioneer and Auction Company from any actions, causes of action, claims, demands, damages, and expenses arising out of or in any way growing out of the conduct of said auction herein mentioned relating to the breach of any Buyer's or seller's obligations, representations, or warranties herein.

As the seller, I acknowledge that I have read, understood, and received a copy of this agreement. This contract constitutes the entire agreement between the seller and Taylor Auction & Realty, Inc., binding upon all parties, their heirs, successors, and assigns. No amendment to this contract shall be binding unless the same is in writing and executed by both parties. I further acknowledge that I have full authority to execute this contract.

***Submitted:***

By: [signature] 9/23/2026
Date

[signature] 10 / 22 / 2026
Date

[signature] 10 / 06 / 2026
Date

Benny Taylor,
Taylor Auction & Realty, Inc.
15488 Hwy 51 North
Grenada, MS 38901
O: 662.226.2080 Cell-662-417-0397
benny@taylorauction.com
MS. License 176

Melvin Scott Clanton and Andrea Doler Clanton
4182 Cadaretta Road
Gore Springs, MS 38929
PH: 662-458-3835
Email: ________________________



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Melvin Clanton Auction Contract Feb 25 2026 (1).pdf |
| **File name** | Melvin%20Clanton%...026%20%281%29.pdf |
| **Document ID** | 23a1ba8050aeda635dd22da8c385e2083a6f5e23 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **10 / 02 / 2026**<br>19:57:36 UTC | Sent for signature to Andrea Clanton (adclanton@mac.com) and Melvin Clanton (melvinclanton@gmail.com) by services@clio.com acting on behalf of trollins@therollinsfirm.com<br>IP: 173.235.93.166 |
| VIEWED | **10 / 02 / 2026**<br>20:28:03 UTC | Viewed by Andrea Clanton (adclanton@mac.com)<br>IP: 146.75.164.1 |
| SIGNED | **10 / 06 / 2026**<br>17:00:07 UTC | Signed by Andrea Clanton (adclanton@mac.com)<br>IP: 172.225.20.50 |
| VIEWED | **10 / 22 / 2026**<br>13:42:09 UTC | Viewed by Melvin Clanton (melvinclanton@gmail.com)<br>IP: 74.231.44.108 |
| SIGNED | **10 / 22 / 2026**<br>13:42:43 UTC | Signed by Melvin Clanton (melvinclanton@gmail.com)<br>IP: 74.231.44.108 |
| | **10 / 22 / 2026**<br>13:42:43 UTC | The document has been completed. |

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Melvin Clanton Auction Contract Feb 25 2026 (1).pdf |
| **File name** | Melvin%20Clanton%...026%20%281%29.pdf |
| **Document ID** | 23a1ba8050aeda635dd22da8c385e2083a6f5e23 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

**This document was requested from app.clio.com**

Document History
COMPLETED