**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 12 NO.:**

**MELVIN SCOTT CLANTON**
**ANDREA DOLER CLANTON** **26 – 11416 – SDM**

**TRUSTEE'S JOINDER IN OBJECTION BY**
**FAIRPORT ASSET MANAGEMENT REO 2, LLC**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Joinder in the Objection by Fairport Asset Management REO 2, LLC [DK #82].

THAT, Trustee joins in and adopts the position of Fairport Asset Management REO 2, LLC as if in words and phrases fully set forth herein.

THAT, the Trustee agrees the Debtor should be required to show the proposed sale price is the fair market value of the property. Absent such as showing, the Debtor should be required to hire a professional to market the property or conduct an auction of the property.

THIS the 3 day of November, 2026.

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 12 TRUSTEE
POST OFFICE BOX 5069
JACKSON, MS 39296-5069
PHONE: 601/362-7153
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Melvin Scott Clanton
Andrea Doler Clanton
404 S. Washington St.
Starkville, MS 39759

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Hon. James A. McCullough, II
jmccullough@brunini.com

Dated: November 3, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.