**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON ANDREA DOLER CLANTON** **CASE NO. 26-11416-SDM**

**CAUTIONARY AND LIMITED RESPONSE TO MOTION TO APPROVE THREE PRIVATE SALES OF FARMLAND FREE AND CLEAR OF LIENS AND TO DIRECT SALE PROCEEDS**

Nutrien Ag Solutions, Inc. ("Nutrien") files this cautionary and limited response ("Response") to the Motion to Approve Three Private Sales of Farmland Free and Clear of Liens and To Direct Sale Proceeds ("Motion to Sell") [Dkt. #69] and support thereof would show unto the Court as follows:

1. This Court has subject and personal matter jurisdiction to the parties hereto pursuant to 28 U.S.C. § 1334, 11 U.S.C. §§ 105, 363, 1203 and 1206, as well as other related statues and rules. This is a core proceeding as contemplated by 28 U.S.C. § 157(b)(2)(A), (M) and (N).

2. Nutrien previously sold the Debtors farming goods and services pursuant to open account by and through its Grenada, Mississippi location. The Debtors having failed to pay certain indebtedness due Nutrien, it ultimately obtained a Default Judgment against one of the Debtors, Melvin S. Clanton d/b/a Melvin S. Clanton Farms, in the United States District Court for the Northern District of Mississippi on February 16, 2024 in the amount of $679,587.61, plus pre-judgment interest at the contractual rate, plus pre-judgment interest at the statutory rate and reasonable attorney's fees and costs in the amount of $5,597.85. Thereafter, Nutrien domesticated its judgment in Calhoun and Webster counties on February 23 and 29, 2024, respectively ("Judgment Lien").[1] Upon enrollment, Nutrien's Judgment Lien constituted a valid lien against all of the Debtors' real and personal properties located in Calhoun and Webster counties pursuant to Mississippi statutory law.

[1] Judgment also domesticated in Clay, Montgomery and Grenada counties in Mississippi on February 29, 2024, March 24, 2024 and March 27, 2024, respectively.

3. Unbeknownst to Nutrien, the Debtors filed their voluntary Chapter 12 Petition for relief on April 21, 2026. From a review of the Debtors' creditor matrix, it appears that previous notices regarding the Debtors' pending Chapter 12 were sent to Nutrien at 4093 Deerbrook Road, Macon, MS. However, sales to the Debtors were made by and through Nutrien's Grenada location. Thus, notices and pleadings regarding the referenced matter were errantly sent to the wrong Nutrien location. Consequently, the appropriate Nutrien representatives were not provided notices of the referenced matter. Not until the Debtors filed the instant Motion to Sell and added an additional address for Nutrien at its Greely, Colorado corporate office[2] did Nutrien learn of the Debtors' pending Chapter 12 proceeding. Thus, heretofore, Nutrien has not participated in the referenced matter and, moreover, just engaged the services of the undersigned on Friday, October 30, 2026.

4. Although Nutrien generally has no objection to the sale of the Debtors' real properties as contemplated by the Motion to Sell, it files this placeholder response to the Motion to Sell so that it, along with the Debtors' Chapter 12 Plan of Reorganization, may be adequately reviewed and analyzed. At first blush, it appears to Nutrien that any issues regarding this Motion to Sell and Plan that may be an impediment, can likely be resolved by the Debtors' clarification and/or agreement among the parties. However, given the time limitations set forth herein, Nutrien files this cautionary and limited response to the Motion to Sell.

5. For other good and sufficient reasons to be assigned at a hearing regarding this matter. Nutrien reserves the right to amend this Response up to and including any hearing regarding same.

WHEREFORE, Nutrien respectfully requests entry of an order providing it the relief sought herein. Nutrien prays for such other general and specific relief as this Court may deem just.

[2] 3005 Rocky Mountain Avenue, Loveland, CO 80538.

THIS, the 3rd day of October, 2026.

Respectfully submitted,

/s/ D. Andrew Phillips

D. ANDREW PHILLIPS (MSB #8509)
ELIZABETH N. FISHER (MSB #106477
MITCHELL, McNUTT
P.O. Box 947
Oxford, MS 38655-0947
(662) 234-4845
aphillips@mitchellmcnutt.com
bfisher@mitchellmcnutt.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the parties via Notice of Electronic Filing through the Court's CM/ECF who have consented to electronic notice.

This, the 3rd day of November, 2026.

/s/ D. Andrew Phillips