UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELVIN SCOTT CLANTON
ANDREA DOLER CLANTON

CASE NO: 26-11416

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 12

---

On 11/4/2026, I did cause a copy of the following documents, described below,

Hearing Notice/Application

Exhibit A

Exhibit B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

MELVIN SCOTT CLANTON
ANDREA DOLER CLANTON

CASE NO: 26-11416

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 12

On 11/4/2026, a copy of the following documents, described below,

Hearing Notice/Application

Exhibit A

Exhibit B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/4/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-11416-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
WED NOV 4 14-28-27 CST 2026

BANK OF KILMICHAEL
POB 187
KILMICHAEL MS 39747-0187

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 5069~~
~~JACKSON MS 39296-5069~~

BRUNINI GRANTHAM GROWER HEWES
PO DRAWER 119
JACKSON MS 39205-0119

CNH CAPITAL
PO BOX 78004
PHOENIX AZ 85062-8004

CASE IH
2701 OAKES ROAD
STURTEVANT WI 53177-2067

CBNA
ATTN BANKRUPTCY
POBOX 509
CANTON NY 13617-0509

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

CITIBANK
ATTN BANKRUPTCY DEPARTMENT
POBOX 790046
ST LOUIS MO 63179-0046

ANDREA DOLER CLANTON
404 S WASHINGTON ST
STARKVILLE MS 39759-3234

DEBTOR

MELVIN SCOTT CLANTON
404 S WASHINGTON ST
STARKVILLE MS 39759-3234

DEERE COMPANY DBA JOHN DEERE FINANCIAL
CO WELTMAN WEINBERG REIS CO LPA
INDEPENDENCE OH 44131

DFS FINANCE A DIVISION OF FIRST NATIONAL BA
14010 FNB PARKWAY
SUITE 400
OMAHA NE 68154-5232

DIVERSIFIED FINANCIAL SERVICES
14010 FNB PKWY 400
OMAHA NE 68154-5232

FAIRPORT ASSET MANAGEMENT
3144 S WINTON RD
ROCHESTER NY 14623-2981

FAIRPORT ASSET MANAGEMENT REO 2 LLC
JAMES A MCCULLOUGH II
PO DRAWER 119
JACKSON MS 39205-0119

FAIRPORT ASSET MANAGEMENT REO 2 LLC
PO BOX 150
WARSAW NY 14569-0150

GOLDMAN SACHS
PO BOX 45400
SALT LAKE CITY UT 84145-0400

JAY GORE III
PO BOX 901
GRENADA MS 38902-0901

GUARANTY BANK TRUST
215 W US 82
INDIANOLA MS 38751-2122

GUARANTY BANK TRUST CO
PO BOX 657
BELZONI MS 39038-0657

GUARANTY BANK TRUST COMPANY
CO ASHLEY N LANE
PO BOX 901
GRENADA MS 38902-0901

GUARANTY BANK TRUSTEE COMPANY
CO JAY GORE III
PO BOX 901
GRENADA MS 38902-0901

GUARANTY BANK AND TRUST COMPANY
CO JAY GORE III
P O BOX 160
GRENADA MS 38902-0160

GUARANTY BANK AND TRUST COMPANY
CO JAY GORE III
2000 GATEWAY SUITE 160
GRENADA MS 38901-2842

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

JAY GORE III
2000 GATEWAY SUITE 160
GRENADA 38901-2842

(P)DEERE CREDIT SERVICES INC
ATTN LITIGATION RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

JOHN DEERE FINANCIAL FSB
CO WELTMAN WEINBERG REIS CO LPA
5990 WEST CREEK RD SUITE 200
INDEPENDENCE OH 44131-2191

ASHLEY N LANE
PO BOX 901
GRENADA MS 38902-0901

MAYO CLINIC
PO BOX 1123
MINNEAPOLIS MN 55440-1123

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

(P)MAYO CLINIC
200 FIRST STREET SW
ROCHESTER MN 55905-0002

JAMES A MCCULLOUGH II
PO DRAWER 119
JACKSON MS 39205-0119

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

MIDWEST
3144 S WINTON RD
ROCHESTER NY 14623-2983

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

NORDSTROM SIGNATURE VISA
ATTN BANKRUPTCY
PO BOX 6555
ENGLEWOOD CO 80155-6555

NUTRIEN
4093 DEERBROOK RD
MACON MS 39341-8940

NUTRIEN AG SOLUTIONS INC
CO D ANDREW PHILLIPS ESQ
P O BOX 947
OXFORD MS 38655-0947

NUTRIEN AG SOLUTIONS INC
CO D ANDREW PHILLIPS ESQ
MITCHELL MCNUTT
PO BOX 947
OXFORD MS 38655-0947

D ANDREW PHILLIPS
PO BOX 947
OXFORD MS 38655-0947

REGIONS BANK
ATTN BANKRUPTCY
2050 PARKWAY OFFICE CIRCLE 6TH FLOOR
BIRMINGHAM AL 35244-1805

REGIONS BANK
PO BOX 11007
BIRMINGHAM AL 35288-0001

ROBERT TAYLOR GORDON
194 VAN DORN ST
GRENADA MS 38901-4735

~~EXCLUDE~~

~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SCOTT PETROLEUM CO
102 MAIN ST
ITTA BENA MS 38941-2712

SCOTT PETROLEUM COPORATION
DAVID F BERRY IV ATTORNEY
229 KATHERINE DRIVE FLOWOOD
FLOWOOD MS 39232-9588

SIMPLOT
PO BOX 27
BOISE ID 83707-0027

SIMPLOT AB RETAIL INC DBA SIMPLOT GROWER SOL
PO BOX 27
BOISE ID 83707-0027

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

SYNCHRONY BANK BY AIS INFOSOURCE LP
PO BOX 661380
DALLAS TX 75266-1380

SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

TD BANK NA
PO BOX 1931
BURLINGAME CA 94011-1931

THE DELTA GROUP
1904 HWY 82 W
GORE SPRINGS MS 38929

TRIANGLE CHEMICAL CO
117 PRESTON CT
MACON GA 31210-5769

TUCKER SELDEN TUCKER
PO BOX 66
TUNICA MS 38676-0066

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

WINN BROWN LAW FIRM
PO BOX 249
SOUTHAVEN MS 38671-0003

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Melvin Scott Clanton and Andrea Doler Clanton
Debtor(s)

Case No.: 26−11416−SDM
Chapter: 12
Judge: Selene D. Maddox

PLEASE TAKE NOTICE that a hearing will be held at

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 12/15/26 at 10:00 AM

Responses Due: 11/30/26

to consider and act upon the following:

*83* − Application to Employ Benny Taylor and Taylor Auction & Realty, Inc as Auctioneer Filed by Thomas C. Rollins Jr. on behalf of Andrea Doler Clanton, Melvin Scott Clanton. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/4/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: VSD
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors.**

**CASE NO. 26-11416-SDM**

**CHAPTER 12**

---

## APPLICATION TO EMPLOY BENNY TAYLOR AND TAYLOR AUCTION & REALTY, INC. AS AUCTIONEER

---

COME NOW Melvin Scott Clanton and Andrea Doler Clanton, as debtors in possession (the “Debtors”), and request approval under 11 U.S.C. §§ 1203 and 327(a), Federal Rules of Bankruptcy Procedure 2014 and 6005, and Miss. Bankr. L.R. 2014-1 to employ Benny Taylor and Taylor Auction & Realty, Inc. (collectively, “Taylor”) as auctioneer. In support, the Debtors state:

1. The Debtors filed this Chapter 12 case on April 21, 2026, and continue to operate their farming business as debtors in possession. Their reorganization includes the sale of designated farm equipment, vehicles, trailers, and other personal property to reduce indebtedness and fund their plan. Taylor’s services are needed to market and sell that property.

2. The Debtors selected Taylor for his experience valuing, marketing, and auctioning farm equipment and other personal property. Benny Taylor has more than forty years of auction experience and holds Mississippi auctioneer license number 176. Taylor Auction & Realty, Inc. is located at 15488 Highway 51 North, Grenada, Mississippi 38901, with a mailing address of P.O. Box 357, Grenada, Mississippi 38902.

3. Taylor will inspect and inventory the designated property, photograph and catalog the items, advertise the auction, qualify bidders, conduct an online auction through

www.taylorauction.com, collect and account for sale proceeds, supervise removal, assist with title transfers, and prepare a report of sale. The proposed auction location is the Clanton Farm Headquarters identified in the agreement.

4. Taylor's compensation and reimbursement of expenses shall be subject to Court approval under 11 U.S.C. §§ 330 and 331. Approval of the fee contract and allowance of compensation or expenses shall be requested by separate application and approved by separate order under Miss. Bankr. L.R. 2014-1 and Federal Rule of Bankruptcy Procedure 2016.

5. The auction proposal and agreement dated September 23, 2026, executed by the Debtors and Taylor, is attached as Exhibit B and discloses the proposed terms of employment. Its marketing plan includes website and social media advertising, auction catalogs, advertising in Delta Farm Press, and email distribution, with an estimated advertising budget of $4,500.00. The Debtors will seek a separate sale order establishing the property to be sold, auction terms, and disposition of proceeds.

6. Taylor's signed affidavit is attached as Exhibit A. It discloses prior requests for Taylor's services by Debtors' counsel in other bankruptcy cases in which counsel served as Chapter 7 trustee. Based on that affidavit and to the best of the Debtors' knowledge, Taylor is disinterested and holds or represents no interest adverse to the estates. Taylor shall supplement his disclosures under Rule 2014 as necessary.

7. The agreement provides for $1,000,000.00 in onsite liability insurance. Taylor shall maintain appropriate bonding and insurance and provide evidence of coverage before taking custody of property. Taylor shall account for all receipts and expenses and report

the items sold and their sale prices. Sale proceeds shall be held in escrow and disbursed only as authorized by the Court.

8. The Debtors request employment effective upon entry of the order approving this Application. Taylor's services are necessary and in the best interests of the estates and their creditors.

WHEREFORE, the Debtors request entry of an order approving this Application and authorizing the employment of Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer on the terms stated above, and granting such other relief as is appropriate.

Respectfully submitted,
MELVIN SCOTT CLANTON AND
ANDREA DOLER CLANTON,
Debtors in Possession

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: MELVIN SCOTT CLANTON AND ANDREA DOLER CLANTON, Debtors** | **CASE NO. 26-11416-SDM CHAPTER 12** |

---

**EXHIBIT A - AFFIDAVIT OF BENNY TAYLOR**
**IN SUPPORT OF APPLICATION TO EMPLOY AUCTIONEER**

---

STATE OF MISSISSIPPI
COUNTY OF Grenada

BEFORE ME, the undersigned authority, personally appeared Benny Taylor, who, after being duly sworn, stated:

1. I am Benny Taylor, an adult competent to make this affidavit. I am affiliated with Taylor Auction & Realty, Inc., P.O. Box 357, Grenada, Mississippi 38902, and am authorized to make these disclosures for myself and the firm.

2. Melvin Scott Clanton and Andrea Doler Clanton, as debtors in possession, propose to employ Taylor to inspect, value, market, and auction designated farm equipment, vehicles, trailers, and other personal property and provide the related services described in their Application. Taylor will sell only property authorized for sale by the Court.

3. Taylor is experienced and qualified to perform these services. Before taking custody of property, Taylor will provide evidence of appropriate bonding and insurance and maintain the coverage required during the engagement.

4. After reasonable inquiry, neither I nor the firm hold or represent an interest adverse to either estate, and we are disinterested within the meaning of 11 U.S.C. § 101(14). Neither I nor the firm is an officer or employee of the United States judiciary or the United States Department of Justice.

5. Thomas C. Rollins, Jr., counsel for the Debtors, has requested Taylor's professional services in other bankruptcy matters in which he serves as Chapter 7 Trustee.

6. I have reviewed the compensation arrangements stated in paragraph 4 of the Application and confirm those terms. Taylor will seek compensation and reimbursement only as authorized by the Court, will account for all proceeds and buyer's premiums, and will make no unauthorized deduction or distribution.

7. I will promptly supplement this affidavit if additional connections or a change in the compensation arrangement becomes known.

Benny Taylor
BENNY TAYLOR
TAYLOR AUCTION & REALTY, INC.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 21st day of September, 2026.

Stephanie L. Whitehurst
NOTARY PUBLIC

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528

My commission expires: Aug. 27, 2029

**EXHIBIT B**

Taylor Auction & Realty, Inc.
P. O. Box 357
Grenada, Mississippi 38902
(662) 226-2080
**Benny Taylor – Auctioneer - MS Broker/Realtor**
**Ruthie Taylor – Auctioneer - MS Broker/Realtor**

Mississippi Auctioneer's Association | National Auctioneer's Association

September 23, 2026

Melvin Scott Clanton and Andrea Doler Clanton, Debtors
4182 Cadaretta Road
Gore Springs, MS 38929

Re: Chapter 12 Bankruptcy Case No. 26-11416-SDM

Dear Mr. and Mrs. Clanton,

Enclosed is the online auction proposal discussed. The online auction is featured on our website, www.taylorauction.com, and on our alliance auction partner's platform, *www.marknet.com*. The online auction method is the most efficient way to convert personal property into immediate cash while avoiding the ongoing maintenance costs.

The items will be offered through our online auction platform, which is widely advertised on our website and other websites listed in the proposal.

We appreciate the opportunity to submit this proposal and look forward to assisting you. Rest assured that our team will do our best to market the property via online auction. After reviewing, please don't hesitate to contact us if you have any questions.

Sincerely,

Benny Taylor

Benny Taylor, CAI CAGA AARE
Auctioneer/Broker
Taylor Auction & Realty, Inc.

# Executive Summary

This proposal outlines an online-only auction marketing plan for the assets of Chapter 12 Bankruptcy Case No. 26-11416-SDM, Melvin Scott Clanton and Andrea Doler Clanton.

Utilizing the time-tested auction method will yield TRUE MARKET VALUE – what buyers are willing to pay, free of contingencies – AS IS condition wrapped up with a 30-day closing, turning all assets into CASH within a fixed period.

Our proposal outlines the auction commission, advertising investment, online marketing strategy, standard terms and conditions, necessary miscellaneous expenses, seller's responsibilities, and general auction terms.



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

# Online Auction Proposal

Presented to:

**Melvin Scott Clanton and Andrea Doler Clanton**
**4182 Cadaretta Road**
**Gore Springs, MS 38929**

**Regarding:**

**Chapter 12 Bankruptcy Case No. 26-11416-SDM**
**Melvin Scott Clanton and Andrea Doler Clanton**

**TAYLOR AUCTION & REALTY, INC.**
**www.taylorauction.com**
Grenada, MS 38901

1.662.226.2080
1.662.417.0397



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

# Contents

SELLER INFORMATION:........................................................................................................................ 5

1. Auctioneer's Commission: ........................................................................................................... 5

2. Advertisement Expense and Marketing Strategy…………………………………………..………….6

3. Miscellaneous Expense: ......................................................................................................... 7

4. Specific Auction Terms and Conditions ……………………………………………..………… …..…7

5. Seller's Responsibilities:............................................................................................................. 7

6. Force Majeure:.......................................................................................................................... 8

7. General Terms of Auction Contract: .......................................................................................... 8



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

# ONLINE ONLY
# AUCTION CONTRACT/PROPOSAL

Taylor Auction & Realty, Inc. submits the following to:

**SELLER INFORMATION:**

Melvin Scott Clanton and Andrea Doler Clanton
4182 Cadaretta Road
Gore Springs, MS 38929

The purpose of this proposal is to recommend a comprehensive marketing plan for the assets belonging to the following bankruptcy case.

## Chapter 12 Bankruptcy Case No. 26-11416-SDM
## Melvin Scott Clanton and Andrea Doler Clanton

**The proposal consists of the following aspects:**

1. **Auctioneer's Commission**
2. **Advertisement Investment & Marketing Strategy**
3. **Miscellaneous Expense - Preservation of Collateral**
4. **Specific Terms and Conditions for Auction**
5. **Seller Responsibilities**
6. **Force Majeure**
7. **General Terms of Auction Contract**

### *1. Auctioneer's Commission:*

**PERSONAL PROPERTY:**

- 10% buyer's premium assessed on the hammer bid of the personal property
- 10 % seller commission on the hammer bid of all personal property
- The total of both commissions is due to the Auction Company

**Commission Fee includes:**

- Bonded and insured auction company
- Onsite Liability Insurance $1,000,000.00
- Professional management of auction marketing of personal property
  - Design personal property advertisements
  - Photograph items for advertisements and websites
  - Research and promote through the internet
  - Offer an online bidding platform



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

- Personal property preparation
  - Define the sale order of the personal property catalog
  - Prepare an online auction catalog of personal property with photographs
- Qualification of all prospective bidders for online auctions
- Professional staffing of auction personnel
  - Benny Taylor, Lead Auctioneer, 40+ years of experience
  - Ruthie Taylor, Auctioneer/Manager, 40+ years of experience
  - Adequate personnel to expedite online auction, including office staff and facilitators
  - Responsible for overseeing the removal after online auction completion
- Professional Management of Transactions
  - Credit Card & Debit Card Availability
  - Responsible for funds received
  - Provide the Seller with a valid proceeds check within ten business days of final proceeds collected on personal property

2. ***Advertisement Expense:*** Advertisement Investment is the responsibility of the Seller. Seller and Auctioneer agree that the expenses for advertisements and promotional costs for said auction/sale shall be paid from the auction proceeds. Advertisement expenses are available for approval by the Seller.

| | |
|---|---|
| Social Media Campaign | $ 1,000.00 |
| Website Coverage | $ 1,000.00 |
| Catalog Fee | $ 1,000.00 |
| Delta Farm Press | $ 1,000.00 |
| Executive E-mail Blast | $ 500.00 |
| **Total Investment** | **$ 4,500.00** |

**Marketing Strategy**

- World Wide Web Coverage @ *taylorauction.com, auctionzip.com*, *gotoauction.com, auctionlook.com,* and other applicable websites
- Posted to MarkNet Alliance Homepage *marknet.com* with immediate exposure not only to our customers but also to the customers of our 65+ affiliated companies located across the country
- Social Media campaign based on geographical location, behaviors, and interests
- Weekly E-mail Blast to Taylor Auction established mail list of 20,000+ subscribers

- **Social Media Ad Campaign:** Taylor Auction & Realty, Inc. will post an event on its business Facebook and Instagram and order a paid ad campaign targeting potential buyers

- **Executive E-mail Blast** – Taylor Auction & Realty, Inc. sends a weekly email blast to its 20,000 + customers

- **Online Internet Bidding:**
  - TAR to manage online bidding of personal property
  - Photographs with general listing published on www.taylorauction.com



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

### 3. *Miscellaneous Expense: Preservation of Collateral*

**Miscellaneous Expenses**: The seller agrees that the miscellaneous expenses incurred for the auction shall be paid from the proceeds realized from the auction before the disbursement of the auction proceeds. The auction company will assess a 15% management fee surcharge. The auction company will provide the Seller with receipts for all expenses incurred, including arranging, relocating, batteries, fuel, equipment cleaning, trash removal, and general care and preservation of the collateral.

### *4.* Specific Auction Terms and Conditions:

**Auction Date and Time: ________________________________**
**Auction Location: Clanton Farm Headquarters, Caderetta, MS.**
**Auction Conducted Online** @ www.taylorauction.com

- Everything to sell – AS IS – WHERE IS
- Buyers to make full payment for the personal property upon completion of the auction
- Personal Property items removed by buyers from the location after payment
- Mississippi Sales Tax Collected

**Personal Property** – Seller understands that the Auctioneer is entitled to and intends to make representations to bidders at the auction based on the information provided. The seller is solely responsible for the contents of this information and shall indemnify the Auctioneer for any claims arising from the information provided by the Seller.

The Auctioneer determines the time, place, manner, and all conditions of the auction, including the division of the property into saleable lots. For this agreement/contract, "Lot" shall mean one or more items of property offered for sale as a single catalog unit. All property is sold to the highest bidder. Large lots are offered, but items are grouped at the auctioneer's discretion.

The Seller is aware that damage and breakage may result in the Seller's items. The auctioneer and his staff use reasonable care in handling and selling the Seller's items, but are not held responsible for any damage or breakage that may occur. The Seller is responsible for providing theft, fire, and breakage insurance until the items are sold.

### *5. Seller's Responsibilities, Representations, and Warranties:*

- Complete and sign the required auction contract
- Provide title documentation, prior bill of sales for transfer
- Provide copies of any pertinent material regarding inventory
- Provide any other information that would be essential – property interest, a database of potential clients to enhance the marketing effort
- No other listings or auction agreements are presently in effect regarding the property
- Seller shall execute documents necessary to consummate the auction, i.e., titles, bill of sales



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

Case 26-11416-SDM Doc 83 Filed 04/03/26 Entered 04/03/26 15:31:51 Desc Main Document Page 8 of 12

- Seller's descriptions of the property and its origins are accurate, and there are no restrictions on the Auctioneer's right to reproduce photographs or graphic representations of the property
- The property is offered in compliance with federal, state, and local anti-discrimination laws
- The Seller certifies that all information provided is complete, true, and accurate to the best of his knowledge and belief

6. ***Force Majeure:***

If either party is delayed or prevented from the performance of any act required under the Agreement by reason of any act of God, an act of nature, including any epidemic or outbreak of pandemic disease, fire, act of government or state, war, civil commotion, insurrection, embargo, prevention from or hindrance in obtaining raw material, energy or other supplies, labor disputes of whatever nature, federal, state, or local governmental orders or policies, or policy recommendations or guidance issued by any governmental or quasi-governmental public health or similar entity, that may impact or prevent the performance of this Agreement or make performance of this contract agreement impossible or commercially impractical for whatever reason beyond the control of the party (a "Force Majeure Event), the performance of such act shall be excused for the period of such event provided that if such interference lasts for any period in excess of 45 days each party may, by written notice to the others, terminate this Agreement in the reasonable discretion of any party or parties. If this agreement is terminated for a Force Majeure Event. In that case, Melvin Scott Clanton and Andrea Doler Clanton, on behalf of Bankruptcy Case NO. 26-11416-SDM, agree that Taylor Auction & Realty, Inc. will be reimbursed for the miscellaneous and advertising expenses incurred on the project. Receipts will be provided regarding the expenditures.

7. ***General Terms of Auction Contract:***

For and in consideration of this agreement to list for sale by auction the denoted property and of your efforts to find a buyer for the same, we, the Seller, at this moment grant to Taylor Auction & Realty, Inc., herein known as auction company/auctioneer the exclusive right to sell by auction for the terms herein stated and seller will execute a marketable title to the purchaser.

For your services, I, the seller, hereby agree to pay the auction company the stated commission rate upon the sale or execution of a contract for the sale of the property. At the same time, this agreement remains in force, whether I, the seller, or Taylor Auction & Realty, Inc., make such a sale once the property is under contract to be sold by Taylor Auction & Realty, Inc. Any sale during the contract period will result in a commission due Taylor Auction & Realty regardless of the nature of procurement of the sale.

The auctioneer agrees to use his professional skills, knowledge, and experience to the best advantage of both parties in preparing for and conducting the auction. The auctioneer agrees not to purchase the property or cause it to be purchased directly or indirectly for his account or benefit.

The seller agrees to turn over and deliver to the auctioneer the items to be sold at a public auction belonging to the Chapter 12 Bankruptcy Case No. 26-11416-SDM, Melvin Scott Clanton and Andrea Doler Clanton.



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

**EXHIBIT B**

No item shall be sold or withdrawn from the sale except by mutual agreement between the Seller and the auctioneer. If an item is sold or withdrawn, the auctioneer shall receive a full commission from the seller.

Taylor Auction & Realty, Inc. offers bidding services to sellers. The seller understands that Taylor Auction & Realty, Inc. uses a third-party provider for its online auction platform. Seller warrants that neither Taylor Auction & Realty, Inc. nor the company providing the software shall be held responsible for a missed bid or the failure of the software to function properly for any reason. The seller acknowledges and understands that this service may or may not function correctly on the auction day. Under no circumstances shall Seller have any claim against Taylor Auction & Realty, Inc. or anyone else if the internet service fails to work correctly.

The Seller warrants that they have the right to sell the Property; that until its sale, the Property will be kept free of all liens, claims, and encumbrances other than those stated in a separate document provided to the auctioneer before an auction sale, and that good title and right to possession will pass to the purchaser free of all liens, claims, and encumbrances.

After the auction, the Auctioneer will deposit all sale proceeds into its escrow account. All commissions, costs, and expenses specified in this contract will be deducted from the sale price of each item. The net proceeds will be delivered to the seller within ten days of receipt of the auctioneer's sale proceeds.

We, the undersigned seller, release and covenant to hold harmless the auctioneer and Auction Company from any actions, causes of action, claims, demands, damages, and expenses arising out of or in any way growing out of the conduct of said auction herein mentioned relating to the breach of any Buyer's or seller's obligations, representations, or warranties herein.

As the seller, I acknowledge that I have read, understood, and received a copy of this agreement. This contract constitutes the entire agreement between the seller and Taylor Auction & Realty, Inc., binding upon all parties, their heirs, successors, and assigns. No amendment to this contract shall be binding unless the same is in writing and executed by both parties. I further acknowledge that I have full authority to execute this contract.

***Submitted:***

By: ________________________ 9/23/2026
Date

______________________ 10 / 22 / 2026
Date

______________________ 10 / 06 / 2026
Date

Benny Taylor,
Taylor Auction & Realty, Inc.
15488 Hwy 51 North
Grenada, MS 38901
O: 662.226.2080 Cell-662-417-0397
benny@taylorauction.com
MS. License 176

Melvin Scott Clanton and Andrea Doler Clanton
4182 Cadaretta Road
Gore Springs, MS 38929
PH: 662-458-3835
Email: ________________________



Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

Doc ID: 23a1ba8050aeda635dd22da8c385e2083a6f5e23

Case 26-11416-SDM Doc 83-2 Filed 11/03/26 Entered 11/03/26 13:52:31 Desc Exhibit B Page 22 of 23

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Melvin Clanton  Auction Contract Feb 25 2026 (1).pdf |
| **File name** | Melvin%20Clanton%...026%20%281%29.pdf |
| **Document ID** | 23a1ba8050aeda635dd22da8c385e2083a6f5e23 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **10 / 02 / 2026**<br>19:57:36 UTC | Sent for signature to Andrea Clanton (adclanton@mac.com) and Melvin Clanton (melvinclanton@gmail.com) by services@clio.com acting on behalf of trollins@therollinsfirm.com<br>IP: 173.235.93.166 |
| VIEWED | **10 / 02 / 2026**<br>20:28:03 UTC | Viewed by Andrea Clanton (adclanton@mac.com)<br>IP: 146.75.164.1 |
| SIGNED | **10 / 06 / 2026**<br>17:00:07 UTC | Signed by Andrea Clanton (adclanton@mac.com)<br>IP: 172.225.20.50 |
| VIEWED | **10 / 22 / 2026**<br>13:42:09 UTC | Viewed by Melvin Clanton (melvinclanton@gmail.com)<br>IP: 74.231.44.108 |
| SIGNED | **10 / 22 / 2026**<br>13:42:43 UTC | Signed by Melvin Clanton (melvinclanton@gmail.com)<br>IP: 74.231.44.108 |
| | **10 / 22 / 2026**<br>13:42:43 UTC | The document has been completed. |

**Dropbox Sign** Audit trail

| | |
|---|---|
| **Title** | Melvin Clanton  Auction Contract Feb 25 2026 (1).pdf |
| **File name** | Melvin%20Clanton%...026%20%281%29.pdf |
| **Document ID** | 23a1ba8050aeda635dd22da8c385e2083a6f5e23 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

Document History
COMPLETED