**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:**<br><br>**MELVIN SCOTT CLANTON and ANDREA DOLER CLANTON**<br><br>**Debtors** | **Chapter 12**<br>**CASE NO. 26-11416 - SDM** |

**OBJECTION OF DFS FINANCE, A DIVISION OF FIRST NATIONAL BANK OF OMAHA F/K/A DIVERSIFIED FINANCIAL SERVICES, LLC TO DEBTOR'S CHAPTER 12 PLAN OF REORGANIZATION**

---

**Comes now** the creditor, DFS Finance, a division of First National Bank of Omaha, f/k/a Diversified Financial Services, LLC (hereinafter referred as "**DFS**") and for its Objection to the Debtors' Chapter 12 Plan of Reorganization (the "**Plan**") states and alleges as follows:

1. On or about September 29, 2022, the debtor, Melvin Scott Clanton (the "**Mr. Clanton**") and Melvin S. Clanton Farm (the "**Company**") executed and delivered a Retail Installment Contract (Security Agreement) Fixed Rate ("**Contract**") to Hood Equipment Company, Inc. (the "**Dealer**") in conjunction with his purchase of a: 2022 Model Lister Patriot Tillage Equipment (S/N 34823R) (the "**Equipment**") and a 2010 Model RMX 340 Case IH Disk Harrow (S/N JFH0043971) (the **Disk**").

2. On or about September 29, 2022, the Dealer assigned for value to DFS all of its right, title and interest in and to Contract and Equipment. DFS is the current holder of the Contract.

3. On or about September 29, 2022, a UCC-1 Financing Statement was filed in the office of the Mississippi Secretary of State for the purpose of perfecting the security interest of DFS and its assignees in and to the Equipment.

4. The balance of the indebtedness due and owing pursuant to said Contract, calculated as of April 21, 2026 (date of bankruptcy petition filing) was **$32,420.02.**

5. Prior to the bankruptcy filing, DFS repossessed and sold the Disk through a commercially reasonable sale process and applied the net sale proceeds to the amount then due and owing.

6. The Debtors filed their Chapter 12 Plan on September 18, 2026 (Dkt. #52), in the United States Bankruptcy Court for the Northern District of Mississippi (the "**Bankruptcy Court**").

7. Upon information and belief, the Equipment was taken by or is in the possession of a neighbor, friend or acquaintance of Debtors and has not been returned to Debtors. The Equipment is nonetheless property of the Debtors' bankruptcy estate (11 U.S.C. § 541).

8. DFS objects to the Debtors' proposed Plan because it fails to provide for recovery of the Equipment from the party in possession and for adequate treatment of the allowed claim of DFS accordingly, or, in the alternative, for voluntary delivery of possession of the Equipment by Debtor and/or the party in possession to DFS, 11 U.S.C. § 542. Moreover, the plan fails as a consequence of the above facts to comply with the Code's good faith, general code compliance,

and creditor satisfaction mandates of the Code and cannot be confirmed. 11 U.S.C. §1225(a)(1),(3) & (5);

9. DFS does not accept this Plan.

**WHEREFORE**, DFS prays this Court for an Order sustaining its Objection and denying confirmation of the Plan and for such other and further relief as the Court deems just and proper.

**DATED** this 7th day November, 2026.

**DFS Finance, Div. of FNB Omaha**

**By:** /s/*James T. Milam*
James T. Milam
MSB # 3259

**MILAM LAW PA**
300 S. Spring St.
Tupelo, MS 38804
662-205-4815
jtm@milamlawpa.com

**OF COUNSEL:**
Michael J. Whaley, Esq.
Cline Williams Wright Johnson
& Oldfather, L.L.P.
Sterling Ridge
12910 Pierce St. Suite 200
Omaha, NE 68144
402.955.2454
www.clinewilliams.com

**CERTIFICATE OF SERVICE**

I, James T. Milam, do hereby certify that I have caused to be served, by the Court's electronic case filing system (ECF), a true and correct copy of the above and foregoing Objection upon the entities registered as participants in this case, including Counsel for the Debtor. This, the 7th day of November, 2026.

/s/ *James T. Milam*, MSB #3259
Attorney for Movant Diversified
Financial Services, LLC