RTR SERVICES INC
NATIONWIDE ASSET MANAGEMENT SERVICES

October 28, 2026

Brunini Law Firm
Attn: James A. McCullough, II
190 East Capitol Street, Suite 100
Jackson, MS 39205

RE: RTR #6104532 – Brunini Law Firm – 13177-35590

Dear Fiona,

Pursuant to your request I have prepared the following appraisal report of agricultural equipment located in Gore Springs, MS. As authorized the scope of the work was two parts. First, I was to review the RTR Services, Inc. Appraisal dated July 29, 2025. The second part is to provide an Orderly Liquidation Value (OLV) desktop appraisal on five of the assets in the previous appraisal.

A desktop appraisal is estimating the value of the property based upon provided information without a personal inspection of the equipment by the party providing the estimated values. The information provided and reviewed included the client provided asset list and the RTR Services, Inc. Appraisal Report dated July 29,2025.

As a desktop appraisal, certain extraordinary assumptions have been made that if found to be false would have an impact on the value, these include the following: All conclusions made by the appraiser regarding make, model, condition, style or functionality of the equipment as stated on the attached inventory list and in the appraised description are correct. All of the information provided by the client is correct unless otherwise stated. All of the equipment is operational and is not in need of overhaul or serious repair unless otherwise stated. It is understood that if at a later date a more formal or detailed appraisal is needed the equipment would have to be personally inspected by the appraiser in order to confirm their presence, condition and values presented in this report.

Since the completion of my review of the provided information, I have analyzed and researched each asset as listed on the attached appraiser's inventory list and have determined the value accordingly. Only the assets listed with values on the attached appraiser's inventory list were considered in the rendering of these values within the scope of the work requested. The equipment has an Orderly Liquidation Value of $226,000.00 based on the methods discussed in this report and as of the effective date of October 28, 2026.

The Orderly Liquidation Value is the estimated gross amount expressed in terms of money which could typically be realized from a sale, given a reasonable period of time to find a purchaser(s), with the seller being compelled to sell on an as is where is basis. The above definitions are defined in the publication *Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery & Technical Assets, Second Edition, by the American Society of Appraisers.*

EXHIBIT
1

Appraisal methods employed in arriving at the final conclusion as to value on all equipment in this appraisal include the Cost Approach Analysis and the Market Data Approach Analysis. The Income Approach was considered, however on equipment of this type, that approach would be deemed unadvisable, as it is the result of a purely hypothetical value as solid data for income and expense for a particular item cannot be established.

This is only an assessment of what the current market value of the assets may be. This is based on a multitude of variables that have been taken into consideration (i.e. age, estimated condition, current market conditions, etc.) and industry reference materials and publications including but not limited to JD Power, Tractor House, Ritchie Bros. Auctioneers, private and dealer listings of like assets, and auction results of like assets. These are not intended to be used as a sole determination of any given assets value and I assume no responsibility for matters legal in character. Unless otherwise stated in this report, the values are appraised on the basis of a simple title conveyance to the purchaser and full cash or its equivalent received by the seller.

The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics & Standards of the Uniform Standards of Professional Appraisal Practice USPAP. As of the date of this report, I have completed the appraisal in accordance with the Uniformed Standard of Professional Appraisal Practices (USPAP). U.S. Congress authorizes the Appraisal Foundation as the source of appraisal standards. The appraiser will maintain the confidentiality and privacy of the customer information obtained in the course of this assignment in compliance with the Uniform Standards of Professional Appraisal Practice and regulation practices.

The intended users of this appraisal are Brunini Law Firm and their assigns. The intended use of this appraisal is to determine the most probable market price expressed in terms of cash equivalents. There shall be no duplication or distribution, in any manner, without prior written consent of RTR Services, Inc. The liability of RTR Services Inc. and the appraiser(s) is limited to the client and only up to the amount of the fee actually received for the assignment. RTR Services Inc. and the appraiser(s) are not responsible for any costs to discover or correct any deficiency in the subject property. Testimony or attendance in court, arbitration, and deposition or at any other hearing is not required by reason of rendering this appraisal and any such request must be made separately and will be at an agreed upon rate for such undertaking.

Attached for your records and review are the appraiser's inventory list along with photo sheets and condition reports from the July 29, 2025, Appraisal Report as referenced in this report (20 pages). This letter must remain attached to these documents in order for the value opinion set forth to be considered valid.

Please contact me should you have any questions or concerns and thank you for allowing me the opportunity to serve you.

Sincerely,

Rebecca Young

Rebecca Young, GPPA
Appraiser
www.rtrservices.com
beckyyoung@rtrservices.com

**This document has been transmitted electronically to our client and includes our signature in electronic form. I affirm that I maintain sole personal control over the use of the electronic signature appended hereto. Electronically affixing our signature to this report carries the same level of authenticity and responsibility for this report's content, analyses and conclusions as would appending an original ink signature on a paper copy of this report.**

RTR SERVICES INC
NATIONWIDE ASSET MANAGEMENT SERVICES

## APPRAISER'S CERTIFICATE

I certify that to the best of my knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
4. I have not performed services, as an appraiser or in any other capacity regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
5. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.
7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, the approval of a loan or the occurrence of a subsequent event directly related to the intended use of this appraisal.
8. I have completed the appraisal and the report. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
9. I have not made a personal inspection of the property that is the subject of this report.
10. No one provided significant personal property appraisal assistance to the person signing this certification.
11. I have the appropriate knowledge and experience regarding the property type and/or rights, which are the subject of this report to complete the assignment competently.

Rebecca Young, GPPA

October 28, 2026
Date

**This document has been transmitted electronically to our client and includes our signature in electronic form. I affirm that I maintain sole personal control over the use of the electronic signature appended hereto. Electronically affixing our signature to this report carries the same level of authenticity and responsibility for this report's content, analyses and conclusions as would appending an original ink signature on a paper copy of this report.**

| Brunini Law Firm - Gore Springs, MS<br>Appraiser's Inventory List - RTR #6104532 | | | | | $ 226,000.00 |
|---|---|---|---|---|---|
| ITEM# | QTY | CLIENT ASSET DESCRIPTION | APPRAISED DESCRIPTION | ASSUMPTIONS & COMMENTS | OLV |
| 1 | 1 | 2008 Case IH Magnum 305 Tractor, Est. Hours: 5,833.30, S/N Z7R206887 | 2008 Case IH Magnum 305 Tractor, Est. Hours: 5,833.30, S/N Z7R206887 | Hours assumed based on a 250 hour/year usage. It is assumed the asset is in the same basic condition as it was when inspected in June, 2025 with only normal wear. | $ 57,500.00 |
| 2 | 1 | 2010 Case IH Magnum 215 221 HP Tractor, Est. Hours: 4,587.70 S/N Z9R206790 | 2010 Case IH Magnum 215 221 HP Tractor, Est. Hours: 4,587.70 S/N Z9R206790 | Hours assumed based on a 250 hour/year usage. It is assumed the asset is in the same basic condition as it was when inspected in June, 2025 with only normal wear. | $ 69,000.00 |
| 3 | 1 | 2005 Case IH MX255 Tractor MFWD, Case IH Guidance, Hours Est. 4,439, S/N JAZ13770 | 2005 Case IH MX255 Tractor MFWD, Case IH Guidance, Hours Est. 4,439, S/N JAZ13770 | Hours assumed based on a 250 hour/year usage. It is assumed the asset is in the same basic condition as it was when inspected in June, 2025 with only normal wear. | $ 52,000.00 |
| 4 | 1 | 2006 Case IH MX210 MFWD, Hours Est.: 6,303.6, S/N JAZ138862 | 2006 Case IH MX210 MFWD, Hours Est.: 6,303.6, S/N JAZ138862 | Hours assumed based on a 250 hour/year usage. It is assumed the asset is in the same basic condition as it was when inspected in June, 2025 with only normal wear. | $ 32,500.00 |
| 5 | 1 | 2012 Case IH 635 Cotton Picker, Hours Est. 1,746.4, S/N YCT017827 | 2012 Case IH 635 Cotton Picker, Hours Est. 1,746.4, S/N YCT017827 | Hours assumed based on a 250 hour/year usage. It is assumed the asset is in the same basic condition as it was when inspected in June, 2025 with only normal wear. | $ 15,000.00 |

**RTR Services Inc. TRACTOR**

**CONDITION REPORT**



| | |
|---|---|
| **RTR #:** | 5043980-13 |
| **ACCOUNT NUMBER:** | 1188165483 |
| **ACCOUNT NAME:** | Melvin S Clanton Farm |

| | | | |
|---|---|---|---|
| **YEAR:** | 2008 | **VIN/SN:** | Z7RZ06887 |
| **MAKE:** | Case IH | | |
| **MODEL:** | 305 | **COLOR: EXTERIOR:** | Red — **INTERIOR:** Gray |
| **ENGINE:** | Unknown | **KEYS: IGNITION:** | ☒ YES ☐ NO ☐ N/A • **DOOR:** ☒ YES ☐ NO ☐ N/A |
| **TRANS:** | | **FUEL:** | ☒ DIESEL ☐ GAS — **ANTIFREEZE TESTED:** ☐ YES ☒ NO — **RATING:** |
| **HRS:** | 5,583 | **DOES IT RUN?** | ☒ YES ☐ NO ☐ UNK |

**PHYSICAL APPEARANCE**

| | | GD | FR | PR | N/A | COMMENTS | | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| BODY | FRONT | ☐ | ☒ | ☐ | ☐ | | ☒ | ENCLOSED CAB |
| | HEADLIGHTS | ☐ | ☒ | ☐ | ☐ | | ☐ | TINTED GLASS |
| | HOOD | ☐ | ☒ | ☐ | ☐ | | ☒ | AIR CONDITIONER |
| | TURN SIGNALS | ☐ | ☒ | ☐ | ☐ | | ☒ | HEATER |
| | GRILLE | ☐ | ☒ | ☐ | ☐ | | ☒ | AIR RIDE SEAT |
| | L FRONT PANEL | ☐ | ☒ | ☐ | ☐ | | ☒ | AM FM RADIO |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | TAPE DECK |
| | L REAR PANEL | ☐ | ☒ | ☐ | ☐ | | ☐ | CD PLAYER |
| | WORK LIGHTS | ☐ | ☒ | ☐ | ☐ | | ☐ | PWR STEERING |
| | REAR | ☐ | ☒ | ☐ | ☐ | | ☐ | PWR BRAKES |
| | TAILLIGHTS | ☐ | ☒ | ☐ | ☐ | | ☒ | 2WD |
| | FRAME | ☐ | ☒ | ☐ | ☐ | | ☒ | 4WD |
| | R FRONT PANEL | ☐ | ☒ | ☐ | ☐ | | ☐ | PTO |
| | R FRONT DOOR | ☐ | ☒ | ☐ | ☐ | | ☒ | 3 POINT HITCH |
| | R REAR PANEL | ☐ | ☐ | ☒ | ☐ | | ☐ | ROP |
| | SAFETY LIGHTS | ☐ | ☒ | ☐ | ☐ | | ☒ | AUXILIARY HYD |
| | TOP | ☐ | ☒ | ☐ | ☐ | | ☐ | CAMERA SYSTEM |
| TIRES | L FRONT | ☐ | ☒ | ☐ | ☐ | % 420/85R34 SIZE: | ☒ | GPS SYSTEM |
| | L REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | % 420/85R34 SIZE: | ☐ | |
| | R FRONT | ☐ | ☒ | ☐ | ☐ | % 420/85R34 SIZE: | ☐ | |
| | R REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | % 420/85R34 SIZE: | ☐ | |
| GLASS | WINDSHIELD | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | REAR WINDOW | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | R DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | MIRRORS | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| INTERIOR | DASH/GAUGES | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | DOOR PANELS | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | SEAT | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | ELECTRICAL | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | CARPET/MAT | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | CONTROLS | ☐ | ☒ | ☐ | ☐ | | ☐ | |

| | | GD | FR | PR | UKN | N/A | COMMENTS: |
|---|---|---|---|---|---|---|---|
| MECHANICAL | ENGINE | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | TRANSMISSION | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | CLUTCH | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | 2ND DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BRAKES | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | FRONT END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | REAR END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BATTERY/ELECTR | ☐ | ☒ | ☐ | ☐ | ☐ | |

**THIS IS NOT A MECHANICAL INSPECTION / IT IS A VISUAL INSPECTION ONLY / WE RECOMMEND YOU INSPECT PRIOR TO PURCHASE**

**COMMENTS: Hours Unverified. Runs great, minor element wear on rear fender.**

| | 6/18/2025 | |
|---|---|---|
| EMPLOYEE'S FULL NAME (PLEASE PRINT) | DATE | EMPLOYEE'S SIGNATURE |

All information contained within this report is deemed to be true and accurate to the best of my knowledge as of the date listed above.

**RTR Services Inc. • 2747 Pence Loop SE Salem OR 97302 • 1.800.238.3294 • FAX 503.399.0421**

The information contained within this report is private and confidential. It is solely intended for the use of RTR Services Inc. and its client. Any unauthorized use and or reproduction is prohibited. 0125

RTR SERVICES INC

# PHOTO SHEET

**Melvin S Clanton Farm**

RTR #5043980-13

**ACCOUNT NUMBER**
1188165483



13 - 2008 Case IH 305 Magnum Tractor











RTR SERVICES INC

RTR #5043980-13

# PHOTO SHEET

## Melvin S Clanton Farm

ACCOUNT NUMBER

1188165483














SN: Z7RZ06887

**RTR Services Inc.**
**TRACTOR**
**CONDITION REPORT**



| | |
|---|---|
| **RTR #:** | 5043980-11 |
| **ACCOUNT NUMBER:** | 1188165483 |
| **ACCOUNT NAME:** | Melvin S Clanton Farm |

| | | | |
|---|---|---|---|
| **YEAR:** | 2013 | **VIN/SN:** | Z9RZ06790 |
| **MAKE:** | Case IH | | |
| **MODEL:** | 215 | **COLOR: EXTERIOR:** Red | **INTERIOR:** Gray |
| **ENGINE:** | Unknown | **KEYS: IGNITION:** ☒ YES ☐ NO ☐ N/A • **DOOR:** ☒ YES ☐ NO ☐ N/A | |
| **TRANS:** | | **FUEL:** ☒ DIESEL ☐ GAS **ANTIFREEZE TESTED:** ☐ YES ☒ NO | **RATING:** |
| **HRS:** | 4,337 | **DOES IT RUN?** ☒ YES ☐ NO ☐ UNK | |

**PHYSICAL APPEARANCE**

| | | GD | FR | PR | N/A | COMMENTS |
|---|---|---|---|---|---|---|
| BODY | FRONT | ☐ | ☒ | ☐ | ☐ | |
| | HEADLIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | HOOD | ☐ | ☒ | ☐ | ☐ | |
| | TURN SIGNALS | ☐ | ☒ | ☐ | ☐ | |
| | GRILLE | ☐ | ☒ | ☐ | ☐ | |
| | L FRONT PANEL | ☐ | ☒ | ☐ | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | |
| | L REAR PANEL | ☐ | ☒ | ☐ | ☐ | |
| | WORK LIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | REAR | ☐ | ☒ | ☐ | ☐ | |
| | TAILLIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | FRAME | ☐ | ☒ | ☐ | ☐ | |
| | R FRONT PANEL | ☐ | ☒ | ☐ | ☐ | |
| | R FRONT DOOR | ☐ | ☒ | ☐ | ☐ | |
| | R REAR PANEL | ☐ | ☒ | ☐ | ☐ | |
| | SAFETY LIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | TOP | ☐ | ☒ | ☐ | ☐ | |
| TIRES | L FRONT | ☐ | ☒ | ☐ | ☐ | % Unknown in mud SIZE: |
| | L REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | 40 % 480/80R4.6 SIZE: |
| | R FRONT | ☐ | ☒ | ☐ | ☐ | % Unknown in mud SIZE: |
| | R REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | 40 % 480/80R4.6 SIZE: |
| GLASS | WINDSHIELD | ☐ | ☒ | ☐ | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | |
| | REAR WINDOW | ☐ | ☒ | ☐ | ☐ | |
| | R DOOR | ☐ | ☒ | ☐ | ☐ | |
| | MIRRORS | ☐ | ☒ | ☐ | ☐ | |
| INTERIOR | DASH/GAUGES | ☐ | ☒ | ☐ | ☐ | |
| | DOOR PANELS | ☐ | ☒ | ☐ | ☐ | |
| | SEAT | ☐ | ☒ | ☐ | ☐ | |
| | ELECTRICAL | ☐ | ☒ | ☐ | ☐ | |
| | CARPET/MAT | ☐ | ☒ | ☐ | ☐ | |
| | CONTROLS | ☐ | ☒ | ☐ | ☐ | |

| OPTIONS | |
|---|---|
| ☒ | ENCLOSED CAB |
| ☐ | TINTED GLASS |
| ☒ | AIR CONDITIONER |
| ☐ | HEATER |
| ☐ | AIR RIDE SEAT |
| ☒ | AM FM RADIO |
| ☐ | TAPE DECK |
| ☐ | CD PLAYER |
| ☐ | PWR STEERING |
| ☐ | PWR BRAKES |
| ☒ | 2WD |
| ☒ | 4WD |
| ☒ | PTO |
| ☒ | 3 POINT HITCH |
| ☒ | ROP |
| ☒ | AUXILIARY HYD |
| ☐ | CAMERA SYSTEM |
| ☒ | GPS SYSTEM |

| | | GD | FR | PR | UKN | N/A | COMMENTS: |
|---|---|---|---|---|---|---|---|
| MECHANICAL | ENGINE | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | TRANSMISSION | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | CLUTCH | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | 2ND DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BRAKES | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | FRONT END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | REAR END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BATTERY/ELECTR | ☐ | ☒ | ☐ | ☐ | ☐ | |

**THIS IS NOT A MECHANICAL INSPECTION / IT IS A VISUAL INSPECTION ONLY / WE RECOMMEND YOU INSPECT PRIOR TO PURCHASE**

**COMMENTS: Hours Unverified. Good condition, was being used.**

| EMPLOYEE'S FULL NAME (PLEASE PRINT) | DATE | EMPLOYEE'S SIGNATURE |
|---|---|---|
| | 6/18/2025 | |

All information contained within this report is deemed to be true and accurate to the best of my knowledge as of the date listed above.


The information contained within this report is private and confidential. It is solely intended for the use of RTR Services Inc. and its client. Any unauthorized use and or reproduction is prohibited. 0125

RTR SERVICES INC

RTR #5043980-11

# PHOTO SHEET

**Melvin S Clanton Farm**

**ACCOUNT NUMBER**
1188165483



11 - 2010 Case IH 215 Magnum Tractor Creeper











RTR SERVICES INC

# PHOTO SHEET

## Melvin S Clanton Farm

RTR #5043980-11

ACCOUNT NUMBER
1188165483













SN: Z9RZ06790

**RTR Services Inc.**
**TRACTOR**
**CONDITION REPORT**



| | |
|---|---|
| **RTR #:** | 5043980-16 |
| **ACCOUNT NUMBER:** | 1188165483 |
| **ACCOUNT NAME:** | Melvin S Clanton Farm |

| | | | |
|---|---|---|---|
| **YEAR:** | 2005 | **VIN/SN:** | JAZ1377704 |
| **MAKE:** | Case IH | | |
| **MODEL:** | MX225 | **COLOR: EXTERIOR:** Red | **INTERIOR:** Gray |
| **ENGINE:** | Unknown | **KEYS: IGNITION:** ☒ YES ☐ NO ☐ N/A • **DOOR:** ☒ YES ☐ NO ☐ N/A | |
| **TRANS:** | | **FUEL:** ☒ DIESEL ☐ GAS **ANTIFREEZE TESTED:** ☐ YES ☒ NO | **RATING:** |
| **HRS:** | 4,189 | **DOES IT RUN?** ☒ YES ☐ NO ☐ UNK | |

## PHYSICAL APPEARANCE

| | | GD | FR | PR | N/A | COMMENTS |
|---|---|---|---|---|---|---|
| BODY | FRONT | ☐ | ☒ | ☐ | ☐ | |
| | HEADLIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | HOOD | ☐ | ☒ | ☐ | ☐ | |
| | TURN SIGNALS | ☐ | ☒ | ☐ | ☐ | |
| | GRILLE | ☐ | ☒ | ☐ | ☐ | |
| | L FRONT PANEL | ☐ | ☒ | ☐ | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | |
| | L REAR PANEL | ☐ | ☒ | ☐ | ☐ | |
| | WORK LIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | REAR | ☐ | ☒ | ☐ | ☐ | |
| | TAILLIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | FRAME | ☐ | ☒ | ☐ | ☐ | |
| | R FRONT PANEL | ☐ | ☒ | ☐ | ☐ | |
| | R FRONT DOOR | ☐ | ☒ | ☐ | ☐ | |
| | R REAR PANEL | ☐ | ☒ | ☐ | ☐ | |
| | SAFETY LIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | TOP | ☐ | ☒ | ☐ | ☐ | |
| TIRES | L FRONT | ☐ | ☒ | ☐ | ☐ | % 420/85R34 SIZE: |
| | L REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | % 520/85R46X2 SIZE: |
| | R FRONT | ☐ | ☒ | ☐ | ☐ | % 420/ SIZE: |
| | R REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | % 520/85R46X2 SIZE: |
| GLASS | WINDSHIELD | ☐ | ☒ | ☐ | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | |
| | REAR WINDOW | ☐ | ☒ | ☐ | ☐ | |
| | R DOOR | ☐ | ☒ | ☐ | ☐ | |
| | MIRRORS | ☐ | ☒ | ☐ | ☐ | |
| INTERIOR | DASH/GAUGES | ☐ | ☒ | ☐ | ☐ | |
| | DOOR PANELS | ☐ | ☒ | ☐ | ☐ | |
| | SEAT | ☐ | ☒ | ☐ | ☐ | |
| | ELECTRICAL | ☐ | ☒ | ☐ | ☐ | |
| | CARPET/MAT | ☐ | ☒ | ☐ | ☐ | |
| | CONTROLS | ☐ | ☒ | ☐ | ☐ | |

| OPTIONS | |
|---|---|
| ☒ | ENCLOSED CAB |
| ☐ | TINTED GLASS |
| ☒ | AIR CONDITIONER |
| ☒ | HEATER |
| ☒ | AIR RIDE SEAT |
| ☒ | AM FM RADIO |
| ☐ | TAPE DECK |
| ☐ | CD PLAYER |
| ☒ | PWR STEERING |
| ☒ | PWR BRAKES |
| ☒ | 2WD |
| ☒ | 4WD |
| ☒ | PTO |
| ☒ | 3 POINT HITCH |
| ☒ | ROP |
| ☒ | AUXILIARY HYD |
| ☐ | CAMERA SYSTEM |
| ☐ | GPS SYSTEM |

| | | GD | FR | PR | UKN | N/A | COMMENTS: |
|---|---|---|---|---|---|---|---|
| MECHANICAL | ENGINE | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | TRANSMISSION | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | CLUTCH | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | 2ND DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BRAKES | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | FRONT END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | REAR END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BATTERY/ELECTR | ☐ | ☐ | ☒ | ☐ | ☐ | Missing battery, Used jump box to start |

**THIS IS NOT A MECHANICAL INSPECTION / IT IS A VISUAL INSPECTION ONLY / WE RECOMMEND YOU INSPECT PRIOR TO PURCHASE**

**COMMENTS: Hours Unverified. Ran great, good condition**

6/18/2025

EMPLOYEE'S FULL NAME (PLEASE PRINT) | DATE | EMPLOYEE'S SIGNATURE

All information contained within this report is deemed to be true and accurate to the best of my knowledge as of the date listed above.

**RTR Services Inc. • 2747 Pence Loop SE Salem OR 97302 • 1.800.238.3294 • FAX 503.399.0421**

The information contained within this report is private and confidential. It is solely intended for the use of RTR Services Inc. and its client. Any unauthorized use and or reproduction is prohibited. 0125

RTR SERVICES INC

# PHOTO SHEET

## Melvin S Clanton Farm

RTR #5043980-16

ACCOUNT NUMBER
1188165483



16 - 2005 Case IH 255 Tractor MFWD, Case IH Guidan













RTR SERVICES INC

# PHOTO SHEET

Melvin S Clanton Farm

RTR #5043980-16

ACCOUNT NUMBER
1188165483













RTR SERVICES INC

# PHOTO SHEET

## Melvin S Clanton Farm

RTR #5043980-16

ACCOUNT NUMBER
1188165483







SN: JAZ137770

# RTR Services Inc. TRACTOR CONDITION REPORT



| | |
|---|---|
| RTR #: | 5043980-17 |
| ACCOUNT NUMBER: | 1188165483 |
| ACCOUNT NAME: | Melvin S Clanton Farm |

| | | | |
|---|---|---|---|
| YEAR: | 2006 | VIN/SN: | JAZ138862 |
| MAKE: | Case IH | | |
| MODEL: | MX210 | COLOR: EXTERIOR: | Red — INTERIOR: Gray |
| ENGINE: | | KEYS: | IGNITION: ☒ YES ☐ NO ☐ N/A • DOOR: ☒ YES ☐ NO ☐ N/A |
| TRANS: | | FUEL: | ☒ DIESEL ☐ GAS — ANTIFREEZE TESTED: ☐ YES ☒ NO — RATING: |
| HRS: | 6,053 | DOES IT RUN? | ☒ YES ☐ NO ☐ UNK |

## PHYSICAL APPEARANCE

| | | GD | FR | PR | N/A | COMMENTS |
|---|---|---|---|---|---|---|
| BODY | FRONT | ☐ | ☒ | ☐ | ☐ | |
| | HEADLIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | HOOD | ☐ | ☒ | ☐ | ☐ | |
| | TURN SIGNALS | ☐ | ☒ | ☐ | ☐ | |
| | GRILLE | ☐ | ☒ | ☐ | ☐ | |
| | L FRONT PANEL | ☐ | ☒ | ☐ | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | |
| | L REAR PANEL | ☐ | ☒ | ☐ | ☐ | |
| | WORK LIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | REAR | ☐ | ☒ | ☐ | ☐ | |
| | TAILLIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | FRAME | ☐ | ☒ | ☐ | ☐ | |
| | R FRONT PANEL | ☐ | ☒ | ☐ | ☐ | |
| | R FRONT DOOR | ☐ | ☒ | ☐ | ☐ | |
| | R REAR PANEL | ☐ | ☒ | ☐ | ☐ | |
| | SAFETY LIGHTS | ☐ | ☒ | ☐ | ☐ | |
| | TOP | ☐ | ☒ | ☐ | ☐ | |
| TIRES | L FRONT | ☐ | ☒ | ☐ | ☐ | % 420/85/R34 SIZE: |
| | L REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | 80 % 20.8R46 cracked SIZE: |
| | R FRONT | ☐ | ☒ | ☐ | ☐ | % 420/85/R34 SIZE: |
| | R REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | 80 % 20.8R46 cracked SIZE: |
| GLASS | WINDSHIELD | ☐ | ☒ | ☐ | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | |
| | REAR WINDOW | ☐ | ☒ | ☐ | ☐ | |
| | R DOOR | ☐ | ☒ | ☐ | ☐ | |
| | MIRRORS | ☐ | ☒ | ☐ | ☐ | |
| INTERIOR | DASH/GAUGES | ☐ | ☒ | ☐ | ☐ | |
| | DOOR PANELS | ☐ | ☒ | ☐ | ☐ | |
| | SEAT | ☐ | ☒ | ☐ | ☐ | |
| | ELECTRICAL | ☐ | ☒ | ☐ | ☐ | |
| | CARPET/MAT | ☐ | ☒ | ☐ | ☐ | |
| | CONTROLS | ☐ | ☒ | ☐ | ☐ | |

| OPTIONS | |
|---|---|
| ☒ | ENCLOSED CAB |
| ☐ | TINTED GLASS |
| ☒ | AIR CONDITIONER |
| ☒ | HEATER |
| ☐ | AIR RIDE SEAT |
| ☐ | AM FM RADIO |
| ☐ | TAPE DECK |
| ☐ | CD PLAYER |
| ☒ | PWR STEERING |
| ☒ | PWR BRAKES |
| ☒ | 2WD |
| ☒ | 4WD |
| ☒ | PTO |
| ☒ | 3 POINT HITCH |
| ☒ | ROP |
| ☒ | AUXILIARY HYD |
| ☐ | CAMERA SYSTEM |
| ☒ | GPS SYSTEM |

| | | GD | FR | PR | UKN | N/A | COMMENTS: |
|---|---|---|---|---|---|---|---|
| MECHANICAL | ENGINE | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | TRANSMISSION | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | CLUTCH | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | 2ND DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BRAKES | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | FRONT END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | REAR END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BATTERY/ELECTR | ☐ | ☒ | ☐ | ☐ | ☐ | |

**THIS IS NOT A MECHANICAL INSPECTION / IT IS A VISUAL INSPECTION ONLY / WE RECOMMEND YOU INSPECT PRIOR TO PURCHASE**

**COMMENTS: Hours Unverified. Sidewall cracked on rear tires. S/N tag has fallen off.**

| EMPLOYEE'S FULL NAME (PLEASE PRINT) | DATE | EMPLOYEE'S SIGNATURE |
|---|---|---|
| | 6/18/2025 | |

All information contained within this report is deemed to be true and accurate to the best of my knowledge as of the date listed above.

**RTR Services Inc. • 2747 Pence Loop SE Salem OR 97302 • 1.800.238.3294 • FAX 503.399.0421**

The information contained within this report is private and confidential. It is solely intended for the use of RTR Services Inc. and its client. Any unauthorized use and or reproduction is prohibited. 0125

RTR SERVICES INC

# PHOTO SHEET

## Melvin S Clanton Farm

RTR #5043980-17

**ACCOUNT NUMBER**
1188165483



17 - 2006 Case IH Tractor, MX210, MFWD



SN: JAZ138862










RTR SERVICES INC
RTR #5043980-17

# PHOTO SHEET

Melvin S Clanton Farm

ACCOUNT NUMBER
1188165483







**RTR Services Inc.**
**TRACTOR**
**CONDITION REPORT**



| | |
|---|---|
| RTR #: | 5043980-24 |
| ACCOUNT NUMBER: | 1188165483 |
| ACCOUNT NAME: | Melvin S Clanton Farm |

| | | | | | |
|---|---|---|---|---|---|
| YEAR: | Unknown | VIN/SN: | YCT017827 | | |
| MAKE: | Case IH | | | | |
| MODEL: | 635 Cotton Picker | COLOR: EXTERIOR: | Red | INTERIOR: | Gray |
| ENGINE: | Unknown | KEYS: IGNITION: ☒ YES ☐ NO ☐ N/A • DOOR: ☒ YES ☐ NO ☐ N/A | | | |
| TRANS: | | FUEL: ☒ DIESEL ☐ GAS | ANTIFREEZE TESTED: ☐ YES ☒ NO | RATING: | |
| HRS: | 1,496.4 | DOES IT RUN? | ☒ YES ☐ NO ☐ UNK | | |

**PHYSICAL APPEARANCE**

| | | GD | FR | PR | N/A | COMMENTS | | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| BODY | FRONT | ☐ | ☒ | ☐ | ☐ | | ☒ | ENCLOSED CAB |
| | HEADLIGHTS | ☐ | ☒ | ☐ | ☐ | | ☐ | TINTED GLASS |
| | HOOD | ☐ | ☒ | ☐ | ☐ | | ☒ | AIR CONDITIONER |
| | TURN SIGNALS | ☐ | ☒ | ☐ | ☐ | | ☒ | HEATER |
| | GRILLE | ☐ | ☒ | ☐ | ☐ | | ☒ | AIR RIDE SEAT |
| | L FRONT PANEL | ☐ | ☒ | ☐ | ☐ | | ☒ | AM FM RADIO |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | TAPE DECK |
| | L REAR PANEL | ☐ | ☒ | ☐ | ☐ | | ☐ | CD PLAYER |
| | WORK LIGHTS | ☐ | ☒ | ☐ | ☐ | | ☒ | PWR STEERING |
| | REAR | ☐ | ☒ | ☐ | ☐ | | ☒ | PWR BRAKES |
| | TAILLIGHTS | ☐ | ☒ | ☐ | ☐ | | ☒ | 2WD |
| | FRAME | ☐ | ☒ | ☐ | ☐ | | ☒ | 4WD |
| | R FRONT PANEL | ☐ | ☒ | ☐ | ☐ | | ☐ | PTO |
| | R FRONT DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | 3 POINT HITCH |
| | R REAR PANEL | ☐ | ☒ | ☐ | ☐ | | ☐ | ROP |
| | SAFETY LIGHTS | ☐ | ☒ | ☐ | ☐ | | ☒ | AUXILIARY HYD |
| | TOP | ☐ | ☒ | ☐ | ☐ | | ☒ | CAMERA SYSTEM |
| TIRES | L FRONT | ☐ | ☒ | ☐ | ☐ | % DW500/95032 X2 SIZE: | ☐ | GPS SYSTEM |
| | L REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | % 23.5L / 55-26 R-1 SIZE: | ☐ | |
| | R FRONT | ☐ | ☒ | ☐ | ☐ | % DW500/95032 X2 SIZE: | ☐ | |
| | R REAR (S/D?) | ☐ | ☒ | ☐ | ☐ | % 23.5L / 55-26 R-1 SIZE: | ☐ | |
| GLASS | WINDSHIELD | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | L DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | REAR WINDOW | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | R DOOR | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | MIRRORS | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| INTERIOR | DASH/GAUGES | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | DOOR PANELS | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | SEAT | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | ELECTRICAL | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | CARPET/MAT | ☐ | ☒ | ☐ | ☐ | | ☐ | |
| | CONTROLS | ☐ | ☒ | ☐ | ☐ | | ☐ | |

| | | GD | FR | PR | UKN | N/A | COMMENTS: |
|---|---|---|---|---|---|---|---|
| MECHANICAL | ENGINE | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | TRANSMISSION | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | CLUTCH | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | 2ND DIFFERENTIAL | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BRAKES | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | FRONT END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | REAR END | ☐ | ☒ | ☐ | ☐ | ☐ | |
| | BATTERY/ELECTR | ☐ | ☒ | ☐ | ☐ | ☐ | |

**THIS IS NOT A MECHANICAL INSPECTION / IT IS A VISUAL INSPECTION ONLY / WE RECOMMEND YOU INSPECT PRIOR TO PURCHASE**

**COMMENTS: Hours Unverified. ID pin# JFGY0635JCT017827. Good condition. Lightly Used.**

| | | |
|---|---|---|
| | 6/18/25 | |
| EMPLOYEE'S FULL NAME (PLEASE PRINT) | DATE | EMPLOYEE'S SIGNATURE |

All information contained within this report is deemed to be true and accurate to the best of my knowledge as of the date listed above.

**RTR Services Inc. • 2747 Pence Loop SE Salem OR 97302 • 1.800.238.3294 • FAX 503.399.0421**

The information contained within this report is private and confidential. It is solely intended for the use of RTR Services Inc. and its client. Any unauthorized use and or reproduction is prohibited. 0125

RTR SERVICES INC

# PHOTO SHEET

**Melvin S Clanton Farm**

RTR #5043980-24

**ACCOUNT NUMBER**
1188165483



24 - Case IH 635 Cotton Picker











RTR SERVICES INC

RTR #5043980-24

# PHOTO SHEET

**Melvin S Clanton Farm**

**ACCOUNT NUMBER**
1188165483
















S/N: YCT017827