**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELVIN SCOTT CLANTON AND
ANDREA DOLER CLANTON**

**CHAPTER 12
CASE NO. 26-11416-SDM**

## NOTICE OF APPEARANCE

Presley Rice, of Gore, Kilpatrick & Dambrino, PLLC, 2000 Gateway Street, Suite 160 (38901), Post Office Box 901, Grenada, Mississippi 38902-0901, price@gorekilpatrick.com, hereby gives notice, pursuant to Bankruptcy Rule 9010(b), of her notice of appearance on behalf of **Guaranty Bank & Trust Company** in the above-captioned matter and requests that a copy of all pleadings and notices of all hearings or other proceedings be sent to me at the address above.

Respectfully submitted this the 12th day of November, 2026.

*/s/ Presley Rice*
Presley Rice, MSB# 107219
Gore, Kilpatrick & Dambrino, PLLC
2000 Gateway, Suite 160 (38901)
Post Office Box 901
Grenada, Mississippi 38902-0901
662.226.1891 (telephone)
price@gorekilpatrick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties listed below as a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates Notice was electronically mailed to said party:

Thomas C. Rollins, Jr.
Trollins@therollinslawfirm.com

This the 12th day of November, 2026.

*/s/ Presley Rice*
Presley Rice, MSB #107219